# Contexte Case Summary

BENTON of the CIRCUIT

| | | | | | |
|---|---|---|---|---|---|
| Case ID: **04CV-24-1404** | **AMOS V PEREZ ETAL** | Sealed: No | Case Type: AUTOMOBILE TORT | | Filing Date: May 14, 2024 |
| Case Age: 62 Days | Case Status: CASE OPEN | | Trial Type: NON-TRIAL | Claim/Amt: | |

## Parties

| Type | Name | Party Start Date | Party End Date | Violations | Balance Owed |
|---|---|---|---|---|---|
| PLAINTIFF/PETITIONER ATTORNEY | REALI, JENNIFER NICOLE   Case Party Details | 14-MAY-2024 | | | .00 |
| DEFENDANT | SUNRISE EXPRESS INC   Case Party Details | 14-MAY-2024 | | | .00 |
| DEFENDANT | SALINAS, MIGUEL PEREZ   Case Party Details | 14-MAY-2024 | | | .00 |
| JUDGE | 19TH WEST CIRCUIT DIVISION 7   Case Party Details | 14-MAY-2024 | | | .00 |
| PLAINTIFF | AMOS, ARMON   Case Party Details | 14-MAY-2024 | | | .00 |

## Dockets

| | | |
|---|---|---|
| **SUMMONS SERVED** | Date: July 2, 2024 03:30:57 PM | Filed by: REALI, JENNIFER NICOLE |

DON SMITH OF CENTRAL AGENT SERVICE INC 6/25/2024

| | | |
|---|---|---|
| **SUMMONS - FILER PREPARED** | Date: May 15, 2024 10:09:38 AM | Filed by: |

MIGUEL PEREZ SALINAS

| | | |
|---|---|---|
| **SUMMONS - FILER PREPARED** | Date: May 15, 2024 10:09:37 AM | Filed by: |

DON SMITH

EXHIBIT C

| | | |
|---|---|---|
| PAYMENT RECEIVED | Date: May 15, 2024 08:16:05 AM | Filed by: |
| A Payment of $170.00 was made on receipt 04CI99143. | | |
| SUMMONS FEE 21-6-402 $ | Date: May 14, 2024 04:04:19 PM | Filed by: REALI, JENNIFER NICOLE |
| SUMMONS FEE 21-6-402 $ | Date: May 14, 2024 04:04:19 PM | Filed by: REALI, JENNIFER NICOLE |
| AOC COVERSHEET CIVIL | Date: May 14, 2024 04:04:19 PM | Filed by: REALI, JENNIFER NICOLE |
| COMPLAINT/PETITION FILED $ | Date: May 14, 2024 04:04:19 PM | Filed by: REALI, JENNIFER NICOLE |
| MOF ORIGINAL | Date: May 14, 2024 04:04:19 PM | Filed by: REALI, JENNIFER NICOLE |

**Totals**

| | |
|---|---|
| Case Balance Owed: | .00 |
| Total Balance Owed: | .00 |
| Number of Dockets: | 9 |
| Number of Events: | |
| Number of Violations: | |
| Number of Defendants: | 2 |

A C S

I, Brenda DeShields, certify this instrument is a true Copy of the _Contexe Case Summary_ _Amos v. Perez Etal_ on file in this office, dated _7/16/2024_ Book _____ at page _1-2_ _Brenda DeShields_ Brenda DeShields, Clerk By _____

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2024-May-14 16:04:19
04CV-24-1404
C19WD07 : 2 Pages

# COVER SHEET
## STATE OF ARKANSAS
### CIRCUIT COURT: CIVIL

The civil reporting form and the information contained herein shall not be admissible as evidence in any court proceeding or replace or supplement the filing and service of pleadings, orders, or other papers as required by law or Supreme Court Rule. This form is required pursuant to Administrative Order Number 8. Instructions are available at https://courts.arkansas.gov.

**County:** Benton      **District:** _____      **Filing Date:** 05/07/2024

**Judge:** _____      **Division:** Civil      **Case ID:** _____

**Type of case (select one that best describes the subject matter)**

**Torts**
- X (NM) Automobile
- ☐ (IT) Intentional
- ☐ (MP) Malpractice – Medical
- ☐ (MO) Malpractice – Other
- (LP) Premises – Liability
- ☐ (PL) Product Liability
- ☐ (DF) Slander/Libel/Defamation
- ☐ (OD) Torts – Other

**Contracts**
- ☐ (BP) Buyer Plaintiff
- ☐ (EM) Employment Discrimination
- ☐ (EO) Employment – Other
- ☐ (DO) Seller Plaintiff (Debt Collection)
- ☐ (OC) Contract – Other

