**Details**

---

**For service of process contact the Secretary of State's office.**

LLC Member information is now confidential per Act 865 of 2007

**For access to our corporations bulk data download service click here.**

Corporation Name
SUNRISE EXPRESS, L.L.C.

Fictitious Names
—

Filing #
100200705

Filing Type
Foreign Limited Liability Company

Filed Under Act
Foreign LLC; 1003 of 1993

Status
Forfeited Charter

Principal Address
—

Reg. Agent
DAVE MCCALL

Agent Address
3120 S 57TH STREET FORT SMITH, AR 72903

Date Filed
06/26/2001

Officers
DENNIS KAUFMAN, Managing Member
DAVID MCCALL, Managing Member
WOOD KAUFMAN, Managing Member
SEE FILE, Incorporator/Organizer

Foreign Name
—

EXHIBIT B

Case 5:24-cv-05149-TLB   Document 1-3   Filed 07/18/24   Page 2 of 2 PageID #: 31

Foreign Address
4010 N LINCOLN BLVD OKLAHOMA CITY, 73105

State of Origin
OK

[Pay Franchise Tax for this corporation](#)