IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| ARMON AMOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: |
| ) | |
| MIGUEL PEREZ SALINAS AND ) | **JURY TRIAL DEMANDED** |
| SUNRISE EXPRESS INC. ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

COMES NOW Tracy J. Cowan and hereby enters his appearance on behalf of Defendants Miguel Perez Salinas and Sunrise Express LLC improperly named as Sunrise Express Inc. in this matter.

    Respectfully submitted,

By: /s/ Tracy J. Cowan
    Tracy J. Cowan, #2013243AR
    Lewis Brisbois Bisgaard & Smith, LLP
    100 South 4th Street, Suite 500
    St. Louis, Missouri 63102
    (314) 685-8346 - Phone
    (314) 685-8347 - Facsimile
    Tracy.Cowan@Lewisbrisbois.com

    Attorney for Defendants Miguel Perez
    Salinas and Sunrise Express LLC

## CERTIFICATE OF SERVICE

  The undersigned further certifies that a copy of the foregoing was sent via electronic mail and United States mail, postage prepaid, and electronic mail on the 17th day of July, 2024 to the following:

Jennifer Reali, Esq.
DASPIT LAW FIRM, PLLC
124 W. Capital Ave. #1820
Little Rock, AR 72201
Telephone: (501) 387-7390
Facsimile: (713) 587-9086
e-service@daspitlaw.com

Attorneys for Plaintiff

               /s/ Karen M. Volkman