IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| ARMON AMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 5:24-cv-05149-TLB |
| | ) | |
| MIGUEL PEREZ SALINAS AND | ) | **JURY TRIAL DEMANDED** |
| SUNRISE EXPRESS INC. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS MIGUEL PEREZ SALINAS AND SUNRISE EXPRESS LLC'S
NOTICE OF FILING OF NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendants Miguel Perez Salinas and Sunrise Express LLC filed their Notice of Filing of the Notice of Removal of the above-captioned action in the Circuit Court of Benton County, Arkansas, on July 3, 2024.  A true and accurate copy the Notice of Filing on the Notice of Removal is attached hereto as **Exhibit A** and is incorporated herein by reference.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Karen M. Volkman
Tracy J. Cowan, #2013243
Karen M. Volkman, #2012305
100 South 4th Street, Suite 500
St. Louis, Missouri 63102
(314) 685-8346 – Phone
(314) 683-8347 – Facsimile

Tracy.Cowan@lewisbrisbois.com
Karen.Volkman@lewisbrisbois.com

Attorneys for Defendants Miguel Perez Salinas and Sunrise Express LLC

**CERTIFICATE OF SERVICE**

    The undersigned further certifies that a copy of the foregoing was filed electronically with the Clerk of the Court to be served via operation of the CM/ECF electronic filing system on this 18th day of July, 2024 on All Counsel of Record.

/s/ Karen M. Volkman
