ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2024-Jul-18  12:19:56
04CV-24-1404
C19WD07 : 2 Pages

IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
CIVIL DIVISION

ARMON AMOS,                          )
                                     )
        Plaintiff,                   )
                                     )
        v.                           )        Case No: 04CV-24-1404
                                     )
MIGUEL PEREZ SALINAS AND             )        **JURY TRIAL DEMANDED**
SUNRISE EXPRESS INC.                 )
                                     )
        Defendants.                  )

**DEFENDANTS MIGUEL PEREZ SALINAS AND SUNRISE EXPRESS LLC'S
NOTICE OF FILING OF NOTICE OF REMOVAL**

PLEASE TAKE NOTICE, pursuant to 28 U.S.C. §§ 1332(a) and 1441(b), that Defendants

Miguel Perez Salinas and Sunrise Express LLC, improperly named as Sunrise Express Inc. in this

matter, filed a Notice of Removal of the above-captioned action in the United States District Court

for the Western District of Arkansas, Fayetteville Division, on July 17, 2024.  A true and accurate

copy of such Notice of Removal is attached hereto as **Exhibit 1** and is incorporated herein by

reference.

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, the filing of the attached Notice of Removal

has effected removal of the above-captioned action, and the Circuit Court of Benton County,

Arkansas should proceed no further.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Karen M. Volkman
Tracy J. Cowan, #2013243
Karen M. Volkman, #2012305
100 South 4th Street, Suite 500
St. Louis, Missouri 63102
(314) 685-8346 – Phone
(314) 683-8347 – Facsimile

Tracy.Cowan@lewisbrisbois.com
Karen.Volkman@lewisbrisbois.com

Attorneys for Defendants Miguel Perez Salinas and
Sunrise Express LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent to all counsel of record via Arkansas' electronic filing system on the 18th day of July, 2024.

/s/ Karen M. Volkman

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2024-Jul-18  12:19:56
04CV-24-1404
C19WD07 : 43 Pages

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| ARMON AMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No:  5:24cv5149 |
| | ) | |
| MIGUEL PEREZ SALINAS AND | ) | **JURY TRIAL DEMANDED** |
| SUNRISE EXPRESS INC. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

COME NOW Defendants Miguel Perez Salinas ("Mr. Salinas") and Sunrise Express LLC improperly named as Sunrise Express Inc. ("Sunrise") (collectively "Defendants"), by their attorneys, Lewis Brisbois Bisgaard & Smith LLP, pursuant to 28 U.S.C. §§ 1332(a) and 1441(b), for their Notice of Removal, state as follows:

1.      On May 14, 2024, Plaintiff filed a Complaint against Defendants in the Circuit Court of Benton County, Arkansas entitled *Armon Amos v. Miguel Perez Salinas and Sunrise Express Inc.*, Cause No. 04CV-24-1404.  A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

2.      On or about June 21, 2024, Plaintiff's Complaint was received by Mr. Salinas.

3.      On or about July 2, 2024, Sunrise received Plaintiff's Complaint.

4.      Plaintiff generally avers a personal injury action resulting from a December 28, 2023 motor vehicle collision in Benton County, Arkansas.  *See* Complaint, **Ex. A**, ¶¶ 6-8.  Plaintiff seeks to recover from Mr. Salinas under a theory of negligence.  *Id.*, Count I.  Plaintiff seeks to recover from Sunrise under a theory of respondent superior.  *Id.*, Count II.

EXHIBIT 1

5.      Plaintiff avers that he is a resident of the State of Arkansas.  *See* Compl., **Ex. A**, ¶ 1.

6.      Plaintiff avers and Mr. Salinas admits that he is a resident of the State of Kansas. *See* Complaint, **Ex. A**, ¶ 2.

7.      At the time of the December 28, 2023 motor vehicle accident, the vehicle operated by Mr. Salinas was owned by Sunrise Express, LLC.

8.      Sunrise Express, LLC is organized and existing under the laws of the State of Oklahoma. *See* Arkansas Secretary of State Corporation Entity Database, attached hereto as **Exhibit B**.

9.      Sunrise Express LLC's principal place of business is located in Oklahoma City, Oklahoma.  *Id.*

10.     Sunrise Express LLC is not incorporated nor does it have a principal place of business in the State of Arkansas.  *Id.*

11.     Thus, there is complete diversity exists between the parties.

12.     Pursuant to 28 U.S.C. § 1446(c)(2)(A)(ii) and (B), "the notice of removal may assert the amount in controversy if the initial pleading seeks … a money judgment, but the State practice either does not permit demand for a specific sum or permits recovery of damages in excess of the amount demanded; and removal of the action is proper on the basis of an amount in controversy asserted under subparagraph (A) …."

13.     Upon information and belief, Plaintiff's claims for monetary damages set the amount in controversy over $75,000.00.  *See* Compl.  Plaintiff claims he suffered "physical injuries throughout [his] body" in addition to "great pain, suffering, and mental anguish and will continue to suffer these conditions into the future."  Complaint, **Ex. A**, ¶¶ 14-15.  He seeks compensation

"for the nature, extent, duration, and permanency of his injuries." *Id.*, ¶ 17.  The seriousness and nature of the injuries alleged in the Complaint places more than $75,000 in controversy.  *See Haynes v. Louisville Ladder Group, LLC*, 341 F. Supp. 2d 1064, 1068-69 (E.D. Ark. 2004).  Nor has Plaintiff filed a binding stipulation or affidavit with his Complaint with respect to his damages.  In addition to compensatory damages, Plaintiff requests that he be awarded "pre-judgment and post-judgment interest at the maximum legal rate provided by law; … costs … expended, such costs to include a reasonable attorney's fees; and that Plaintiff receive any and all other relief to which Plaintiff may be justly entitled."  Complaint, **Ex. A**, Count II.  *See, e.g., Houston, Dickerson & Dickerson, Inc. v. Nationwide Prop. & Cas. Inc. Co.*, 2013 LEXIS 94650, 2013 WL 3381078 at *4 (W.D. Ark. 2013); Ark. Code §§ 16-65-114.

