# SUNRISE EXPRESS, INC.

Wed Jul 24 18:18:58 2024

**SOS Account Number**
0772712

**Status**
Active

**Principal Office Address**
1420 SOUTH ADA STREET
GRAND ISLAND, NE 68803

**Registered Agent and Office Address**
JACKI JONES
1420 SOUTH ADA STREET
GRAND ISLAND, NE 68803

**Nature of Business**
TRANSPORTATION OF GOODS AND COMMODITIES ON A FOR HIRE BASIS

**Entity Type**
Domestic Corp

**Date Filed**
Jan 30 1985

**Next Report Due Date**
Jan 01 2026

| Corporation Position | Name | Address |
| --- | --- | --- |
| **President** | RAY VETTEL JR | 109 W. HWY. 34<br>PHILLIPS, NE 68865 |
| **Secretary** | DEAN ADEN | 4303 COUNTRY CLUB LANE<br>KEARNEY, NE 68847-0000 |
| **Director** | DEAN ADEN | 4303 COUNTRY CLUB LANE<br>KEARNEY, NE 68847-0000 |
| **Director** | DWAYNE BROWN | 2903 COUNTRY CLUB LANE<br>KEARNEY, NE 68847-0000 |
| **Director** | RAY VETTEL JR | 109 W. HWY 34<br>PHILLIPS, NE 68865 |

# Filed Documents

To purchase copies of filed documents check the box to the left of the document code. If no checkbox appears, contact the Secretary of State's office to request the document(s).

| | Document | Date Filed | Price |
| --- | --- | --- | --- |
| ☐ | Articles Perpetual | Jan 30 1985 | $0.90 = 2 page(s) @ $0.45 per page |

EXHIBIT C

| | Document | Date Filed | Price |
|---|---|---|---|
| ☐ | Proof of Publication | Mar 05 1985 | $0.45 = 1 page(s) @ $0.45 per page |
| | Non Payment of Taxes | Apr 16 1986 | |
| ☐ | Certificate of Revival | Jul 22 1986 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Change of Agent or Office | Jul 22 1986 | $0.45 = 1 page(s) @ $0.45 per page |
| | Change of Agent or Office | Jul 16 1990 | |
| ☐ | Amendment | Mar 13 1992 | $0.45 = 1 page(s) @ $0.45 per page |
| | Proof of Publication | Apr 17 1992 | |
| | Non Payment of Taxes | Apr 16 1998 | |
| ☐ | Certificate of Revival | Jun 02 1998 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Tax Return | Mar 31 1999 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 24 2000 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 23 2001 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 24 2002 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 10 2003 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 09 2004 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 23 2006 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Feb 21 2008 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Feb 11 2010 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Mar 20 2012 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Feb 20 2014 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 26 2016 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 04 2018 | $0.90 = 2 page(s) @ $0.45 per page |

| | Document | Date Filed | Price |
|---|---|---|---|
| ☐ | Change of Agent or Office | Jan 28 2019 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Occupation Tax Report | Mar 11 2020 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Occupation Tax Report | Jan 07 2022 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Occupation Tax Report | Apr 03 2024 | $0.90 = 2 page(s) @ $0.45 per page |

## Good Standing Documents

To purchase documents attesting to the entity's good standing check the box next to the document title.

- If you need your Certificate of Good Standing Apostilled or Authenticated for use in another country, you must contact the Nebraska Secretary of State's office directly for information and instructions. Documents obtained from this site cannot be Apostilled or Authenticated.

☐ **Online Certificate of Good Standing with Electronic Validation**

**$6.50**
This certificate is available for immediate viewing/printing from your desktop. A Verification ID is provided on the certificate to validate authenticity online at the Secretary of State's website.

☐ **Certificate of Good Standing - USPS Mail Delivery**

**$10.00**
This is a paper certificate mailed to you from the Secretary of State's office within 2-3 business days.

Select All | Select None

↑ Back to Top