AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| ARMON AMOS | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:24-cv-05149-TLB |
| MIGUEL PEREZ SALINAS, ET AL | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Armon Amos

Date: 07/30/2024

*Attorney's signature*

Lee Curry, Ark. Bar No. 2014153
*Printed name and bar number*

Daspit Law Firm
124 W. Capitol Ave., Ste. 1820
Little Rock, AR 72201
*Address*

Lcurry@daspitlaw.com
*E-mail address*

(501) 512-0367
*Telephone number*

(713) 587-9086
*FAX number*