IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| ARMON AMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 5:24-cv-05149 |
| | ) | |
| MIGUEL PEREZ SALINAS AND | ) | **JURY TRIAL DEMANDED** |
| SUNRISE EXPRESS INC. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS MIGUEL PEREZ SALINAS AND SUNRISE EXPRESS INC. AND PLAINTIFF ARMON AMOS' JOINT MOTION FOR EXTENSION OF TIME TO FILE RULE 26(f) CONFERENCE REPORT**

COME NOW Defendants Miguel Perez Salinas ("Mr. Salinas") and Sunrise Express Inc. ("Sunrise") (collectively "Defendants"), and Plaintiff Armon Amos ("Plaintiff") by and through the undersigned counsel, and hereby respectfully request that the Court extend the time for the parties to file their Rule 26(f) Conference Report. Pursuant to Federal Rule of Civil Procedure 6(b), the parties seek to extend the time to file their Rule 26(f) Conference Report set forth in the Court's Initial Scheduling Order (Doc. 11) until Friday, October 18, 2024. In further support, Defendants state:

1.  Federal Rule of Civil Procedure 6(b) states that "the court may, for good cause, extend time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." *See* F.R.C.P. 6(b)(1)(A).

2.  This Honorable Court entered an Initial Scheduling Order on August 28, 2024 requiring the parties to jointly conduct a Rule 26(f) Conference by no later than September 25, 2024. In the Initial Scheduling Order, the Court also required the parties to jointly prepare and file a Rule 26(f) Report by no later than October 9, 2024.

3. Parties conducted the Rule 26(f) Conference on Thursday, September 19, 2024.

4. Counsel for Defendants have been in trial in the Circuit Court of Jackson County, Missouri since September 23, 2024, and remain in trial as of the filing of this motion. *See Roslyn T. Barnes v. Athene Annuity & Life Assurance Company, et al.,* Case No. 2016-CV04648. Further, Defense counsel has not yet received Plaintiff's portion of the Rule 26(f) Conference Report. Due to the foregoing reasons, the parties will be unable to file the jointly prepared Rule 26(f) Conference Report by October 9, 2024.

5. It is agreed and acknowledged by the undersigned counsel that Plaintiff's counsel has consented to the extension requested in this Joint Motion. This extension will not affect any other deadlines set forth in the Court's Initial Scheduling Order entered on August 28, 2024 and does not prejudice either party.

WHEREFORE, Defendants Miguel Perez Salinas and Sunrise Express Inc., and Plaintiff Armon Amos request this Honorable Court extend the deadline to file the joint Rule 26(f) Report to Friday, October 18, 2024 and award such further relief as the Court deems appropriate and just.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Karen M. Volkman
Tracy J. Cowan, #2013243
Karen M. Volkman, #2012305
100 South 4th Street, Suite 500
St. Louis, Missouri 63102
(314) 685-8346 – Phone
(314) 683-8347 – Facsimile

Tracy.Cowan@lewisbrisbois.com
Karen.Volkman@lewisbrisbois.com

Attorneys for Defendants Miguel Perez Salinas and Sunrise Express Inc.

        DASPIT LAW FIRM

        /s/ Lee Curry (with permission)
        Lee Curry, #2014153
        Jennifer Reali #2020241
        124 W. Capitol Ave., Ste. 1820
        Little Rock, Arkansas 72201
        (501) 512-0367 – Phone
        (713) 587-9086 – Fax

        Lcurry@daspitlaw.com
        e-service@daspitlaw.com

        Attorneys for Plaintiff Armon Amos

## CERTIFICATE OF SERVICE

The undersigned further certifies that a copy of the foregoing was filed electronically with the Clerk of the Court to be served via operation of the CM/ECF electronic filing system on the 9th day of October, 2024 on All Counsel of Record.

        /s/ Karen M. Volkman