IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| ARMON AMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 5:24-cv-05159 |
| | ) | |
| MIGUEL PEREZ SALINAS AND | ) | **JURY TRIAL DEMANDED** |
| SUNRISE EXPRESS INC. | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFENDANTS MIGUEL PEREZ SALINAS AND SUNRISE EXPRESS INC. AND PLAINTIFF ARMON AMOS' CONSENT MOTION FOR CONTINUANCE**

COME NOW Defendants Miguel Perez Salinas ("Mr. Salinas") and Sunrise Express Inc. ("Sunrise") (collectively "Defendants"), and Plaintiff Armon Amos ("Plaintiff") by and through the undersigned counsel, pursuant to Local Rule 7.5, and hereby respectfully request that the Court continue the Case Management Hearing scheduled on November 15, 2024 In further support, Defendants state:

1. This Honorable Court entered an Initial Scheduling Order on August 28, 2024 requiring the parties to attend a Case Management Hearing on November 15, 2024 at 1:30 p.m. In an email on October 29, 2024, Ms. Sheri Craig, Judicial Assistant/Courtroom Deputy, indicated that the Case Management Hearing would be held via Microsoft Teams.

2. Counsel for Defendants are trial counsel in a trial in the matter of *Roger E. Johnson and Cathy Johnson v. 4520 Corp. Inc., et al.,*, Case No. GD 22-004219 in the Court of Common Pleas of Allegheny County, Pennsylvania with jury selection to begin on November 15, 2024.

3. Plaintiff's counsel has consented to the continuance requested in this Consent Motion. This continuance will not prejudice either party.

148392881.2

Page **1** of **2**
Case No: 5:24cv5159

4.      Further, the Initial Scheduling Order permits out of area attorneys to request to participate in the Case Management Hearing via Teams. The parties jointly request to participate in the rescheduled Case Management Hearing via Teams, as the offices of counsel for both parties are located outside of the Fayetteville, AR area.

WHEREFORE, Defendants Miguel Perez Salinas and Sunrise Express Inc., and Plaintiff Armon Amos request this Honorable Court to continue the Case Management Hearing of November 15, 2024, and award such further relief as the Court deems appropriate and just.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Karen M. Volkman
Tracy J. Cowan, #2013243
Karen M. Volkman, #2012305
100 South 4th Street, Suite 500
St. Louis, Missouri 63102
(314) 685-8346 – Phone
(314) 683-8347 – Facsimile

Tracy.Cowan@lewisbrisbois.com
Karen.Volkman@lewisbrisbois.com

Attorneys for Defendants Miguel Perez Salinas and Sunrise Express Inc.

## CERTIFICATE OF SERVICE

The undersigned further certifies that a copy of the foregoing was filed electronically with the Clerk of the Court to be served via operation of the CM/ECF electronic filing system on the 5th day of November, 2024 on All Counsel of Record.

/s/ Karen M. Volkman