IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ARMON AMOS**                                                                                          **PLAINTIFF**

v.                                              **CASE NO. 5:24-CV-5149**

**MIGUEL PEREZ SALINAS; and SUNRISE**
**EXPRESS, LLC f/k/a SUNRISE EXPRESS INC.**                          **DEFENDANTS**

**PHASE I**
**CASE MANAGEMENT ORDER**

After a review of the parties' Rule 26(f) Joint Report and pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED:

**1. REFERRAL TO MAGISTRATE JUDGE FOR ALL PRETRIAL MATTERS**

Upon entry of this Phase I Case Management Order, the Court will refer the case to Magistrate Judge Christy D. Comstock for all *pretrial* proceedings.

**2. AMENDMENT OF PLEADINGS**

Leave to amend pleadings and/or to add or substitute parties shall be sought no later than **APRIL 10, 2025**.

**3. EXPERT DISCLOSURES**

The deadline to provide expert witness disclosures and written reports pursuant to Rule 26(a)(2) is **JULY 31, 2025**. The deadline to provide disclosures and reports of rebuttal experts (*i.e.* whose testimony will be offered solely to contradict or rebut the expert opinions offered by an opposing expert) is **SEPTEMBER 5, 2025**.

## 4. DISCOVERY

The discovery deadline is **OCTOBER 10, 2025**. The parties may conduct discovery beyond this date if all parties are in agreement to do so. To avoid later misunderstandings, such agreements should be reduced to a writing which describes the type, scope, and length of the extended period of discovery. That said, the Court will not resolve any disputes which may arise in the course of extended discovery.

All discovery requests must be propounded sufficiently in advance of the discovery deadline to allow for a timely response. Witnesses and exhibits not identified and produced in response to Rule 26(a)(1) Initial Disclosures, and/or in response to subsequent discovery requests, may not be used at trial except in extraordinary circumstances.

## 5. MOTION DEADLINES

(a) **Summary Judgment.** The deadline to file dispositive motions is **OCTOBER 17, 2025**. Briefs in support must not exceed twenty-five (25) pages. The Magistrate Judge will address dispositive motions with a Report and Recommendation.

(b) ***Daubert.*** If applicable, *Daubert* and related expert disqualification motions should be filed no later than **OCTOBER 17, 2025**.

(c) **Discovery Motions.** Prior to filing a discovery motion the parties must (i) engage in a substantive good faith effort to amicably resolve the dispute without court intervention (to include at least one verbal discussion), and then, if necessary, (ii) the parties must schedule a conference call with the Court to discuss the dispute. In the event a discovery dispute cannot be informally resolved by the Court, then a formal motion must be filed sufficiently in advance of the discovery deadline to allow for a proper response time

2

under the rules. The length of any such motions and supporting memorandum shall not exceed ten (10) pages in length (excluding exhibits). A response to a discovery motion, with the same page limitations, should be promptly filed.

## 6.   SETTLEMENT CONFERENCE

The parties are ordered to attend a Settlement Conference ***in person*** with Magistrate Judge Mark E. Ford by no later than **JUNE 12, 2025**. The exact date will be set by separate order.[1]

## 7.   DEADLINES

The deadlines set forth above are firm. Extensions and/or continuances will not be considered absent very compelling circumstances.

## 8.   SUMMARY TABLE AND FORMS

A table summarizing the deadlines is attached. In the event of a discrepancy between this Order and the summary table, the deadline set forth in the Order is controlling.

## 9.   PHASE II SCHEDULING ORDER

Upon completion of the tasks and deadlines described above, the Magistrate Judge will refer the case back to the District Judge for trial.[2] A Phase II scheduling order will then be filed to establish the trial date and deadlines for pre-trial submissions.

---

[1] By motion, for good cause shown, the parties may request to be excused from this requirement. "Good cause" will be established by a statement that the posture of the case is such that the parties believe settlement efforts would be futile and the parties intend to proceed to trial.

[2] In the alternative, the parties may consent to having the Magistrate Judge preside over all remaining proceedings.

**IT IS SO ORDERED** this 23rd day of December, 2024.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

## DATES AND DEADLINES

| DISCOVERY | |
|---|---|
| AMEND PLEADINGS/ADD OR SUBSTITUTE PARTIES | 4/10/25 |
| EXPERT WITNESS DISCLOSURES/REPORTS | 7/31/25 |
| REBUTTAL EXPERT WITNESS DISCLOSURES/REPORTS | 9/5/25 |
| **DISCOVERY DEADLINE** | **10/10/25** |
| MOTIONS | |
| **DISPOSITIVE MOTIONS** | **10/17/25** |
| DAUBERT AND RELATED MOTIONS REGARDING EXPERT OPINION TESTIMONY (if applicable) | 10/17/25 |
| SETTLEMENT CONFERENCE | |
| SETTLEMENT CONFERENCE - IN PERSON (to be separately scheduled no later than) | 6/12/25 |