IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ARMON AMOS**                                                                                              **PLAINTIFF**

V.                                    **CASE NO. 5:24-cv-05149-TLB**

**MIGUEL PEREZ SALINAS and**
**SUNRISE EXPRESS INC.**                                                                              **DEFENDANTS**

**MOTION FOR LEAVE TO AMEND COMPLAINT**

COMES NOW, the Plaintiff, Armon Amos, by and through his attorneys at DASPIT LAW FIRM, PLLC, and for his Motion for Leave to Amend Complaint, alleges and states as follows:

1. Plaintiff's initial Complaint was filed in the Circuit Court of Benton County, Arkansas, on May 14, 2024, Case No. 04CV-24-1404, *Armon Amos v. Miguel Perez Salinas, et al.* R.Doc. 1-1.

2. Defendants jointly filed their Notice of Removal to this Court on July 18, 2024, asserting that complete diversity exists between the parties and that the amount in controversy exceeds $75,000. R.Doc. 1 at 2, ¶¶ 11, 13.

3. Pursuant to the Court's scheduling order, the deadline for a party to seek leave to amend pleadings is April 10, 2025. R.Doc. 18 at 1, ¶ 2.

4. Plaintiff now seeks leave to amend his Complaint. Attached hereto and incorporated herein as <u>Exhibit 1</u> is Plaintiff's proposed First Amended Complaint.

5. Plaintiff's proposed First Amended Complaint amends his initial Complaint in the following respects:

   a. The proposed First Amended Complaint adds an express demand for a jury trial on all issues so triable.

b.  Part of the WHEREFORE paragraph of the proposed First Amended Complaint is revised to expressly state that Plaintiff seeks judgment over and against Defendants in an amount that exceeds the minimum requirements for federal court diversity jurisdiction.

c.  Due undersigned counsel's stylistic preferences, some paragraphs from the initial Complaint have been reordered, split into separate paragraphs, or revised slightly to more specifically describe the manner in which this collision transpired; however, undersigned counsel does not consider these additional changes to be substantive in nature.

6.  Defendants will not suffer prejudice by this proposed amendment to the pleadings.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Armon Amos, moves the Court for leave to amend the pleadings and entry of an Order authorizing him to file the proposed First Amended Complaint.

Respectfully submitted,

**DASPIT LAW FIRM**
124 W. Capitol Ave., Ste. 1820
Little Rock, AR 72201
Phone: (501) 512-0367
Fax:    (713) 587-9086
e-service@daspitlaw.com
*Attorneys for Plaintiff*

By: _____
Lee D. Curry        Ark. Bar No. 2014153
lcurry@daspitlaw.com