IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ARMON AMOS                                                                                           PLAINTIFF

v.                                              CIVIL NO. 5:24-05149

MIGUEL PEREZ SALINAS and
SUNRISE EXPRESS, INC.                                                                       DEFENDANTS

## ORDER

Plaintiff timely has filed a Motion for Leave to Amend Complaint (ECF No. 21). The undersigned has reviewed the proposed Amended Complaint (ECF No. 21-1) and finds that amendment is permitted under F. R. Civ. P. 15(a)(2). The Motion is **GRANTED** and Plaintiff is directed to file and serve its Amended Complaint in this matter.

**IT IS SO ORDERED** on this 11th day of April 2025.

*Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE