IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| ARMON AMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 5:24-cv-05149 |
| | ) | |
| MIGUEL PEREZ SALINAS AND | ) | **JURY TRIAL DEMANDED** |
| SUNRISE EXPRESS INC. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE TO TAKE DEPOSITION OF
PLAINTIFF ARMON AMOS**

**TO:**         Plaintiff Armon Amos and his Attorneys,
Lee Curry, Esq.
Jennifer Reali, Esq.
Daspit Law Firm
124 W. Capitol Ave, Suite 1820
Little Rock, AR 72201
(501) 5112-0367 - Phone
(713) 587-9086 - Facsimile
Lcurry@Daspitlaw.com
e-service@daspitlaw.com

**DATE:**     Tuesday, May 20, 2025

**TIME:**     9:30 AM CT

**DEPONENT:**     Armon Amos

**LOCATION:**     Professional Reporters
300 N College Ave #315,
Fayetteville, AR 72701

**COURT REPORTER:**     Esquire Depositions

PLEASE TAKE NOTICE that at the above-stated date, hour and place, Defendants Miguel

Perez Salinas ("Mr. Salinas") and Sunrise Express Inc. ("Sunrise") (collectively "Defendants"),

shall cause the deposition of the above witness to be taken on oral interrogatories, pursuant to the

Arkansas Rules of Civil Procedure governing depositions, before a suitable Notary Public, at which time the witness hereby notified shall appear and at which time any party or their attorney may appear and cross-examine the witness as they see fit.

The deposition will continue from day-to-day until complete.

> Respectfully submitted,
>
> LEWIS BRISBOIS BISGAARD & SMITH LLP
>
> /s/ Karen M. Volkman
> Tracy J. Cowan, #2013243
> Karen M. Volkman, #2012305
> 100 South 4th Street, Suite 500
> St. Louis, Missouri 63102
> (314) 685-8346 – Phone
> (314) 683-8347 – Facsimile
>
> Tracy.Cowan@lewisbrisbois.com
> Karen.Volkman@lewisbrisbois.com
>
> Attorneys for Defendants Miguel Perez Salinas and Sunrise Express Inc.

## CERTIFICATE OF SERVICE

The undersigned further certifies that a copy of the foregoing was filed electronically with the Clerk of the Court via CM/ECF electronic filing system on the 8th day of May, 2025 to the following:

Lee Curry, Esq.
Jennifer Reali, Esq.
Daspit Law Firm
124 W. Capitol Ave, Suite 1820
Little Rock, AR 72201
(501) 5112-0367 - Phone
(713) 587-9086 - Facsimile
Lcurry@Daspitlaw.com
e-service@daspitlaw.com

/s/ Karen M. Volkman

cc: Esquire Depositions