IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ARMON AMOS**  PLAINTIFF

V.    CASE NO. 5:24-cv-05149-TLB

**MIGUEL PEREZ SALINAS and**
**SUNRISE EXPRESS INC.**  DEFENDANTS

**JOINT MOTION TO AMEND PHASE I CASE MANAGEMENT ORDER AND PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE SETTLEMENT CONFERENCE**

COME NOW, the Plaintiff, Armon Amos, by and through his attorneys at DASPIT LAW FIRM, PLLC, and the Defendants, Miguel Perez Salinas and Sunrise Express Inc., by and through their attorneys at LEWIS BRISBOIS BISGAARD & SMITH LLP, for their Joint Motion to Amend Phase I Case Management Order and Plaintiff's Unopposed Motion to Continue Settlement Conference, state as follows:

1. On December 23, 2024, the Court entered its Phase I Case Management Order. R. Doc. 18.

2. Pursuant to the Phase I Case Management Order, the parties are ordered to attend a settlement conference in person with Magistrate Judge Mark E. Ford by no later than June 12, 2025. R. Doc. 18 at p. 3 ¶ 6.

3. On January 13, 2025, the Court entered its Order Setting Settlement Conference, whereby the parties are ordered to appear before Magistrate Judge Mark Ford at the Judge Isaac C. Parker Federal Building, 30 South 6th Street, Fort Smith, Arkansas, in Room 226 at 10:00 AM on June 4, 2025 for their settlement conference. R. Doc. 20 at p. 1.

157936190.1

4. Discovery in this case was initially delayed by Plaintiff's continued medical treatment, as Plaintiff underwent surgery on February 4, 2025, and he was not released from care by his neurosurgeon until March 31, 2025.

5. Defense counsel deposed Plaintiff on May 20, 2025. However, due to scheduling conflicts, the parties were unable to settle on a date for Plaintiff's counsel to depose Defendant Miguel Salinas prior to the settlement conference on June 4, 2025. Counsel for the parties have conferred and, based on counsel's availability agreed to schedule Defendant's deposition on either July 9 or July 15, 2025.

6. It is Plaintiff's position that the likelihood of resolving this case at a settlement conference will be greater if the settlement conference is conducted following the deposition of Defendant Miguel Salinas.

7. For the foregoing reasons, Plaintiff moves the Court to amend its Phase I Case Management Order to extend the deadline for the parties to attend a settlement conference from June 12, 2025, to August 15, 2025, and for the Settlement Conference presently scheduled for June 4, 2025, to be continued.

8. Based on Plaintiff's representation, Defendants do not oppose Plaintiff's request to extend the deadline for the parties to attend a settlement conference. However, counsel for Defendants are not available for a Settlement Conference until August 4, 2025 due to preplanned vacation between July 17, 2025 and August 1, 2025. Defendants' clients are also located outside of Arkansas and Defendants request that the settlement conference be rescheduled on August 5, 2025 or later if the conference proceeds in person.

9. Based on the request to continue the settlement conference, the parties jointly move for the Court to amend its Phase I Case Management Order to extend the deadline to provide expert

witness disclosures and written reports pursuant to Rule 26(a)(2) from July 31, 2025, to August 29, 2025, and to extend the deadline to provide disclosures and reports of rebuttal experts from September 5, 2025, to October 6, 2025.

      10.    The parties do not seek to amend any other deadlines set in the Phase I Case Management Order, such as the discovery deadline (October 10, 2025) and the deadline for dispositive motions and *Daubert*-related motions regarding expert opinion testimony (October 17, 2025).

      WHEREFORE, PREMISES CONSIDERED, Plaintiff moves the Court to enter an Order continuing the settlement conference; and Plaintiff and Defendants jointly move the Court to amend its Phase I Case Management Order as requested hereinabove.

Respectfully submitted,

**DASPIT LAW FIRM**
124 W. Capitol Ave., Ste. 1820
Little Rock, AR 72201
Phone: (501) 512-0367
Fax:     (713) 587-9086
e-service@daspitlaw.com
*Attorneys for Plaintiff*

By: _____
Lee D. Curry          Ark. Bar No. 2014153
lcurry@daspitlaw.com


**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Tracy J. Cowan, #2013243
Karen M. Volkman, #2012305
100 South 4th Street, Suite 500
St. Louis, Missouri 63102
Phone: (314) 685-8346
Fax:     (314) 683-8347
Tracy.Cowan@lewisbrisbois.com
Karen.Volkman@lewisbrisbois.com
*Attorneys for Defendants*

By:   */s/* Karen M. Volkman (w/ permission)
Karen M. Volkman