IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ARMON AMOS                                                          PLAINTIFF

     v.                                CIVIL NO. 5:24-CV-05149-TLB

MIGUEL PEREZ SALINAS and
SUNRISE EXPRESS INC.                                              DEFENDANTS

## ORDER EXTENDING DEADLINES

The parties have filed a Joint Motion to Amend Phase I Case Management Order and Plaintiff's Unopposed Motion to Continue Settlement Conference (ECF No. 26). The Motion was referred to the undersigned, and upon review, the Court finds good cause has been shown and **GRANTS** the Motion.

- The parties' June 4, 2025, Settlement Conference with U.S. Magistrate Judge Mark Ford is **cancelled**, and the parties directed to contact Judge Ford's chambers without delay to **reschedule** the conference to occur not later than **September 15, 2025**.

- The following deadlines are extended as follows:

| | |
|---|---|
| Expert Witness Disclosures and Reports (all claims) | **August 29, 2025** |
| Rebuttal Expert Disclosures and Reports (all claims) | **October 6, 2025** |

- These deadlines are unaffected:

| | |
|---|---|
| Discovery Deadline | **October 10, 2025** |
| Dispositive Motion Deadline | **October 17, 2025** |
| Daubert and Related Expert Disqualification Motions | **October 17, 2025** |

These deadlines are FIRM, and further extensions will not be considered absent very compelling circumstances.

IT IS SO ORDERED on this 29th day of May 2025.

_Christy Comstock_
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE