IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ARMON AMOS**                                                                                          **PLAINTIFF**

**V.**                                        **CASE NO. 5:24-cv-05149-TLB**

**MIGUEL PEREZ SALINAS and**
**SUNRISE EXPRESS INC.**                                                                  **DEFENDANTS**

---

**DEFENDANTS MIGUEL PEREZ SALINAS'S AND SUNRISE EXPRESS, INC.'S MOTION TO COMPEL DISCOVERY RESPONSES DIRECTED TO PLAINTIFF**

---

COME NOW Defendants Miguel Perez Salinas and Sunrise Express, Inc. (hereinafter collectively "Defendants"), pursuant to Federal Rules 26 and 37 and Local Rule 7.2, and requests that this Court enter an Order compelling Armon Amos (hereinafter, "Plaintiff"), to provide complete responses, without object, to Defendant's Request for Production of Documents and produce his imaging studies such as x-rays, MRIs and CT scans. In support thereof, Defendant states as follows:

1. On April 17, 2025, Defendants served interrogatories and request for production on Plaintiff.

2. On May 29, 2025, forty-two days after Defendants served written their written discovery requests, Plaintiff provided answers to Defendant's interrogatories only.

3. To-date, Plaintiff has not responded to Defendants' Request for Production of Documents, despite multiple follow-ups from counsel for Defendants.

4. Although Plaintiff produced certain documents, to date, he has not produced his imaging studies, including but not limited to, x-rays, MRIs and CT scans.

161919998.3

5. Plaintiff's discovery responses are necessary for Defendants to prepare for trial and comply with Court deadlines.

6. Pursuant to Federal Rule of Civil Procedure 37, "on notice to other parties and all affected persons, a party may move for an order compelling disclosure or discovery. The motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action." *See also* Local Rule 7.2(g).

7. Defendants haves in good faith conferred with Plaintiff in an effort to obtain Plaintiff's responses to their Requests for Production without court action.

8. In further support, Defendants incorporate their Memorandum in Support to which the exhibits in support are attached filed contemporaneously herewith as if fully set forth herein.

WHEREFORE, Defendants Miguel Perez Salinas and Sunrise Express, Inc. respectfully request that the Court grant their Motion to Compel, order Plaintiff to provide full and complete responses to Defendants' Request for Production, without objections and produce any imaging studies including, but not limited to, x-rays, MRIs and CT scans within ten (10) days and award any further relief this court deems appropriate

161919998.3

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Karen M. Volkman
Tracy J. Cowan, #2013243
Karen M. Volkman, #2012305
100 South 4th Street, Suite 500
St. Louis, Missouri 63102
(314) 685-8346 – Phone
(314) 683-8347 – Facsimile

Tracy.Cowan@lewisbrisbois.com
Karen.Volkman@lewisbrisbois.com

Attorneys for Defendants Miguel Perez Salinas and Sunrise Express Inc.

## CERTIFICATE OF SERVICE

The undersigned further certifies that a copy of the foregoing was filed electronically with the Clerk of the Court to be served via operation of the CM/ECF electronic filing system on the 22nd day of August, 2025 on All Counsel of Record.

/s/ Karen M. Volkman

.

161919998.3