| | |
|---|---|
| Archived: | Friday, August 22, 2025 4:05:44 PM |
| From: | Sroka, Katrina |
| Mail received time: | Thu, 17 Apr 2025 18:49:24 |
| Sent: | Thu, 17 Apr 2025 18:49:09 |
| To: | Clair Gilkey lcurry@daspitlaw.com Access e-service@daspitlaw.com |
| Cc: | Cowan, Tracy Volkman, Karen Walker, Tina |
| Subject: | Amos, Armon v. Miguel Perez Salinas, et al |
| Importance: | Normal |
| Sensitivity: | None |
| Attachments: | Amos - Defendants' First Interrogatories to Plaintiff - 04-17-25.docx; Amos - Defendants' First Interrogatories to Plaintiff - 04-17-25.pdf; Amos - Defendants' First Request for Production to Plaintiff - 04-17-25.docx; Amos - Defendants' First Request for Production to Plaintiff - 04-17-25.pdf; Amos - AR Workers Compensation Form.pdf; Amos - CMS Authorization - 04-17-25.pdf; Amos - SSA-3288 (2-23).pdf; Amos - Tax 4506 (Sept 24) (2013-2020).pdf; Amos - Tax 4506 (Sept 24) (2021-2024).pdf; Amos - Medical, Employment & Cell Phone Authorizations - 04-17-25.pdf; |

Counsel – At the request of Tracy Cowan and Karen Volkman, attached please find the following on behalf of Defendants Miguel Perez Salinas and Sunrise Express Inc.:

- * First set of Interrogatories Directed to Plaintiff Armon Amos
- * First Request for Production of Documents Directed to Plaintiff Armon Amos with Authorizations

Thank you,
Katrina

**Katrina Sroka**
**Paralegal**
St. Louis
314.685.8354 or x3148354

EXHIBIT A