> EXTERNAL

| | |
|---|---|
| Archived: | Friday, August 22, 2025 2:29:07 PM |
| From: | Lee Curry |
| Sent: | Tue, 20 May 2025 15:01:28 |
| To: | Volkman, Karen |
| Cc: | Access Clair Gilkey |
| Subject: | [16445] Armon Amos |
| Importance: | Normal |
| Sensitivity: | None |
| Attachments: | Armon Amos.Signed Forms.pdf; |

Sincerely,

**Lee D. Curry**

Attorney | Daspit Law Firm
124 W. Capitol Ave., Ste. 1820
Little Rock, AR 72201
Office: (501) 512-0367
Fax:     (713) 587-9086

lcurry@daspitlaw.com
www.daspitlaw.com
Let's Chat



This e-mail and any attachments are confidential and may be protected by the attorney-client privilege and the attorney work product doctrine. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient or you believe this message has been sent to you in error, please notify the sender by e-mail and delete this message without disclosing it.

Exhibit C

## AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

### Patient Identification

Name: ARMON AMOS

Social Security #: 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      Date of Birth: 06-16-2000

### Health Care Entity Authorized to Disclose Information

Name: Armon Amos

Address: 5900 W Stoney Brook Rd, Apt 15201

### Information To Be Released

*Please check type of information to be released:*

| | | |
|---|---|---|
| ☒ Complete medical record | ☒ Psychotherapy notes | ☒ X-ray films/Other diagnostic images |
| ☒ History and physical exam | ☒ Laboratory reports | ☒ Photographs, videotapes |
| ☒ Progress notes | ☒ Pathology reports | ☒ Complete billing record/itemized bill |
| ☒ Nurse's Notes | ☒ Diagnostic imaging reports | ☒ Diagnosis & treatment codes |
| ☒ Consultation reports | ☒ Operative reports | ☒ Other (specify): pathology slides and/or blocks, prescription and/or pharmacy records |

Identify date(s) of service of records to be released: all dates of treatment

### Specific Understanding

I understand that the health information authorized to be disclosed may have been received from or created by other persons or entities and may include information regarding alcohol and/or drug treatment, sexually transmitted disease, AIDS/HIV, behavioral and/or mental health services, or reproductive health services.

**Purpose of Disclosure:** Pending Litigation

### Person(s) Authorized to Receive Information:

Lewis Brisbois Bisgaard & Smith, LLP
100 S. 4th Street, Suite 500
St. Louis, Missouri 63102
Attn: Katrina Sroka

### Re-Disclosure

I understand that the information disclosed by this authorization may be subject to re-disclosure by the recipient and unprotected by Federal or state privacy requirements unless otherwise prohibited by law.

### Revocation/Expiration of Authorization

I understand that I have the right to revoke this Authorization at any time by submitting a written notice to the Health Care Entity Authorized to Disclose Information at the address indicated above and that any revocation will be effective upon receipt of the notice except to the extent that action has been taken in reliance on this Authorization; provided, however, this Authorization will automatically expire one year from the date identified below. A copy of this authorization is as valid as the original.

### Signature of Patient or Personal Representative Who May Request Disclosure

I understand that my treatment or payment for services will not be denied if I do not sign this Authorization unless such treatment is solely for the purpose of providing health information to a third party (e.g., my employer).

I hereby authorize the disclosure of the above health information as specified herein.

_Armon Amos_                                         04-28-2025
Signature of Patient or Personal Representative        Date (valid for one year from date of signature)

_Armon Amos_
Print Name of Patient or Personal Representative        Relationship to Patient (if other than patient)

155866857.1