EXTERNAL

| | |
|---|---|
| Archived: | Friday, August 22, 2025 4:04:24 PM |
| From: | Lee Curry |
| Sent: | Thu, 29 May 2025 23:52:21 |
| To: | Volkman, Karen  Cowan, Tracy |
| Cc: | Sroka, Katrina  Walker, Tina  Access  Clair Gilkey |
| Subject: | [16445] Amos v. Salinas/Sunrise Express; 5:24-cv-05149-TLB-CDC |
| Importance: | Normal |
| Sensitivity: | None |
| Attachments: | 25.05.29_Amos Armon_16445_PLA R2 DEFs 1st Set ROGs.pdf; |

Dear Counselors:

Attached please find Plaintiff's responses to Defendants' First Set of Interrogatories. I will get you a signed verification and send it to you in the near future.

Sincerely,

**Lee D. Curry**

Attorney | Daspit Law Firm
124 W. Capitol Ave., Ste. 1820
Little Rock, AR 72201
Office: (501) 512-0367
Fax:    (713) 587-9086
lcurry@daspitlaw.com
www.daspitlaw.com
Let's Chat



This e-mail and any attachments are confidential and may be protected by the attorney-client privilege and the attorney work product doctrine. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient or you believe this message has been sent to you in error, please notify the sender by e-mail and delete this message without disclosing it.

**EXHIBIT D**