| | |
|---|---|
| Archived: | Friday, August 22, 2025 5:34:20 PM |
| From: | Volkman, Karen |
| Mail received time: | Wed, 02 Jul 2025 04:25:19 |
| Sent: | Tuesday, July 1, 2025 11:25:19 PM |
| To: | Lee Curry  Cowan, Tracy |
| Cc: | Sroka, Katrina  Walker, Tina  Access  Clair Gilkey |
| Subject: | RE: [16445] Amos v. Salinas/Sunrise Express; 5:24-cv-05149-TLB-CDC |
| Importance: | Normal |
| Sensitivity: | None |

Lee – I do not think we were emailed Plaintiff's responses to the Request for Production.

Please send the response to us.

Thanks

**Karen M. Volkman**
**Partner**
St. Louis
314.685.8352 or x3148352

---

**From:** Lee Curry <lcurry@daspitlaw.com>
**Sent:** Thursday, May 29, 2025 8:44 PM
**To:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>; Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>
**Cc:** Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; Access <access@daspitlaw.com>; Clair Gilkey <cdemonde@daspitlaw.com>
**Subject:** RE: [16445] Amos v. Salinas/Sunrise Express; 5:24-cv-05149-TLB-CDC

> EXTERNAL

Attached please find Plaintiff's supplemental document production, AMOS_0395 to AMOS_0545. I will finish responses to your requests for production tomorrow.

**From:** Lee Curry
**Sent:** Thursday, May 29, 2025 6:52 PM
**To:** karen.volkman_lewisbrisbois.com <karen.volkman@lewisbrisbois.com>; tracy.cowan_lewisbrisbois.com <tracy.cowan@lewisbrisbois.com>
**Cc:** katrina.sroka_lewisbrisbois.com <katrina.sroka@lewisbrisbois.com>; tina.walker_lewisbrisbois.com <tina.walker@lewisbrisbois.com>; Access <access@daspitlaw.com>; Clair Gilkey <cdemonde@daspitlaw.com>
**Subject:** [16445] Amos v. Salinas/Sunrise Express; 5:24-cv-05149-TLB-CDC

Dear Counselors:

Attached please find Plaintiff's responses to Defendants' First Set of Interrogatories. I will get you a signed verification and send it to you in the near future.

Sincerely,

**Lee D. Curry**
Attorney | Daspit Law Firm
124 W. Capitol Ave., Ste. 1820
Little Rock, AR 72201
Office: (501) 512-0367
Fax:    (713) 587-9086
lcurry@daspitlaw.com
www.daspitlaw.com
Let's Chat

EXHIBIT E



This e-mail and any attachments are confidential and may be protected by the attorney-client privilege and the attorney work product doctrine. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient or you believe this message has been sent to you in error, please notify the sender by e-mail and delete this message without disclosing it.