| | |
|---|---|
| Archived: | Friday, August 22, 2025 4:05:58 PM |
| From: | Volkman, Karen |
| Mail received time: | Tue, 12 Aug 2025 18:58:14 |
| Sent: | Tuesday, August 12, 2025 1:58:14 PM |
| To: | Lee Curry Clair Gilkey |
| Cc: | Cowan, Tracy  Sroka, Katrina  Walker, Tina  Jinkerson, Jennifer |
| Subject: | Amos v. Sunrise Express and Salinas |
| Importance: | Normal |
| Sensitivity: | None |
| **Attachments:** | Amos - HIPAA Authorization - 08-08-25(161302141.1).pdf; Medical Authorization.pdf; |

---

Lee – I am writing to follow up regarding this matter.

We still have not received Plaintiff's responses to the Requests for Production. Please forward them to us.

In addition, in looking at the materials which were previously provided, Plaintiff did not provide any of the radiology/CT/MRI films. Please provide them to us as soon as possible.

We have been attempting to collect records and materials from Plaintiff's medical providers. However, we received several rejections because the authorization completed by Mr. Amos had his name and address listed in the section where the provider should be listed.

We either need Plaintiff to return a new authorization or request your permission to redact Mr. Amos' name and insert the provider's name in the appropriate space. Please let us know your position on this.

In light of these issues, we wish to ask the Court to push back the expert disclosure deadlines. Please let me know if you have time to discuss this week.

Thanks

**Karen M. Volkman**
**Partner**
St. Louis
314.685.8352 or x3148352