11:03 



Lee

Hi Lee - This is Karen Volkman. I sent you an email about some outstanding discovery issues and potentially moving back the expert disclosure and discovery deadlines in light of these issues. I also think it might be helpful in light of the upcoming mediation. I'm going to resend my email. Please let me know if you can get the materials to us and if you are amenable to moving back the deadlines. Also if you can provide a settlement demand before the upcoming mediation, I believe it will make the upcoming settlement conference more productive. Thanks and I look forward to hearing from you. Please let me know if you wish to set up a time to talk. Thanks

Delivered

Yesterday 11:32 AM

👍

I have depositions this afternoon but once those wrap up I'm going to get back to work on this, I will review and respond to your email before I go home today.

iMessage

**EXHIBIT G**