| | |
|---|---|
| Archived: | Friday, August 22, 2025 5:45:07 PM |
| From: | Volkman, Karen |
| Mail received time: | Thu, 21 Aug 2025 16:11:27 |
| Sent: | Thu, 21 Aug 2025 16:11:22 |
| To: | Lee Curry |
| Cc: | Cowan, Tracy  Warren, Ben  Walker, Tina  Jinkerson, Jennifer  Clair Gilkey |
| Subject: | FW: Amos v. Sunrise Express and Salinas |
| Importance: | Normal |
| Sensitivity: | None |
| Attachments: | Logo_e6253148-26a1-47a9-b861-6ac0ff0bc3c4.png; mansfield-certification-plus-badge-color-2023-2024-v2(1)resized_37645725-83ca-4f0d-a1da-4223c37b12f8.png; image.png; image.png; image.png; image.png; |

Lee – I am writing to follow up regarding my text message yesterday.

I do not see that we have received Plaintiff's RFPs to date nor have we received Plaintiff's imaging.

Please advise if you will be providing Plaintiff's RFPs and producing any medical imaging of Plaintiff relating to the injuries claimed in this case including, but not limited to, x-rays, CT scans and MRIs by tomorrow.

Please consider this our further effort to resolve these issues pursuant to the Court's local rules.

Given the upcoming deadlines, we are going to need to request that the Court extend the discovery deadlines even if you get everything to us by tomorrow.

Please let me know if you wish to set up a time to discuss.

Thanks

**Karen M. Volkman**
**Partner**
St. Louis
314.685.8352 or x3148352

**From:** Clair Gilkey <cdemonde@daspitlaw.com>
**Sent:** Tuesday, August 12, 2025 3:37 PM
**To:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>; Lee Curry <lcurry@daspitlaw.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; Jinkerson, Jennifer <Jennifer.Jinkerson@lewisbrisbois.com>
**Subject:** Re: Amos v. Sunrise Express and Salinas

> EXTERNAL

Good afternoon,

Plaintiff's responses to Requests for Production should be sent out tonight or first thing tomorrow.

Lee gives permission to redact Mr. Amos' name and insert the provider's name in the appropriate space on

EXHIBIT H

the authorization form.

Kind Regards,

**Clair Gilkey**
Paralegal
**Daspit Law Firm**
124 W Capitol Ave., Suite #1820
Little Rock, AR 72201
Office  (501) 512-0367
Fax  713.587.9086
cdemonde@daspitlaw.com
www.daspitlaw.com

---

**From:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>
**Sent:** Tuesday, August 12, 2025 1:58 PM
**To:** Lee Curry <lcurry@daspitlaw.com>; Clair Gilkey <cdemonde@daspitlaw.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; Jinkerson, Jennifer <Jennifer.Jinkerson@lewisbrisbois.com>
**Subject:** Amos v. Sunrise Express and Salinas

Lee – I am writing to follow up regarding this matter.

We still have not received Plaintiff's responses to the Requests for Production.  Please forward them to us.

In addition, in looking at the materials which were previously provided, Plaintiff did not provide any of the radiology/CT/MRI films.  Please provide them to us as soon as possible.

We have been attempting to collect records and materials from Plaintiff's medical providers.  However, we received several rejections because the authorization completed by Mr. Amos had his name and address listed in the section where the provider should be listed.

We either need Plaintiff to return a new authorization or request your permission to redact Mr. Amos' name and insert the provider's name in the appropriate space.  Please let us know your position on this.

In light of these issues, we wish to ask the Court to push back the expert disclosure deadlines.  Please let me know if you have time to discuss this week.

Thanks



**Karen M. Volkman**
**Partner**
Karen.Volkman@lewisbrisbois.com

**T: 314.685.8352 F: 314.685.8347**

100 South 4th Street, Suite 500, St. Louis, MO 63102 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.