```
 1              IN THE UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF ARKANSOURT
 2                     FAYETTEVILLE DIVISION


 3

    ARMON AMOS,
 4
        Plaintiff,
 5
    vs.                              Case No. 5:24-CV-05159
 6
    MIGUEL PEREZ SALINAS and
 7   SUNRISE EXPRESS, INC.


 8      Defendants.


 9

    _____
10
                   DEPOSITION OF ARMON AMOS
11           TAKEN ON BEHALF OF THE DEFENDANTS
            ON MAY 20, 2025, BEGINNING AT 9:46 A.M.
12                  IN FAYETTEVILLE, ARKANSAS
            REPORTED BY KARLI DANIELS, CSR, RPR, CCR
13
                         APPEARANCES:
14
    On behalf of the Plaintiff:
15
    Lee Curry (by Zoom)
16   DASPIT LAW FIRM
    124 Capitol Avenue, Suite 1820
17   Little Rock, Arkansas 72201
    (501)512-0367
18   lcurry@daspitlaw.com


19
    On behalf of the Defendants:
20
    Karen M. Volkman
21   LEWIS, BRISBOIS, BISGAARD & SMITH, LLC
    100 South Fourth Street, Suite 500
22   St. Louis, Missouri 63102
    (314)685-8346
23   karen.volkman@lewisbrisbois.com


24


25
```

```
 1      A    Yes.
 2      Q    Okay.  And it looks like you saw the doctors in
 3   Dallas also in August of 2024?
 4      A    Yes.
 5      Q    Okay.  So is it fair to say you weren't
 6   receiving any treatment in Dallas before August of 2024?
 7      A    Yes.
 8      Q    Okay.  So first of all, between the time of the
 9   ER visit on December 29, 2023 and the time when you go to
10   get the treatment in Dallas in August of 2024, had you
11   seen any other physicians related to your leg, back, or
12   other injuries related to the incident?
13      A    No.
14      Q    Okay.  So who recommended that you go see the
15   doctors in Dallas?
16      A    The firm.
17      Q    Your lawyers?
18      A    Uh-huh.
19      Q    Is that a yes?
20      A    Yes.
21      Q    When they recommended that you see the doctors
22   in Dallas, did you -- did you ask if there was anyone up
23   in the -- here in Arkansas, in the Northwest Arkansas area
24   you could go to?
25      A    Yes.
```