IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ARMON AMOS**                                                                                                                  **PLAINTIFF**

**V.**                                 **CASE NO. 5:24-cv-05149-TLB**

**MIGUEL PEREZ SALINAS and**
**SUNRISE EXPRESS INC.**                                                   **DEFENDANTS**

**DEFENDANTS MIGUEL PEREZ SALINAS'S AND SUNRISE EXPRESS, INC.'S MOTION TO EXTEND DISCOVERY DEADLINES**

COME NOW Defendants Miguel Perez Salinas and Sunrise Express, Inc. (collectively hereinafter "Defendants"), pursuant to Federal Rule of Procedure 16 and Local Rules 6.2 and 7.2, and hereby submit this Motion to Extend Discovery Deadlines previously extended by Order of this Court (Doc. 27). In further support, Defendants state:

1. This Honorable Court entered a Phase I Case Management Order on December 23, 2024. (*See* Doc. 18). The Phase I Case Management Order set the following deadlines:

   a. Expert Witness Disclosures and Reports      July 31, 2025

   b. Rebuttal Expert Disclosures and Reports      September 5, 2025

   c. Discovery Deadline      October 10, 2025

   d. Dispositive Motion Deadline      October 17, 2025

   e. Daubert Motions Deadline      October 17, 2025

2. On April 10, 20205, Plaintiff was granted leave to file his First Amended Complaint, which Defendants timely answered.

3. On May 29, Plaintiff and Defendants jointly moved the Court to amend the Phase I Case Management Order and Plaintiff asked to continue the settlement conference. The request

was made, in part, due to delays in discovery attributed to Plaintiff's medical treatment and scheduling conflicts that delayed the deposition of Defendant Miguel Salinas.

4. On May 29, this Court granted the Joint Motion and extended the deadline to participate in a Settlement Conference to September 15, 2025 and extended discovery deadlines as follows:

| | | |
|---|---|---|
| a. | Expert Witness Disclosures and Reports | August 29, 2025 |
| b. | Rebuttal Expert Disclosures and Reports | October 6, 2025 |

(*See* Doc. 27).

5. The previously extended deadlines are fast approaching and, despite diligent efforts, Defendants have yet to receive complete discovery responses from Plaintiff as set out in detail in Defendants' Motion to Compel, filed contemporaneously herewith and incorporated herein by reference.

6. Plaintiff's failure to responded to Defendants' Request for Production of Documents prevents Defendants from identifying and retaining appropriate experts. For example, Defendants have not received any of Plaintiff's medical imaging and have therefore been unable to retain an expert to review the same.

7. Additionally, these delays in discovery have prevented the parties from participating in a settlement conference.

8. Pursuant to Rule 16(b)(4), "a schedule may be modified … for good cause and with the judge's consent." Furthermore, Federal Rule 6(b) also allows the Court to extend the time to act. Good cause exists to extend certain discovery deadlines if Plaintiff is ordered to respond to Defendants' Requests for Production so that Defendants may defend themselves against Plaintiff's

claims and properly prepare for trial. Specifically, if Plaintiff responds to Defendants' discovery, the time for Defendants to disclose experts, complete discovery and file dispositive and expert disqualification motions should be extended.

9.      Counsel for Defendants has contacted counsel Plaintiff regarding this request in conjunction with their meet an confer correspondence concerning Plaintiff's outstanding discovery responses. *See* Defendant's Memorandum in Support of their Motion to Compel, Doc. #30, Exhibits F-H (8/12/2025 Correspondence between Counsel for Defendants to Counsel for Plaintiff, 8/20/2025 Text Message and 8/21/2025 Email Correspondence). Defendants maintain that Plaintiff's lack of response to discovery creates an extraordinary circumstance which makes it impracticable for Defendants to contact Plaintiff's counsel pursuant to Local Rule 6.2. Plaintiff has shown through his inactions a failure to comply with local rules, all prior agreements and deadlines ordered by the Court.

WHEREFORE Defendants Miguel Perez Salinas and Sunrise Express, Inc., request that this Honorable Court extend the deadline to participate in a Settlement Conference to October 30, 2025 and extend certain discovery deadlines as follows:

    a. Expert Witness Disclosures and Reports     October 13, 2025 (provided imaging studies are provided as requested in the Motion to Compel)

    b. Rebuttal Expert Disclosures and Reports     November 20, 2025

    c. Discovery Deadline     November 24, 2025

    d. Dispositive Motion Deadline     December 1, 2025

    e. Daubert Motions Deadline     December 1, 2025

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Karen M. Volkman
Tracy J. Cowan, #2013243
Karen M. Volkman, #2012305
100 South 4th Street, Suite 500
St. Louis, Missouri 63102
(314) 685-8346 – Phone
(314) 683-8347 – Facsimile

Tracy.Cowan@lewisbrisbois.com
Karen.Volkman@lewisbrisbois.com

Attorneys for Defendants Miguel Perez Salinas and Sunrise Express Inc.

## CERTIFICATE OF SERVICE

    The undersigned further certifies that a copy of the foregoing was filed electronically with the Clerk of the Court to be served via operation of the CM/ECF electronic filing system on the 22nd day of August, 2025 on All Counsel of Record.

    /s/ Karen M. Volkman

161932308.6