IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| **ARMON AMOS** | | **PLAINTIFF** |
| **V.** | **CASE NO. 5:24-cv-05149-TLB** | |
| **MIGUEL PEREZ SALINAS and** | | |
| **SUNRISE EXPRESS INC.** | | **DEFENDANTS** |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO COMPEL DISCOVERY**

COMES NOW the Plaintiff, Armon Amos, by and through his attorneys at DASPIT LAW FIRM, PLLC, and for his Response to Defendants' Motion to Compel Discovery,[1] states as follows:

1.  On August 22, 2025, Defendants filed their Motion to Compel Discovery, specifically requesting that the Court order Plaintiff to (a) provide full and complete responses to Defendants' Requests for Production,[2] without objections, and (b) produce any imaging studies including, but not limited to, x-rays, MRIs and CT scans.

2.  On August 25, 2025, Plaintiff served Defendants with full and complete responses to Defendants' Requests for Production, without objections, a true and correct copy of which is attached hereto and incorporated herein as Exhibit 1 to this Response.

3.  As of the filing of this Response, Defendant has not raised any perceived deficiencies in Plaintiff's responses to Defendants' Requests for Production.

4.  Nearly every document identified in Plaintiff's responses to Defendants' Requests for Production had been disclosed and produced some months prior to the service of the responses themselves. Attached hereto and incorporated herein as Exhibit 2 is Plaintiff's Production Index,

---

[1] R. Doc. 29.
[2] R. Doc. 30-2.

which lists a description of each document and file produced, the corresponding Bates range of each such document and file, and the date that Plaintiff's counsel initially disclosed and produced said document or file to defense counsel.

5. On August 25, 2025, Plaintiff's counsel advised defense counsel that he had not produced Plaintiff's x-ray or MRI studies because neither Plaintiff nor his counsel possessed said studies. However, as a courtesy, Plaintiff's counsel offered to request the studies and produce them to defense counsel upon receipt. Attached hereto and incorporated herein as Exhibit 3 is a true and correct copy of the undersigned's email to defense counsel on August 25, 2025.

6. On August 28, 2025 the undersigned confirmed to defense counsel via email that his firm had requested the x-ray films from Plaintiff's ER visit to Mercy Hospital Northwest Arkansas and the MRI studies of Plaintiff's thigh and lumbar spine performed at Memorial MRI. Attached hereto and incorporated herein as Exhibit 4 is a true and correct copy of said email correspondence to defense counsel.

7. Later in the afternoon of August 28, 2025, the undersigned received Plaintiff's MRI studies and promptly produced them to defense counsel. A true and correct copy of Plaintiff's email to defense counsel providing a link for them to download the MRI studies is attached hereto and incorporated herein as Exhibit 5.

8. The undersigned's records request to Mercy Hospital Northwest Arkansas for Plaintiff's x-ray films remains pending.

9. All the relief sought by Defendants' Motion to Compel has either been obtained or cannot be obtained because the x-ray films that Defendants seek are not in the possession, custody, or control of Plaintiff or his counsel.

10. Consequently, Defendants' Motion to Compel Discovery should be denied as moot.

WHEREFORE, Plaintiff, Armon Amos respectfully requests that Defendants' Motion to Compel Discovery be denied as moot, and for all other relief to which he may be justly entitled.

        Respectfully submitted,

**DASPIT LAW FIRM**
124 W. Capitol Ave., Ste. 1820
Little Rock, AR 72201
Phone: (501) 512-0367
Fax:    (713) 587-9086
e-service@daspitlaw.com
*Attorneys for Plaintiff*

By: _____
     Lee D. Curry     Ark. Bar No. 2014153
     lcurry@daspitlaw.com