IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ARMON AMOS**                                              **PLAINTIFF**

V.                    NO. 5:24-cv-05149-TLB-CDC

**MIGUEL PEREZ SALINAS AND**                                **DEFENDANT**
**SUNRISE EXPRESS INC**.

---

**PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

---

Comes now the Plaintiff, Armon Amos, by and through his undersigned counsel, and submits the following responses to Defendant's First Set of Requests for Production of Documents. **RESPONSES ARE SET FORTH IN BOLD-FACED TYPE.**

**REQUEST FOR PRODUCTION NO. 1:** Any and all documents referred to by Plaintiff in responding to Defendants' First Set of Interrogatories Directed to Plaintiff.

**RESPONSE: All documents responsive to this request were previously produced in conjunction with Plaintiff's Initial Disclosures and any supplements made thereto.**

**REQUEST FOR PRODUCTION NO. 2:** Each document identified by Plaintiff in his Answers to Defendants' First Set of Interrogatories Directed to Plaintiff.

**RESPONSE: All documents responsive to this request were previously produced in conjunction with Plaintiff's Initial Disclosures and any supplements made thereto.**

**REQUEST FOR PRODUCTION NO. 3:** All documents Plaintiff intends to introduce as exhibits at trial, including but not limited to photographs, diagrams, statements, medical records, medical bills, employment records and/or tax returns.

**EXHIBIT 1**

**RESPONSE: Discovery is ongoing, and Plaintiff has not yet determined each and every exhibit he intends to introduce at the trial of this matter. Plaintiff intends to introduce his medical records and billing statements from his medical providers, photographs and video taken from the scene of the accident, and the life care plan prepared by Dr. Adam Locketz. Plaintiff reserves the right to introduce as exhibits any documents identified or disclosed by either party, through discovery or otherwise, in connection with this proceeding; any documents produced by a third party in response to a subpoena duces tecum; and any document attached as an exhibit to a deposition taken in connection with this lawsuit.**

**Plaintiff reserves the right to supplement his response to Request for Production No. 3 in accordance with the Federal Rules of Civil Procedure.**

**REQUEST FOR PRODUCTION NO. 4:** All photographs, films, videotapes, diagrams, plans, sketches or specifications which portray or depict the accident alleged in the Complaint and/or the scene of said accident.

**RESPONSE: See AMOS_0303, AMOS_0304, AMOS_0305, AMOS_0318, AMOS_0337 – AMOS_0339, AMOS_0340, AMOS_0341.**

**REQUEST FOR PRODUCTION NO. 5:** All photographs, films or videotapes which show or purport to show any aspect of Plaintiff's alleged injuries herein.

**RESPONSE: Plaintiff does not possess any documents responsive to this Request for Production.**

**REQUEST FOR PRODUCTION NO. 6:** All statements, bills, canceled checks, receipts or documents of whatever kind evidencing expenses which Plaintiff claims were incurred as a result of the accident alleged in the Complaint.

**RESPONSE:** See AMOS_0001 – AMOS_0021; AMOS_0181 – AMOS_0187; AMOS_0189 – AMOS_0191, AMOS_0245 – AMOS_0248, AMOS_0342 – AMOS_0398, AMOS_0400 – AMOS_0401, AMOS_0476 – AMOS_0482. **Plaintiff reserves the right to supplement this response as discovery is ongoing.**

**REQUEST FOR PRODUCTION NO. 7:** Each "Explanation of Benefits" (EOB), billing statement, or other document which shows the actual amount accepted by each health care provider whose charge is claimed as damages, in full satisfaction of their bill, including any documents which show the amount of any "write off" or "adjustments" for a health insurer, benefit fund, Medicare or Medicaid discount, etc.

**RESPONSE: See AMOS_0001 – AMOS_0021; AMOS_0395 – AMOS_0398.**

**REQUEST FOR PRODUCTION NO. 8:** If Plaintiff is making a claim for lost earnings, wages or income, Plaintiff's federal and state income tax returns, W2s and 1099s, together with all attachments, for the years 2013 through the present.

**RESPONSE: Not applicable. Plaintiff is not claiming lost wages.**

**REQUEST FOR PRODUCTION NO. 9:** If Plaintiff is making a claim for lost earnings, wages or income, any other documents which reflect or demonstrate that loss, including all pay stubs, from the year prior to the accident alleged in the Complaint to the present.

