| Document Description | Beg_Bates | End_Bates | Date Produced |
|---|---|---|---|
| Mercy Hospital Northwest Arkansas - Billing Records (with affidavit) | 0001 | 0011 | 02/17/2025 |
| Mercy Hospital Northwest Arkansas - Billing Records | 0012 | 0021 | 02/17/2025 |
| Mercy Hospital Northwest Arkansas - Medical Records (with affidavit) | 0022 | 0180 | 02/17/2025 |
| Memorial MRI & Diagnostic - Billing and Medical Records (with affidavits) | 0181 | 0187 | 02/17/2025 |
| Greater Texas Orthopedic Associates - Diagnostic Referral | 0188 | 0188 | 02/17/2025 |
| ASP Cares Pharmacy Billing Records | 0189 | 0189 | 02/17/2025 |
| Greater Texas Orthopedic Associates - Billing Records (with affidavit) | 0190 | 0191 | 03/11/2025 |
| Greater Texas Orthopedic Associates - Medical Records (with affidavit) | 0192 | 0244 | 03/11/2025 |
| Greater Texas Orthopedic Associates - Billing Records - Physician Fee (with affidavit) | 0245 | 0246 | 03/11/2025 |
| Complete Surgery - Mesquite - Billing Records (with affidavit) | 0247 | 0248 | 03/11/2025 |
| Complete Surgery - Mesquite - Medical Records (with affidavit) | 0249 | 0288 | 03/11/2025 |
| Northwest Family Care of Tuscany Square_25-01-29_Medical Records | 0289 | 0302 | 03/13/2025 |
| IMG_2452.mov | 0303 | 0303 | 03/13/2025 |
| IMG_3547.jpeg | 0304 | 0304 | 03/13/2025 |
| IMG_3548.jpeg | 0305 | 0305 | 03/13/2025 |
| BPD_Arkansas Motor Vehicle Crash Report 2023-00048922 | 0306 | 0318 | 03/13/2025 |
| BPD_Arkansas Motor Vehicle Crash Report 2023-00048922_Scan | 0319 | 0331 | 03/13/2025 |
| BPD_Summary_AR0040100 | 0332 | 0339 | 03/13/2025 |
| Dash Camera Footage.mp4 | 0340 | 0340 | 03/13/2025 |
| Body Cam Footage.mp4 | 0341 | 0341 | 03/13/2025 |
| Caliber Collision_24-05-13_Repair Estimate Supplement | 0342 | 0353 | 03/13/2025 |
| Expedia_24-08-07_Receipt 2 | 0354 | 0354 | 03/13/2025 |
| Expedia_24-08-07_Receipt | 0355 | 0355 | 03/13/2025 |
| Expedia_24-08-08_Flight | 0356 | 0358 | 03/13/2025 |
| Expedia_24-08-09_Flight | 0359 | 0361 | 03/13/2025 |
| Expedia_24-08-22_Package Itinerary | 0362 | 0366 | 03/13/2025 |
| Expedia_24-08-28_Receipt | 0367 | 0372 | 03/13/2025 |
| Expedia_24-10-10_Flight | 0373 | 0375 | 03/13/2025 |
| Expedia_24-10-10_Hotel | 0376 | 0378 | 03/13/2025 |
| Expedia_24-10-31_Flight | 0379 | 0381 | 03/13/2025 |
| Expedia_24-10-31_Hotel | 0382 | 0383 | 03/13/2025 |
| Expedia_24-11-21_Flight | 0384 | 0386 | 03/13/2025 |
| Expedia_25-01-06_Package Itinerary | 0387 | 0391 | 03/13/2025 |
| Expedia_25-03-03_Flight | 0392 | 0394 | 03/13/2025 |
| Northwest Family Care of Tuscany Square - Billing Records (with affidavit) | 0395 | 0398 | 05/29/2025 |
| Amos Driver's License | 0399 | 0399 | 05/29/2025 |
| Greater Texas Orthopedic Associates - Billing Records (with affidavit) - Thru DOS 3-31-25 | 0400 | 0401 | 05/29/2025 |
| Greater Texas Orthopedic Associates_Medical Records (with affidavit) - Thru DOS 3-31-25 | 0402 | 0475 | 05/29/2025 |
| Expedia_25-03-25_Flight | 0476 | 0482 | 05/29/2025 |
| 24.01.04_Progressive Insurance LOR | 0483 | 0485 | 05/29/2025 |
| 24.01.09_Progressive Acknowledgement Letter | 0486 | 0489 | 05/29/2025 |
| Progressive Dec Page PP Start 10-17-23 | 0490 | 0493 | 05/29/2025 |
| 24.06.12_Progressive Request Of Information | 0494 | 0495 | 05/29/2025 |
| 24.08.21_Progressive Request Of Information | 0496 | 0499 | 05/29/2025 |
| 24.09.05_Progressive Exhausted Medical Benefits | 0500 | 0502 | 05/29/2025 |
| 25.02.13_Progressive Correspondence to Medpay Adjuster | 0503 | 0518 | 05/29/2025 |
| 25.02.18_Progressive E.O.B | 0519 | 0522 | 05/29/2025 |
| Progressive Dec Page PP Start 04-17-2023 | 0523 | 0526 | 05/29/2025 |
| 24.01.16_Great West Casualty Insurance LOR | 0527 | 0529 | 05/29/2025 |
| 24.02.15_Great West Casualty Acknowledgment Letter | 0530 | 0531 | 05/29/2025 |
| 24.05.16_Great West Casualty Request for Information | 0532 | 0533 | 05/29/2025 |
| Form 4506 Request for Copy of Tax Return | 0534 | 0535 | 05/29/2025 |
| Form SSA-3288 Consent for Release of Information | 0536 | 0538 | 05/29/2025 |
| Authorization to Disclose Personal Health Information | 0539 | 0541 | 05/29/2025 |
| WC Authorization for Release of Medical Records | 0542 | 0542 | 05/29/2025 |
| Authorization to Disclose Health Information | 0543 | 0543 | 05/29/2025 |
| Authorization to Release Employment Record Information | 0544 | 0545 | 05/29/2025 |
| Armon Amos Life Care Plan | 0546 | 0576 | 07/14/2025 |
| Invoice_3089_from_Rylie_Medical_PLLC | 0577 | 0577 | 08/25/2025 |
| Authorization to Disclose Health Information | 0578 | 0578 | 08/25/2025 |

EXHIBIT 2

| Document Description | Beg_Bates | End_Bates | Date Produced |
|---|---|---|---|
| Memorial MRI - Lspine - Lthigh Femure Images.zip | 0579 | 0579 | 08/28/2025 |
| Locketz CV 2025 | 0580 | 0591 | 09/04/2025 |
| Locketz Case List 2025 | 0592 | 0597 | 09/04/2025 |
| Locketz Fee Schedule 2025 | 0598 | 0599 | 09/04/2025 |

Case 5:24-cv-05149-TLB-CDC   Document 34-2   Filed 09/06/25   Page 2 of 2 PageID #: 246

| Document Description | Beg_Bates | End_Bates | Date Produced |
|---|---|---|---|
| Memorial MRI - Lspine - Lthigh Femure Images.zip | 0579 | 0579 | 08/28/2025 |
| Locketz CV 2025 | 0580 | 0591 | 09/04/2025 |
| Locketz Case List 2025 | 0592 | 0597 | 09/04/2025 |
| Locketz Fee Schedule 2025 | 0598 | 0599 | 09/04/2025 |