**Real Property**
- ☐ (CD) Condemnation/Eminent Domain
- ☐ (UD) Landlord/Tenant – Unlawful Detainer
- ☐ (UO) Landlord/Tenant – Other
- ☐ (FC) Mortgage Foreclosure
- ☐ (QT) Real Property – Other

**Miscellaneous Civil**
- ☐ (AP) Administrative Appeal
- ☐ (AR) Petition to Seal Arrest Record
- ☐ (EL) Election
- ☐ (FV) Foreign Judgment – Civil
- ☐ (FR) Fraud
- ☐ (IJ) Injunction
- ☐ (CF) Property Forfeiture
- ☐ (RF) Register AR Judgment
- ☐ (TS) Petition to Terminate Sex Offender Registration Req. - Out of State Judgment
- ☐ (WT) Writ - Other
- ☐ (OM) Civil – Other

| | Plaintiff | | Defendant |
|---|---|---|---|
| **Company/Last Name** | Amos | **Company/Last Name** | Perez Salinas |
| Suffix | | Suffix | |
| **First Name** | Armon | **First Name** | Miguel |
| DL/State ID | | DL/State ID | |
| Address | 5900 Stoneybrooke Rd | Address | 516 Blunt Street |
| City, State ZIP | Rogers, Arkansas 75758 | City, State ZIP | Downs, Kansas 67437 |
| Phone | | Phone | |
| Email | | Email | |
| Self-represented | ☐ Yes    X No | Self-represented | ☐ Yes    ☐ No |
| DOB | 06/16/2000 | DOB | |
| Interpreter needed? | ☐ Yes: _____ (language)  X No | Interpreter needed? | ☐ Yes: _____ (language)  ☐ No |

**Attorney of Record:** Jennifer Reali      **Bar #:** 2020241

**For the:** X Plaintiff    ☐ Defendant    ☐ Intervenor    **Email Address:** mmoxham@daspitlaw.com

**Related Case(s):** Judge: _____    Case ID(s): _____

**Manner of filing (choose one):**    X (MFO) Original    ☐ (MFR+case type) Re-open
☐ (MFT) Transfer    ☐ (MFF) Reactivate

3/21/2023

# COVER SHEET
## STATE OF ARKANSAS
### CIRCUIT COURT: CIVIL

*Additional Civil Case Party Information. Attach this and additional pages if needed.*

If amending an existing case to add parties, include:
Case ID: _____ Case Styling: _____

| Party type: | Plaintiff    X Defendant | Party type | Plaintiff    ☐ Defendant |
|---|---|---|---|
| Company/Last Name | Sunrise Express Inc. | Company/Last Name | |
| Suffix | | Suffix | |
| First Name | | First Name | |
| DL/State ID | | DL/State ID | |
| Address | 510 N. Greenwood Avenue | Address | |
| City, State ZIP | Fort Smith, Arkansas 72917 | City, State ZIP | |
| Phone | | Phone | |
| Email | | Email | |
| Self-represented | ☐ Yes    X No | Self-represented | ☐ Yes    ☐ No |
| DOB | | DOB | |
| Interpreter needed? | ☐ Yes: _____ (language)<br>X No | Interpreter needed? | ☐ Yes: _____ (language)<br>☐ No |

| Party type: | ☐ Plaintiff    ☐ Defendant | Party type | ☐ Plaintiff    ☐ Defendant |
|---|---|---|---|
| Company/Last Name | | Company/Last Name | |
| Suffix | | Suffix | |
| First Name | | First Name | |
| DL/State ID | | DL/State ID | |
| Address | | Address | |
| City, State ZIP | | City, State ZIP | |
| Phone | | Phone | |
| Email | | Email | |
| Self-represented | ☐ Yes    ☐ No | Self-represented | ☐ Yes    ☐ No |
| DOB | | DOB | |
| Interpreter needed? | ☐ Yes: _____ (language)<br>☐ No | Interpreter needed? | ☐ Yes: _____ (language)<br>☐ No |

05/07/2024

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2024-May-14 16:04:19
04CV-24-1404
C19WD07 : 4 Pages

## IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
## CIVIL DIVISION

**ARMON AMOS**                                                                                     **PLAINTIFF**

**V.**                                             **CASE NO. _____**

**MIGUEL PEREZ**
**SALINAS AND SUNRISE**                                                                    **DEFENDANTS**
**EXPRESS INC.**

## COMPLAINT

COMES NOW, the Plaintiff, Armon Amos, by and through Plaintiff's attorney at Daspit Law Firm, PLLC, and for Plaintiff's cause of action against the Defendants, Miguel Perez Salinas and Sunrise Express Inc., alleges and states as follows:

### PARTIES AND JURISDICTION

1. Plaintiff Armon Amos is, and at all times relevant to this action was, a resident of Rogers, Benton County, Arkansas.

2. Upon information and belief, Defendant Miguel Perez Salinas (hereinafter "Defendant Salinas") is an individual residing in Kansas. Defendant Salinas may be served at 516 Blunt Street, Downs, Kansas 67437, or wherever found.