14.     For the foregoing reasons, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a).  There is complete diversity of citizenship, and the Plaintiff's claims for monetary damages set the amount in controversy over $75,000.  Removal of the state court action to this Court is therefore appropriate under 28 U.S.C. § 1441(b).

15.     Removal of this action is timely under 28 U.S.C. § 1446(b) because this Notice of Removal was filed within thirty days after receipt by Mr. Salinas, through service or otherwise, of a copy of the pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.  Moreover, this Notice of Removal was filed within one year after commencement of the action.

16.     Venue is proper under 28 U.S.C. §§ 83(a)(1) and 1441(a) because this Court is the district court and division embracing the place where the state court action is pending.

142779716.2

17.     Pursuant to 28 U.S.C. § 1446(a), a copy of the file for the state court action, including a copy of all process, pleadings and orders served as of the date of this filing, is attached hereto as **Exhibit C**.

18.     Pursuant to 28 U.S.C. § 1446(d), contemporaneous with this filing, Defendants are serving a copy of this Notice of Removal upon Plaintiff and filing a copy with the Clerk of the Circuit Court of Benton County, Arkansas.  Defendants will thereafter file a copy of his Notice of Filing of the Notice of Removal with the Circuit Court of Benton County, Arkansas.

19.     Defendants have not yet filed an Answer or otherwise responded to Plaintiff's Complaint.  Accordingly, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendants will respond to Plaintiff's Complaint within seven (7) days of the filing of this Notice of Removal.

20.     Defendants reserve the right to supplement this Notice of Removal and/or to present additional arguments in support of their entitlement to removal.

21.     No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved.

WHEREFORE, Defendants Miguel Perez Salinas and Sunrise Express LLC improperly named as Sunrise Express Inc. request that this Honorable Court approve removal of the above-referenced action to the United States District Court for the Western District of Arkansas.

142779716.2

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Karen M. Volkman
Tracy J. Cowan, #2013243
Karen M. Volkman, #2012305
100 South 4th Street, Suite 500
St. Louis, Missouri 63102
(314) 685-8346 – Phone
(314) 683-8347 – Facsimile

Tracy.Cowan@lewisbrisbois.com
Karen.Volkman@lewisbrisbois.com

Attorneys for Defendants Miguel Perez Salinas and
Sunrise Express LLC improperly named as Sunrise
Express Inc.

## CERTIFICATE OF SERVICE

The undersigned further certifies that a copy of the foregoing was sent via electronic mail
and United States mail, postage prepaid, and electronic mail on this 17th day of July, 2024 to the
following:

Jennifer Reali, Esq.
DASPIT LAW FIRM, PLLC
124 W. Capital Ave. #1820
Little Rock, AR 72201
Telephone: (501) 387-7390
Facsimile: (713) 587-9086
e-service@daspitlaw.com

Attorneys for Plaintiff

/s/ Karen M. Volkman

142779716.2

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2024-May-14 16:04:19
04CV-24-1404
C19WD07 : 4 Pages

# IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
## CIVIL DIVISION

**ARMON AMOS**                                                          **PLAINTIFF**

**V.**                                   **CASE NO. _____**

**MIGUEL PEREZ
SALINAS AND SUNRISE**                                  **DEFENDANTS**
**EXPRESS INC.**

## COMPLAINT

COMES NOW, the Plaintiff, Armon Amos, by and through Plaintiff's attorney at Daspit Law Firm, PLLC, and for Plaintiff's cause of action against the Defendants, Miguel Perez Salinas and Sunrise Express Inc., alleges and states as follows:

## PARTIES AND JURISDICTION

1.      Plaintiff Armon Amos is, and at all times relevant to this action was, a resident of Rogers, Benton County, Arkansas.

2.      Upon information and belief, Defendant Miguel Perez Salinas (hereinafter "Defendant Salinas") is an individual residing in Kansas. Defendant Salinas may be served at 516 Blunt Street, Downs, Kansas 67437, or wherever found.

3.      Upon information and belief, Defendant Sunrise Express Inc. (hereinafter "Defendant Sunrise"), is a transportation company authorized to do business in the State of Arkansas via the United States Department of Transportation. Defendant Sunrise may be served with process through its registered agent Don Smith of Central Agent Service, Inc. at 510 N. Greenwood Avenue, Fort Smith, Arkansas 72917, or wherever found.

**EXHIBIT A**

4.      The automobile wreck giving rise to this cause of action occurred in Bentonville, Benton County, Arkansas.

5.      This Court has Jurisdiction over the parties and the subject matter herein, and this Court is the proper venue for this cause of action.

## FACTS COMMON TO ALL COUNTS

6.      On or about December 28, 2023, at 9:05 P.M., Plaintiff was operating a 2018 Honda Civic traveling at or near the intersection of SE Walton Blvd and SW Regional Airport Blvd. in Bentonville, Arkansas.

7.      At the same time and place, Defendant Salinas was operating an 18-wheeler truck owned by Defendant Sunrise and was also traveling at or near the intersection of SE Walton Blvd and SW Regional Airport Blvd. in Bentonville, Arkansas.

8.      Defendant Salinas over-steered causing him to enter the outside right turn lane and caused a collision with Plaintiff's vehicle. Defendant Salinas struck the driver side of Plaintiff's vehicle.