**RESPONSE: Not applicable. Plaintiff is not claiming lost wages.**

**REQUEST FOR PRODUCTION NO. 10:** Any and all communications Plaintiff has sent to and/or received from Defendants, their representative(s), or their attorney(s) regarding the incident alleged in the Complaint.

**RESPONSE: See AMOS_0527 – AMOS_0533.**

**REQUEST FOR PRODUCTION NO. 11:** All non-privileged statements or memoranda of statements given by Plaintiff concerning the facts of this case.

**RESPONSE: See AMOS_0317, AMOS_0330, AMOS_0333, AMOS_0340, AMOS_0341.**

**REQUEST FOR PRODUCTION NO. 12:** All statements or memoranda of statements given by Defendants concerning the facts of this case.

**RESPONSE**: **See AMOS_0317, AMOS_0330, AMOS_0333.**

**REQUEST FOR PRODUCTION NO. 13:** All statements or memoranda of statements given by any person concerning the facts of this case.

**RESPONSE: See AMOS_0317, AMOS_0330, AMOS_0333, AMOS_0340, AMOS_0341.**

**REQUEST FOR PRODUCTION NO. 14:** Any and all correspondence Plaintiff has sent to or received from anyone, other than the parties' own attorneys, concerning the acts or omissions of Defendants alleged in Plaintiff's Complaint, attending circumstances relating thereto, and/or damages claimed relative to this lawsuit.

**RESPONSE: See AMOS_0483 – AMOS_0533.**

**REQUEST FOR PRODUCTION NO. 15:** Any repair estimates for damages to Plaintiff's vehicle or bills or receipts for repair to Plaintiff's vehicle and any bills or receipts for any other claims, losses or damages Plaintiff is making or seeks in this lawsuit.

**RESPONSE: For repair estimates, see AMOS_0342 – AMOS_0353.**

**REQUEST FOR PRODUCTION NO. 16:** All accident, incident or occurrence reports, whether known by these or other names, prepared by any person or entity (including governmental and/or law enforcement agencies) relating to the incident alleged in the Complaint.

**RESPONSE: See AMOS_0306 – AMOS_0318; AMOS_0319 – AMOS_0331; AMOS_0332 – AMOS_0339.**

**REQUEST FOR PRODUCTION NO. 17:** All medical records, including but not limited to notes, reports, letters, charts, test results, notations, medical forms, reports of medical tests, diagnostic studies and/or other medical monitoring or observing for each health care provider and facility that treated Plaintiff for injuries sustained in the subject accident.

**RESPONSE**: See AMOS_0022 – AMOS_0180, AMOS_0181-0187, AMOS_0188, AMOS_0192 – AMOS_0244, AMOS_0249 – AMOS_0288, AMOS_0289 – AMOS_0302, AMOS_0402 – AMOS_0475.

**REQUEST FOR PRODUCTION NO. 18:** Copies of all medical expenses or bills related to the medical treatment received by Plaintiff for the injuries allegedly sustained as a result of the accident at issue in this cause of action.

**RESPONSE**: See AMOS_0001 – AMOS_0021, AMOS_0181 – AMOS_0187, AMOS_0189, AMOS_0190 – AMOS_0191, AMOS_0245 – AMOS_0246, AMOS_0247 – AMOS_0248, AMOS_0395 – AMOS_0398, AMOS_0400 – AMOS_0401.

**REQUEST FOR PRODUCTION NO. 19:** All documents provided to any person expected to be called as an expert witness at the trial of this case.

**RESPONSE: All documents provided to Dr. Adam Locketz are identified in his report, at AMOS_0553 – AMOS_0554, and include the medical records referenced in response to Request for Production No. 17.**

**REQUEST FOR PRODUCTION NO. 20:** All documents received from any person expected to be called as an expert witness at the trial of this case.

**RESPONSE: See AMOS_0546 – AMOS_0577. Also, to the extent that Plaintiff may call on his medical providers to provide expert opinions as specified in Plaintiff's**

**designation of expert witnesses, see AMOS_0181 – AMOS_0187, AMOS_0192 – AMOS_0244, AMOS_0249 – AMOS_0288, AMOS_0402 – AMOS_0475.**

**REQUEST FOR PRODUCTION NO. 21:** Any reconstructions or recreations of the accident alleged in the Complaint.

**RESPONSE: Plaintiff does not possess any documents responsive to Request for Production No. 21.**

**REQUEST FOR PRODUCTION NO. 22:** Copies of insurance policies, insurance declaration pages and/or certificates of coverage for primary, excess and/or umbrella insurance coverage provided for Plaintiff for the accident alleged in the Complaint.