3. Upon information and belief, Defendant Sunrise Express Inc. (hereinafter "Defendant Sunrise"), is a transportation company authorized to do business in the State of Arkansas via the United States Department of Transportation. Defendant Sunrise may be served with process through its registered agent Don Smith of Central Agent Service, Inc. at 510 N. Greenwood Avenue, Fort Smith, Arkansas 72917, or wherever found.

4. The automobile wreck giving rise to this cause of action occurred in Bentonville, Benton County, Arkansas.

5. This Court has Jurisdiction over the parties and the subject matter herein, and this Court is the proper venue for this cause of action.

## FACTS COMMON TO ALL COUNTS

6. On or about December 28, 2023, at 9:05 P.M., Plaintiff was operating a 2018 Honda Civic traveling at or near the intersection of SE Walton Blvd and SW Regional Airport Blvd. in Bentonville, Arkansas.

7. At the same time and place, Defendant Salinas was operating an 18-wheeler truck owned by Defendant Sunrise and was also traveling at or near the intersection of SE Walton Blvd and SW Regional Airport Blvd. in Bentonville, Arkansas.

8. Defendant Salinas over-steered causing him to enter the outside right turn lane and caused a collision with Plaintiff's vehicle. Defendant Salinas struck the driver side of Plaintiff's vehicle.

9. At all times relevant to this Complaint, Defendant Salinas was acting within the scope of Defendant Salinas's agency and employment, and under the control of Defendant Sunrise.

## COUNT I – NEGLIGENCE

10. Plaintiff incorporates each and every foregoing paragraph.

11. At the time of the collision, Defendant Salinas was negligent in the following respects:

    a. Failed to keep a proper lookout on the roadway;

    b. Failed to keep his vehicle under reasonable control;

    c. Failed to keep a safe distance from other vehicles on the road;

    d. Failed to yield the right of way to the Plaintiff's vehicle; and

    e. Generally failed to act as a reasonably careful and prudent person would act under the circumstances.

## COUNT II – RESPONDEAT SUPERIOR

12. Plaintiff incorporates each and every foregoing paragraph.

13. Defendant Salinas was driving a vehicle owned by Defendant Sunrise at all times material hereto, Defendant Salinas, was operating the vehicle in the course and scope of employment with Defendant Sunrise. As such, Defendant Sunrise, is vicariously liable for Defendant Salinas's negligent acts and omissions under the doctrine of *respondeat superior*. Plaintiff further pleads Defendant Sunrise was negligent and/or negligent per se for one or more of the following reasons:

    a. Negligently entrusted a motor vehicle to an incompetent driver;

    b. Negligently hired and/or retained employees;

    c. Negligently trained and/or supervised employees;

    d. Violated applicable, local, state and federal laws and/or regulations;

    e. Other acts so deemed negligent.

## DAMAGES

14. As a direct and proximate result of the Defendants' negligence Plaintiff suffered physical injuries throughout Plaintiff's body.

15. As a further direct and proximate result of the Defendants' negligence and of Plaintiff's injuries, Plaintiff suffered great pain, suffering, and mental anguish and will continue to suffer these conditions into the future.

16.     As a further direct and proximate result of the Defendants' negligence and of Plaintiff's injuries, Plaintiff was placed under the care of physicians and has incurred medical expenses which amounts includes transportation expenses necessarily incurred in securing such care and is likely to incur medical expenses in the future.

17.     As a result of the conduct of the Defendants, the Plaintiff should be compensated for the nature, extent, duration, and permanency of his injuries as set out herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Armon Amos, prays for judgment in an amount that does not exceed the minimum requirements for jurisdiction in federal court based on diversity; that Defendants be cited to appear and answer herein; that Plaintiff be awarded past and future medical expenses; that Plaintiff be compensated for Plaintiff's pain and suffering and mental anguish; that Plaintiff be awarded pre-judgment and post-judgment interest at the maximum legal rate provided by law; that Plaintiff recover from Defendants her costs herein expended, such costs to include a reasonable attorney's fees; and that Plaintiff receive any and all other relief to which Plaintiff may be justly entitled.