9.      At all times relevant to this Complaint, Defendant Salinas was acting within the scope of Defendant Salinas's agency and employment, and under the control of Defendant Sunrise.

## COUNT I – NEGLIGENCE

10.     Plaintiff incorporates each and every foregoing paragraph.

11.     At the time of the collision, Defendant Salinas was negligent in the following respects:

    a.   Failed to keep a proper lookout on the roadway;

    b.   Failed to keep his vehicle under reasonable control;

    c.   Failed to keep a safe distance from other vehicles on the road;

    d.   Failed to yield the right of way to the Plaintiff's vehicle; and

    e.   Generally failed to act as a reasonably careful and prudent person would act under the circumstances.

## COUNT II – RESPONDEAT SUPERIOR

12.    Plaintiff incorporates each and every foregoing paragraph.

13.    Defendant Salinas was driving a vehicle owned by Defendant Sunrise at all times material hereto, Defendant Salinas, was operating the vehicle in the course and scope of employment with Defendant Sunrise. As such, Defendant Sunrise, is vicariously liable for Defendant Salinas's negligent acts and omissions under the doctrine of *respondeat superior*. Plaintiff further pleads Defendant Sunrise was negligent and/or negligent per se for one or more of the following reasons:

    a.   Negligently entrusted a motor vehicle to an incompetent driver;

    b.   Negligently hired and/or retained employees;

    c.   Negligently trained and/or supervised employees;

    d.   Violated applicable, local, state and federal laws and/or regulations;

    e.   Other acts so deemed negligent.

## DAMAGES

14.    As a direct and proximate result of the Defendants' negligence Plaintiff suffered physical injuries throughout Plaintiff's body.

15.    As a further direct and proximate result of the Defendants' negligence and of Plaintiff's injuries, Plaintiff suffered great pain, suffering, and mental anguish and will continue to suffer these conditions into the future.

16.     As a further direct and proximate result of the Defendants' negligence and of Plaintiff's injuries, Plaintiff was placed under the care of physicians and has incurred medical expenses which amounts includes transportation expenses necessarily incurred in securing such care and is likely to incur medical expenses in the future.

17.     As a result of the conduct of the Defendants, the Plaintiff should be compensated for the nature, extent, duration, and permanency of his injuries as set out herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Armon Amos, prays for judgment in an amount that does not exceed the minimum requirements for jurisdiction in federal court based on diversity; that Defendants be cited to appear and answer herein; that Plaintiff be awarded past and future medical expenses; that Plaintiff be compensated for Plaintiff's pain and suffering and mental anguish; that Plaintiff be awarded pre-judgment and post-judgment interest at the maximum legal rate provided by law; that Plaintiff recover from Defendants her costs herein expended, such costs to include a reasonable attorney's fees; and that Plaintiff receive any and all other relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**DASPIT LAW FIRM, PLLC**

*/s/Jennifer Reali_____*
**Jennifer Reali**
Arkansas State Bar No. 2020241
124 W. Capital Ave. #1820
Little Rock, AR 72201
Telephone: (501) 387-7390
Facsimile: (713) 587-9086
Email: e-service@daspitlaw.com

**ATTORNEY FOR PLAINTIFF**

# Contexte Case Summary

BENTON of the CIRCUIT

| | | | | |
|---|---|---|---|---|
| Case ID: **04CV-24-1404** | **AMOS V PEREZ ETAL** | Sealed: No | Case Type: AUTOMOBILE TORT | Filing Date: May 14, 2024 |
| Case Age: 62 Days | Case Status: CASE OPEN | | Trial Type: NON-TRIAL | Claim/Amt: |

- Parties

| Type | Name | Party Start Date | Party End Date | Violations | Balance Owed |
|---|---|---|---|---|---|
| PLAINTIFF/PETITIONER ATTORNEY | REALI, JENNIFER NICOLE   Case Party Details | 14-MAY-2024 | | | .00 |
| DEFENDANT | SUNRISE EXPRESS INC   Case Party Details | 14-MAY-2024 | | | .00 |
| DEFENDANT | SALINAS, MIGUEL PEREZ   Case Party Details | 14-MAY-2024 | | | .00 |
| JUDGE | 19TH WEST CIRCUIT DIVISION 7   Case Party Details | 14-MAY-2024 | | | .00 |
| PLAINTIFF | AMOS, ARMON Case Party Details | 14-MAY-2024 | | | .00 |

- Dockets

| | | |
|---|---|---|
| **SUMMONS SERVED** | **Date: July 2, 2024 03:30:57 PM** | **Filed by: REALI, JENNIFER NICOLE** |
| DON SMITH OF CENTRAL AGENT SERVICE INC 6/25/2024 | | |
| **SUMMONS - FILER PREPARED** | **Date: May 15, 2024 10:09:38 AM** | **Filed by:** |
| MIGUEL PEREZ SALINAS | | |
| **SUMMONS - FILER PREPARED** | **Date: May 15, 2024 10:09:37 AM** | **Filed by:** |
| DON SMITH | | |

EXHIBIT C

| | | |
|---|---|---|
| **PAYMENT RECEIVED** | **Date: May 15, 2024 08:16:05 AM** | **Filed by:** |

A Payment of $170.00 was made on receipt 04CI99143.