**RESPONSE: See AMOS_0490 – AMOS_0493, AMOS_0523 – AMOS_0526.**

**REQUEST FOR PRODUCTION NO. 23:** An itemized copy of Plaintiff's cellular phone log, text log, and/or GPS log for the time period and billing cycle covering the date of the occurrence described in the Complaint.

**RESPONSE**: **Plaintiff does not possess any documents responsive to Request for Production No. 23. See AMOS_0545.**

**REQUEST FOR PRODUCTION NO. 24:** All documents pertaining to any lawsuit, claim for workers' compensation and/or claim for social security benefits for bodily injury and/or mental injury filed by Plaintiff, as identified in Plaintiff's Answer to Interrogatory No. 14.

**RESPONSE: Plaintiff does not possess any documents responsive to Request for Production No. 24. See Plaintiff's Response to Interrogatory No. 14.**

**REQUEST FOR PRODUCTION NO. 25:** All documents relating to any workers' compensation claim Plaintiff filed with respect to the accident alleged in the Complaint, if applicable.

**RESPONSE: Plaintiff does not possess any documents responsive to Request for Production No. 25. Plaintiff has not filed any workers' compensation claim with respect to the accident alleged in the Complaint.**

**REQUEST FOR PRODUCTION NO. 26:** All documents evidencing, referring or relating to any settlement monies or other thing(s) of value received by Plaintiff as a settlement, in whole or in part, of this claim, as identified in Plaintiff's Answer to Interrogatory No. 15.

**RESPONSE: Plaintiff does not possess any documents responsive to Request for Production No. 26. See Plaintiff's Response to Interrogatory No. 15.**

**REQUEST FOR PRODUCTION NO. 27:** Any insurance policy on which Plaintiff made a claim related to any injury for which Plaintiff seeks relief in the Complaint.

**RESPONSE**: See AMOS_0490 – AMOS_0493; AMOS_0523 – AMOS_0526.

**REQUEST FOR PRODUCTION NO. 28:** A true and correct copy of Plaintiff's driver's license.

**RESPONSE: See AMOS_0399.**

**REQUEST FOR PRODUCTION NO. 29:** Please execute a Consent to Release, attached hereto, authorizing the undersigned defense counsel to contact the Centers for Medicare & Medicaid Services (CMS), its agents and/or contractors, related to the anticipated lien that may be asserted by Medicare for treatment provided related to your alleged injuries in this case.

**RESPONSE: See AMOS_0539 – AMOS_0541.**

**REQUEST FOR PRODUCTION NO. 30:** Please execute a release, attached hereto, authorizing the undersigned defense counsel to obtain workers' compensation records.

**RESPONSE: See AMOS_0542.**

**REQUEST FOR PRODUCTION NO. 31:** Please execute the medical records release attached hereto.

**RESPONSE: See AMOS_0543.**

**REQUEST FOR PRODUCTION NO. 32:** Please execute the employment records release attached hereto.

**RESPONSE: See AMOS_0544.**

**REQUEST FOR PRODUCTION NO. 33:** Please execute the authorization for release of cellular records

**RESPONSE: See AMOS_0545.**

**REQUEST FOR PRODUCTION NO. 34:** Please execute the social security administration records release attached hereto.

**RESPONSE: See AMOS_0536 – AMOS_0538.**

**REQUEST FOR PRODUCTION NO. 35:** Please execute the tax records release attached hereto.

**RESPONSE: See AMOS_0534 – AMOS_0535.**

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

        Respectfully Submitted,

        **DASPIT LAW FIRM**
        124 W. Capitol Ave., Ste. 1820
        Little Rock, AR 72201
        Phone: (501) 512-0367
        Fax:   (713) 587-9086
        e-service@daspitlaw.com
        *Attorneys for Plaintiffs*

By: _____
        Lee D. Curry    Ark. Bar No. 2014153
        lcurry@daspitlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney for Plaintiff, hereby certify that on Monday, August 25, 2025, I served a copy of the foregoing Plaintiff's Responses to Defendants' First Set of Requests for Production of Documents on all counsel of record via email at the following address(es):

Tracy J. Cowan        Via Email: tracy.cowan@lewisbrisbois.com
Karen M. Volkman        Via Email: karen.volkman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
100 South 4th Street, Suite 500
St. Louis, MO 63102
Telephone: (314) 685-8346
***Attorneys for the Defendant***

_____
Lee D. Curry