Respectfully submitted,

DASPIT LAW FIRM, PLLC

*/s/Jennifer Reali*
**Jennifer Reali**
Arkansas State Bar No. 2020241
124 W. Capital Ave. #1820
Little Rock, AR 72201
Telephone: (501) 387-7390
Facsimile: (713) 587-9086
Email: e-service@daspitlaw.com

**ATTORNEY FOR PLAINTIFF**

THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
CIVIL DIVISION

ARMON AMOS                                                                              Plaintiff

v.                                           No. _____

MIGUEL PEREZ
SALINAS AND SUNRISE
EXPRESS INC.                                                                            Defendants

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Don Smith of Central Agent Service, Inc.
Registered Agent for: Sunrise Express, Inc.
510 N. Greenwood Avenue, Fort Smith, Arkansas 72917

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: **Daspit Law Firm, 124 W. Capitol Ave., Suite 1820, Little Rock, AR 72201**

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included: Plaintiff's First Interrogatories and Request for Production to Defendant Sunrise Express, Inc.**

CLERK OF COURT

Address of Clerk's Office
Benton County Circuit Clerk
102 NE A Street
Bentonville, Arkansas 72712

_____
[Signature of Clerk or Deputy Clerk]

Date: _____

[SEAL]

No. _____  This summons is for Sunrise Express, Inc.

## PROOF OF SERVICE

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☐ On_____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____        SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
  [signature of server]

_____
  [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
  [signature of server]

_____
  [printed name]

Address: _____

  Phone: _____

Subscribed and sworn to before me this date: _____

  Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____

_____



**Case Title:** AMOS V PEREZ ETAL

**Case Number:** 04CV-24-1404

**Type:** SUMMONS - FILER PREPARED

So Ordered

*Tom Barbour*

Electronically signed by TABARBOUR on 2024-05-15   page 4 of 4

THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
CIVIL DIVISION

ARMON AMOS                                                                      Plaintiff

v.                                          No. _____

MIGUEL PEREZ
SALINAS AND SUNRISE
EXPRESS INC.                                                                    Defendants

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Miguel Perez Salinas
516 Blunt Street, Downs, Kansas 67437

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: **Daspit Law Firm, 124 W. Capitol Ave., Suite 1820, Little Rock, AR 72201**

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included:   Plaintiff's First Interrogatories and Request for Production to Defendant Miguel Perez Salinas**

                                                                CLERK OF COURT

Address of Clerk's Office
Benton County Circuit Clerk
102 NE A Street
Bentonville, Arkansas 72712                  _____
                                             [Signature of Clerk or Deputy Clerk]

                                             Date: _____

[SEAL]

No. _____ This summons is for Miguel Perez Salinas

## PROOF OF SERVICE

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☐ On_____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____        SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
    [signature of server]

_____
    [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
    [signature of server]

_____
    [printed name]

Address: _____

    Phone: _____

Subscribed and sworn to before me this date: _____

    Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____

_____



**Case Title:**     AMOS V PEREZ ETAL

**Case Number:**    04CV-24-1404

**Type:**           SUMMONS - FILER PREPARED

So Ordered

*Tom Barbour*

Electronically signed by TABARBOUR on 2024-05-15    page 4 of 4

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2024-Jul-02 15:30:57
04CV-24-1404
C19WD07 : 4 Pages

THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
CIVIL DIVISION

ARMON AMOS                                                                                          Plaintiff

v.                                                  No. _____

MIGUEL PEREZ
SALINAS AND SUNRISE
EXPRESS INC.                                                                                        Defendants

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Don Smith of Central Agent Service, Inc.
Registered Agent for: Sunrise Express, Inc.
510 N. Greenwood Avenue, Fort Smith, Arkansas 72917

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: **Daspit Law Firm, 124 W. Capitol Ave., Suite 1820, Little Rock, AR 72201**

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included:   Plaintiff's First Interrogatories and Request for Production to Defendant Sunrise Express, Inc.**

CLERK OF COURT

Address of Clerk's Office
Benton County Circuit Clerk
102 NE A Street
Bentonville, Arkansas 72712

_____
[Signature of Clerk or Deputy Clerk]

Date: _____

[SEAL]

No. _____ This summons is for Sunrise Express, Inc.

## PROOF OF SERVICE

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☒ On 6/25/24 [date] I delivered the summons and complaint to Don Smith [name of Registered Agent individual], an agent authorized by appointment or by law to receive service of summons on behalf of Sunrise Express Inc [name of defendant]; or 17 Berry Hill Rd Fort Smith AR 72903

☐ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____   SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
    [signature of server]


_____
    [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: 6/26/24

By: _____
    [signature of server]

Justin Goodhart
[printed name]

Address: 12373 GRANTS PASS ROAD
PRAIRIE GROVE, AR 72753

Phone: (479) 799-4209

Subscribed and sworn to before me this date: 06-26-2024

Notary Public _Scheina Goodhart_

My Commission Expires: 6-5-27

Additional information regarding service or attempted service:

_____

_____



**Case Title:** AMOS V PEREZ ETAL

**Case Number:** 04CV-24-1404

**Type:** SUMMONS - FILER PREPARED

So Ordered

*Tom Barbour*

Electronically signed by TABARBOUR on 2024-05-15    page 4 of 4