| | | |
|---|---|---|
| **SUMMONS FEE 21-6-402 $** | **Date: May 14, 2024 04:04:19 PM** | **Filed by: REALI, JENNIFER NICOLE** |
| **SUMMONS FEE 21-6-402 $** | **Date: May 14, 2024 04:04:19 PM** | **Filed by: REALI, JENNIFER NICOLE** |
| **AOC COVERSHEET CIVIL** | **Date: May 14, 2024 04:04:19 PM** | **Filed by: REALI, JENNIFER NICOLE** |
| **COMPLAINT/PETITION FILED $** | **Date: May 14, 2024 04:04:19 PM** | **Filed by: REALI, JENNIFER NICOLE** |
| **MOF ORIGINAL** | **Date: May 14, 2024 04:04:19 PM** | **Filed by: REALI, JENNIFER NICOLE** |

**Totals**

| | |
|---|---|
| Case Balance Owed: | .00 |
| Total Balance Owed: | .00 |
| Number of Dockets: | 9 |
| Number of Events: | |
| Number of Violations: | |
| Number of Defendants: | 2 |



I, Brenda DeShields, certify this instrument is a true Copy of the _Contexte Case Summary_ _Amos V. Perez Etal_ on file in this office, dated _7/16/2024_ Book _____ at page _1-2_ _Brenda DeShields_ Brenda DeShields, Clerk By _____

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2024-May-14  16:04:19
04CV-24-1404
C19WD07 : 2 Pages

**COVER SHEET**
**STATE OF ARKANSAS**
**CIRCUIT COURT: CIVIL**

The civil reporting form and the information contained herein shall not be admissible as evidence in any court proceeding or replace or supplement the filing and service of pleadings, orders, or other papers as required by law or Supreme Court Rule. This form is required pursuant to Administrative Order Number 8. Instructions are available at https://courts.arkansas.gov.

County: **Benton**          District: _____          Filing Date:  **05/07/2024**

Judge: _____          Division: **Civil**          Case ID: _____

**Type of case (select one that best describes the subject matter)**

**Torts**
X (NM) Automobile
□ (IT) Intentional
□ (MP) Malpractice – Medical
□ (MO) Malpractice – Other
  (LP) Premises – Liability
□ (PL) Product Liability
□ (DF) Slander/Libel/
  Defamation
□ (OD) Torts – Other
**Contracts**
□ (BP) Buyer Plaintiff
□ (EM) Employment Discrimination
□ (EO) Employment – Other
□ (DO) Seller Plaintiff (Debt Collection)
□ (OC) Contract – Other

**Real Property**
□ (CD) Condemnation/Eminent
  Domain
□ (UD) Landlord/Tenant –
  Unlawful Detainer
□ (UO) Landlord/Tenant –
  Other
□ (FC) Mortgage Foreclosure
□ (QT) Real Property – Other

**Miscellaneous Civil**
□ (AP) Administrative Appeal
□ (AR) Petition to Seal Arrest
  Record
□ (EL) Election
□ (FV) Foreign Judgment – Civil
□ (FR) Fraud
□ (IJ) Injunction
□ (CF) Property Forfeiture
□ (RF) Register AR Judgment
□ (TS) Petition to Terminate Sex
  Offender Registration Req. -
  Out of State Judgment
□ (WT) Writ - Other
□ (OM) Civil – Other

|  | Plaintiff |  | Defendant |
|---|---|---|---|
| Company/ Last Name | Amos | Company/ Last Name | Perez Salinas |
| Suffix |  | Suffix |  |
| First Name | Armon | First Name | Miguel |
| DL/State ID |  | DL/State ID |  |
| Address | 5900 Stoneybrooke Rd | Address | 516 Blunt Street |
| City, State ZIP | Rogers, Arkansas 75758 | City, State ZIP | Downs, Kansas 67437 |
| Phone |  | Phone |  |
| Email |  | Email |  |
| Self-represented | □ Yes      X No | Self-represented | □ Yes      □ No |
| DOB | **06/16/2000** | DOB |  |
| Interpreter needed? | □ Yes: _____ X No      (language) | Interpreter needed? | □ Yes: _____ □ No      (language) |

**Attorney of Record:** _Jennifer Reali_          **Bar #:** _2020241_

For the: X Plaintiff      □ Defendant      □ Intervenor      **Email Address:** mmoxham@daspitlaw.com

**Related Case(s):** Judge: _____          Case ID(s): _____

**Manner of filing (choose one):**          X (MFO) Original          □ (MFR+case type) Re-open
          □ (MFT) Transfer          □ (MFF) Reactivate

3/21/2023

**COVER SHEET**
**STATE OF ARKANSAS**
**CIRCUIT COURT: CIVIL**

*Additional Civil Case Party Information. Attach this and additional pages if needed.*

If amending an existing case to add parties, include:

Case ID: _____ Case Styling: _____

| Party type: | Plaintiff    X Defendant | Party type | Plaintiff    □ Defendant |
|---|---|---|---|
| Company/ Last Name | Sunrise Express Inc. | Company/ Last Name | |
| Suffix | | Suffix | |
| First Name | | First Name | |
| DL/State ID | | DL/State ID | |
| Address | 510 N. Greenwood Avenue | Address | |
| City, State ZIP | Fort Smith, Arkansas 72917 | City, State ZIP | |
| Phone | | Phone | |
| Email | | Email | |
| Self-represented | □ Yes      X  No | Self-represented | □ Yes        □ No |
| DOB | | DOB | |
| Interpreter needed? | □ Yes: _____ X No        (language) | Interpreter needed? | □ Yes: _____ □ No        (language) |

| Party type: | □ Plaintiff    □ Defendant | Party type | □ Plaintiff    □ Defendant |
|---|---|---|---|
| Company/ Last Name | | Company/ Last Name | |
| Suffix | | Suffix | |
| First Name | | First Name | |
| DL/State ID | | DL/State ID | |
| Address | | Address | |
| City, State ZIP | | City, State ZIP | |
| Phone | | Phone | |
| Email | | Email | |
| Self-represented | □ Yes        □ No | Self-represented | □ Yes        □ No |
| DOB | | DOB | |
| Interpreter needed? | □ Yes: _____ □ No        (language) | Interpreter needed? | □ Yes: _____ □ No        (language) |

05/07/2024

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2024-May-14  16:04:19
04CV-24-1404
C19WD07 : 4 Pages

## IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
## CIVIL DIVISION

**ARMON AMOS**                                                                   **PLAINTIFF**

**V.**                                          **CASE NO. _____**

**MIGUEL PEREZ**
**SALINAS AND SUNRISE**                                              **DEFENDANTS**
**EXPRESS INC.**

### COMPLAINT

COMES NOW, the Plaintiff, Armon Amos, by and through Plaintiff's attorney at Daspit

Law Firm, PLLC, and for Plaintiff's cause of action against the Defendants, Miguel Perez Salinas

and Sunrise Express Inc., alleges and states as follows:

### PARTIES AND JURISDICTION

1.      Plaintiff Armon Amos is, and at all times relevant to this action was, a resident of

Rogers, Benton County, Arkansas.

2.      Upon information and belief, Defendant Miguel Perez Salinas (hereinafter

"Defendant Salinas") is an individual residing in Kansas. Defendant Salinas may be served at 516

Blunt Street, Downs, Kansas 67437, or wherever found.

3.      Upon information and belief, Defendant Sunrise Express Inc. (hereinafter

"Defendant Sunrise"), is a transportation company authorized to do business in the State of

Arkansas via the United States Department of Transportation. Defendant Sunrise may be served

with process through its registered agent Don Smith of Central Agent Service, Inc. at 510 N.

Greenwood Avenue, Fort Smith, Arkansas 72917, or wherever found.

4.      The automobile wreck giving rise to this cause of action occurred in Bentonville, Benton County, Arkansas.

5.      This Court has Jurisdiction over the parties and the subject matter herein, and this Court is the proper venue for this cause of action.

## FACTS COMMON TO ALL COUNTS

6.      On or about December 28, 2023, at 9:05 P.M., Plaintiff was operating a 2018 Honda Civic traveling at or near the intersection of SE Walton Blvd and SW Regional Airport Blvd. in Bentonville, Arkansas.

7.      At the same time and place, Defendant Salinas was operating an 18-wheeler truck owned by Defendant Sunrise and was also traveling at or near the intersection of SE Walton Blvd and SW Regional Airport Blvd. in Bentonville, Arkansas.

8.      Defendant Salinas over-steered causing him to enter the outside right turn lane and caused a collision with Plaintiff's vehicle. Defendant Salinas struck the driver side of Plaintiff's vehicle.

9.      At all times relevant to this Complaint, Defendant Salinas was acting within the scope of Defendant Salinas's agency and employment, and under the control of Defendant Sunrise.

## COUNT I – NEGLIGENCE

10.     Plaintiff incorporates each and every foregoing paragraph.

11.     At the time of the collision, Defendant Salinas was negligent in the following respects:

a.  Failed to keep a proper lookout on the roadway;

b.  Failed to keep his vehicle under reasonable control;

c.  Failed to keep a safe distance from other vehicles on the road;

      d.  Failed to yield the right of way to the Plaintiff's vehicle; and

      e.  Generally failed to act as a reasonably careful and prudent person would act under the circumstances.

### COUNT II – RESPONDEAT SUPERIOR

12.    Plaintiff incorporates each and every foregoing paragraph.

13.    Defendant Salinas was driving a vehicle owned by Defendant Sunrise at all times material hereto, Defendant Salinas, was operating the vehicle in the course and scope of employment with Defendant Sunrise. As such, Defendant Sunrise, is vicariously liable for Defendant Salinas's negligent acts and omissions under the doctrine of *respondeat superior*. Plaintiff further pleads Defendant Sunrise was negligent and/or negligent per se for one or more of the following reasons:

      a.  Negligently entrusted a motor vehicle to an incompetent driver;

      b.  Negligently hired and/or retained employees;

      c.  Negligently trained and/or supervised employees;

      d.  Violated applicable, local, state and federal laws and/or regulations;

      e.  Other acts so deemed negligent.

### DAMAGES

14.    As a direct and proximate result of the Defendants' negligence Plaintiff suffered physical injuries throughout Plaintiff's body.

15.    As a further direct and proximate result of the Defendants' negligence and of Plaintiff's injuries, Plaintiff suffered great pain, suffering, and mental anguish and will continue to suffer these conditions into the future.

16.     As a further direct and proximate result of the Defendants' negligence and of Plaintiff's injuries, Plaintiff was placed under the care of physicians and has incurred medical expenses which amounts includes transportation expenses necessarily incurred in securing such care and is likely to incur medical expenses in the future.

17.     As a result of the conduct of the Defendants, the Plaintiff should be compensated for the nature, extent, duration, and permanency of his injuries as set out herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Armon Amos, prays for judgment in an amount that does not exceed the minimum requirements for jurisdiction in federal court based on diversity; that Defendants be cited to appear and answer herein; that Plaintiff be awarded past and future medical expenses; that Plaintiff be compensated for Plaintiff's pain and suffering and mental anguish; that Plaintiff be awarded pre-judgment and post-judgment interest at the maximum legal rate provided by law; that Plaintiff recover from Defendants her costs herein expended, such costs to include a reasonable attorney's fees; and that Plaintiff receive any and all other relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**DASPIT LAW FIRM, PLLC**

*/s/ Jennifer Reali*
**Jennifer Reali**
Arkansas State Bar No. 2020241
124 W. Capital Ave. #1820
Little Rock, AR 72201
Telephone: (501) 387-7390
Facsimile: (713) 587-9086
Email: e-service@daspitlaw.com

**ATTORNEY FOR PLAINTIFF**

THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
CIVIL DIVISION

ARMON AMOS                                                    Plaintiff

v.                                    No. _____

MIGUEL PEREZ
SALINAS AND SUNRISE
EXPRESS INC.                                                 Defendants

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Don Smith of Central Agent Service, Inc.
Registered Agent for: Sunrise Express, Inc.
510 N. Greenwood Avenue, Fort Smith, Arkansas 72917

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: **Daspit Law Firm, 124 W. Capitol Ave., Suite 1820, Little Rock, AR 72201**

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included: Plaintiff's First Interrogatories and Request for Production to Defendant Sunrise Express, Inc.**

CLERK OF COURT

Address of Clerk's Office
Benton County Circuit Clerk
102 NE A Street
Bentonville, Arkansas 72712                    _____
                                               [Signature of Clerk or Deputy Clerk]

                                               Date: _____

[SEAL]

No. _____ **This summons is for Sunrise Express, Inc.**

## PROOF OF SERVICE

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☐ On_____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____     SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
      [signature of server]

_____
      [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
      [signature of server]

_____
      [printed name]

Address: _____

      Phone: _____

Subscribed and sworn to before me this date: _____

      Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____

_____



**Case Title:**        AMOS V PEREZ ETAL

**Case Number:**    04CV-24-1404

**Type:**                 SUMMONS - FILER PREPARED

So Ordered

*Tom Barbour*

Electronically signed by TABARBOUR on 2024-05-15    page 4 of 4

THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
CIVIL DIVISION

ARMON AMOS                                                    Plaintiff

v.                                    No. _____

MIGUEL PEREZ
SALINAS AND SUNRISE
EXPRESS INC.                                                 Defendants

                              SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Miguel Perez Salinas
516 Blunt Street, Downs, Kansas 67437

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.
Within 30 days after service of this summons on you (not counting the day you received it) — or
60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas
— you must file with the clerk of this court a written answer to the complaint or a motion under
Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and
address are: **Daspit Law Firm, 124 W. Capitol Ave., Suite 1820, Little Rock, AR 72201**

If you fail to respond within the applicable time period, judgment by default may be entered
against you for the relief demanded in the complaint.

**Additional Notices Included:   Plaintiff's First Interrogatories and Request for Production
to Defendant Miguel Perez Salinas**

                                        CLERK OF COURT

Address of Clerk's Office
Benton County Circuit Clerk
102 NE A Street                         _____
Bentonville, Arkansas 72712             [Signature of Clerk or Deputy Clerk]

                                        Date: _____

[SEAL]

No. _____    **This summons is for Miguel Perez Salinas**

## PROOF OF SERVICE

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☐ On_____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____     SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
      [signature of server]


_____
      [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
      [signature of server]


_____
      [printed name]

Address: _____

      Phone: _____

Subscribed and sworn to before me this date: _____

      Notary Public _____

My Commission Expires: _____



Additional information regarding service or attempted service:


_____

_____



**Case Title:**       AMOS V PEREZ ETAL

**Case Number:**   04CV-24-1404

**Type:**               SUMMONS - FILER PREPARED


So Ordered

Tom Barbour

Electronically signed by TABARBOUR on 2024-05-15     page 4 of 4

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2024-Jul-02  15:30:57
04CV-24-1404
C19WD07 : 4 Pages

THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
CIVIL DIVISION

ARMON AMOS                                                        Plaintiff

v.                                        No. _____

MIGUEL PEREZ
SALINAS AND SUNRISE
EXPRESS INC.                                                     Defendants

                                    SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Don Smith of Central Agent Service, Inc.
Registered Agent for: Sunrise Express, Inc.
510 N. Greenwood Avenue, Fort Smith, Arkansas 72917

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: **Daspit Law Firm, 124 W. Capitol Ave., Suite 1820, Little Rock, AR 72201**

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included:   Plaintiff's First Interrogatories and Request for Production to Defendant Sunrise Express, Inc.**

                                              CLERK OF COURT
Address of Clerk's Office
Benton County Circuit Clerk
102 NE A Street                              _____
Bentonville, Arkansas 72712                 [Signature of Clerk or Deputy Clerk]

                                            Date: _____

[SEAL]

No. _____ This summons is for Sunrise Express, Inc.

## PROOF OF SERVICE

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☒ On 6/25/24 [date] I delivered the summons and complaint to Don Smith [name of *Resistered* individual], an agent authorized by appointment or by law to receive service of summons on *Agent* behalf of _____ [name of defendant]; or 17 Berry Hill Rd Fortsmith Sunrise Express Inc                                          AR 72903

☐ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____    SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
      [signature of server]

_____
      [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: 6/26/24

By: _____
      [signature of server]

Justin Goodman
      [printed name]

Address: _____ 12373 GRANTS PASS ROAD
          PRAIRIE GROVE, AR 72753

Phone: _____ (479) 799-4209

Subscribed and sworn to before me this date: No-26-2024

Notary Public _____

My Commission Expires: 10-5-2027

Additional information regarding service or attempted service:

_____

_____



**Case Title:**     AMOS V PEREZ ETAL

**Case Number:**   04CV-24-1404

**Type:**          SUMMONS - FILER PREPARED

So Ordered

Tom Barbour

Electronically signed by TABARBOUR on 2024-05-15     page 4 of 4

## Details

---

**For service of process contact the** <u>Secretary of State's office.</u>

LLC Member information is now confidential per Act 865 of 2007

**For access to our corporations bulk data download service** <u>click here.</u>

Corporation Name
SUNRISE EXPRESS, L.L.C.

Fictitious Names
—

Filing #
100200705

Filing Type
Foreign Limited Liability Company

Filed Under Act
Foreign LLC; 1003 of 1993

Status
Forfeited Charter

Principal Address
—

Reg. Agent
DAVE MCCALL

Agent Address
3120 S 57TH STREET FORT SMITH, AR 72903

Date Filed
06/26/2001

Officers
DENNIS KAUFMAN, Managing Member
DAVID MCCALL, Managing Member
WOOD KAUFMAN, Managing Member
SEE FILE, Incorporator/Organizer

Foreign Name
—

**EXHIBIT B**

Foreign Address
4010 N LINCOLN BLVD OKLAHOMA CITY, 73105

State of Origin
OK
Pay Franchise Tax for this corporation

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| ARMON AMOS | MIGUEL PEREZ SALINAS AND SUNRISE EXPRESS INC. |

**(b)** County of Residence of First Listed Plaintiff  BENTON, AR
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  OSBORNE, KS
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**Use Page 2 Continuation Sheet to Add More Plaintiffs and/or Defendants
YOU MUST LIST ALL PARTIES**

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
DASPIT LAW FIRM, PLLC, 124 W. CAPITAL AVE, #1820, LITTLE ROCK, AR 72201 - PHONE: 501-387-7390

Attorneys *(If Known)*
LEWIS BRISBOIS BISGAARD & SMITH, LLP, 100 SOUTH 4TH STREET, SUITE 500, ST. LOUIS, MO 63102 - (314) 685-8346

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans | ☐ 345 Marine Product Liability | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| (Excludes Veterans) | | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
pursuant to 28 U.S.C. §§ 1332(a) and 1441(b)
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE
07/17/2024

SIGNATURE OF ATTORNEY OF RECORD
*Karen Volkman*

**PAYMENT INFORMATION**
FILING FEE TO BE PAID ☐     APPLYING IFP ☐

CASE OPENING INFORMATION
CONTINUATION SHEET

| Plaintiff(s) | Counsel of Record (Include name and bar number) |
|---|---|
|  |  |

| Defendant(s) | Counsel of Record (Include name and bar number) |
|---|---|
|  |  |

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)    Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)    County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)    Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.    Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**. (See Section III below; NOTE: federal question actions take precedence over diversity cases.)**

**III.    Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.    Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.    Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.    Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.    Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.    Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2024-May-14 16:04:19
04CV-24-1404
C19WD07 : 4 Pages

# IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
## CIVIL DIVISION

**ARMON AMOS**                                                     **PLAINTIFF**

**V.**                          **CASE NO. _____**

**MIGUEL PEREZ
SALINAS AND SUNRISE**                         **DEFENDANTS**
**EXPRESS INC.**

## COMPLAINT

COMES NOW, the Plaintiff, Armon Amos, by and through Plaintiff's attorney at Daspit Law Firm, PLLC, and for Plaintiff's cause of action against the Defendants, Miguel Perez Salinas and Sunrise Express Inc., alleges and states as follows:

## PARTIES AND JURISDICTION

1. Plaintiff Armon Amos is, and at all times relevant to this action was, a resident of Rogers, Benton County, Arkansas.

2. Upon information and belief, Defendant Miguel Perez Salinas (hereinafter "Defendant Salinas") is an individual residing in Kansas. Defendant Salinas may be served at 516 Blunt Street, Downs, Kansas 67437, or wherever found.

3. Upon information and belief, Defendant Sunrise Express Inc. (hereinafter "Defendant Sunrise"), is a transportation company authorized to do business in the State of Arkansas via the United States Department of Transportation. Defendant Sunrise may be served with process through its registered agent Don Smith of Central Agent Service, Inc. at 510 N. Greenwood Avenue, Fort Smith, Arkansas 72917, or wherever found.

EXHIBIT A

4.      The automobile wreck giving rise to this cause of action occurred in Bentonville, Benton County, Arkansas.

5.      This Court has Jurisdiction over the parties and the subject matter herein, and this Court is the proper venue for this cause of action.

## FACTS COMMON TO ALL COUNTS

6.      On or about December 28, 2023, at 9:05 P.M., Plaintiff was operating a 2018 Honda Civic traveling at or near the intersection of SE Walton Blvd and SW Regional Airport Blvd. in Bentonville, Arkansas.

7.      At the same time and place, Defendant Salinas was operating an 18-wheeler truck owned by Defendant Sunrise and was also traveling at or near the intersection of SE Walton Blvd and SW Regional Airport Blvd. in Bentonville, Arkansas.

8.      Defendant Salinas over-steered causing him to enter the outside right turn lane and caused a collision with Plaintiff's vehicle. Defendant Salinas struck the driver side of Plaintiff's vehicle.

9.      At all times relevant to this Complaint, Defendant Salinas was acting within the scope of Defendant Salinas's agency and employment, and under the control of Defendant Sunrise.

## COUNT I – NEGLIGENCE

10.     Plaintiff incorporates each and every foregoing paragraph.

11.     At the time of the collision, Defendant Salinas was negligent in the following respects:

   a.   Failed to keep a proper lookout on the roadway;

   b.   Failed to keep his vehicle under reasonable control;

   c.   Failed to keep a safe distance from other vehicles on the road;

    d.   Failed to yield the right of way to the Plaintiff's vehicle; and

    e.   Generally failed to act as a reasonably careful and prudent person would act under the circumstances.

## COUNT II – RESPONDEAT SUPERIOR

12.    Plaintiff incorporates each and every foregoing paragraph.

13.    Defendant Salinas was driving a vehicle owned by Defendant Sunrise at all times material hereto, Defendant Salinas, was operating the vehicle in the course and scope of employment with Defendant Sunrise. As such, Defendant Sunrise, is vicariously liable for Defendant Salinas's negligent acts and omissions under the doctrine of *respondeat superior*. Plaintiff further pleads Defendant Sunrise was negligent and/or negligent per se for one or more of the following reasons:

    a.   Negligently entrusted a motor vehicle to an incompetent driver;

    b.   Negligently hired and/or retained employees;

    c.   Negligently trained and/or supervised employees;

    d.   Violated applicable, local, state and federal laws and/or regulations;

    e.   Other acts so deemed negligent.

## DAMAGES

14.    As a direct and proximate result of the Defendants' negligence Plaintiff suffered physical injuries throughout Plaintiff's body.

15.    As a further direct and proximate result of the Defendants' negligence and of Plaintiff's injuries, Plaintiff suffered great pain, suffering, and mental anguish and will continue to suffer these conditions into the future.

16.     As a further direct and proximate result of the Defendants' negligence and of Plaintiff's injuries, Plaintiff was placed under the care of physicians and has incurred medical expenses which amounts includes transportation expenses necessarily incurred in securing such care and is likely to incur medical expenses in the future.

17.     As a result of the conduct of the Defendants, the Plaintiff should be compensated for the nature, extent, duration, and permanency of his injuries as set out herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Armon Amos, prays for judgment in an amount that does not exceed the minimum requirements for jurisdiction in federal court based on diversity; that Defendants be cited to appear and answer herein; that Plaintiff be awarded past and future medical expenses; that Plaintiff be compensated for Plaintiff's pain and suffering and mental anguish; that Plaintiff be awarded pre-judgment and post-judgment interest at the maximum legal rate provided by law; that Plaintiff recover from Defendants her costs herein expended, such costs to include a reasonable attorney's fees; and that Plaintiff receive any and all other relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**DASPIT LAW FIRM, PLLC**

*/s/Jennifer Reali*
**Jennifer Reali**
Arkansas State Bar No. 2020241
124 W. Capital Ave. #1820
Little Rock, AR 72201
Telephone: (501) 387-7390
Facsimile: (713) 587-9086
Email: e-service@daspitlaw.com

**ATTORNEY FOR PLAINTIFF**

# UNITED STATES DISTRICT COURT

Western      District of      Arkansas

ARMON AMOS

         Plaintiff

V.

MIGUEL PEREZ SALINAS, ET AL

         Defendant

NOTICE AND CONSENT —
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

Case Number: 5:24CV5149

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Do not file this form electronically. Please return form with original signature(s) to:**

**United States District Clerk**

**35 East Mountain, Room 510**

**Fayetteville, Arkansas 72701**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| ARMON AMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: |
| | ) | |
| MIGUEL PEREZ SALINAS AND | ) | **JURY TRIAL DEMANDED** |
| SUNRISE EXPRESS INC. | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

COMES NOW Karen M. Volkman and hereby enters her appearance on behalf of Defendants Miguel Perez Salinas and Sunrise Express LLC improperly named as Sunrise Express Inc. in this matter.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Karen M. Volkman
Karen M. Volkman, #2012305
100 South 4th Street, Suite 500
St. Louis, Missouri 63102
(314) 685-8346 – Phone
(314) 683-8347 – Facsimile

Karen.Volkman@lewisbrisbois.com

Attorney for Defendants Miguel Perez Salinas and
Sunrise Express LLC

142404082.3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned further certifies that a copy of the foregoing was sent via electronic mail and United States mail, postage prepaid, and electronic mail on the 17th day of July, 2024 to the following:

Jennifer Reali, Esq.
DASPIT LAW FIRM, PLLC
124 W. Capital Ave. #1820
Little Rock, AR 72201
Telephone: (501) 387-7390
Facsimile: (713) 587-9086
e-service@daspitlaw.com

Attorneys for Plaintiff

/s/ Karen M. Volkman

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ARMON AMOS,                          )
                                     )
        Plaintiff,                   )
                                     )
        v.                           )          Case No:
                                     )
MIGUEL PEREZ SALINAS AND             )          **JURY TRIAL DEMANDED**
SUNRISE EXPRESS INC.                 )
                                     )
        Defendants.                  )

## ENTRY OF APPEARANCE

COMES NOW Tracy J. Cowan and hereby enters his appearance on behalf of Defendants

Miguel Perez Salinas and Sunrise Express LLC improperly named as Sunrise Express Inc. in this

matter.

                        Respectfully submitted,

                        By: /s/ Tracy J. Cowan
                            Tracy J. Cowan, #2013243AR
                            Lewis Brisbois Bisgaard & Smith, LLP
                            100 South 4th Street, Suite 500
                            St. Louis, Missouri 63102
                            (314) 685-8346 - Phone
                            (314) 685-8347 - Facsimile
                            Tracy.Cowan@Lewisbrisbois.com

                            Attorney for Defendants Miguel Perez
                            Salinas and Sunrise Express LLC

142404034.2 Case No:

## <u>CERTIFICATE OF SERVICE</u>

The undersigned further certifies that a copy of the foregoing was sent via electronic mail and United States mail, postage prepaid, and electronic mail on the 17th day of July, 2024 to the following:

Jennifer Reali, Esq.
DASPIT LAW FIRM, PLLC
124 W. Capital Ave. #1820
Little Rock, AR 72201
Telephone: (501) 387-7390
Facsimile: (713) 587-9086
e-service@daspitlaw.com

Attorneys for Plaintiff

/s/ Karen M. Volkman