| | |
|---|---|
| **From:** | Lee Curry |
| **To:** | Volkman, Karen |
| **Cc:** | Cowan, Tracy; Warren, Ben; Walker, Tina; Jinkerson, Jennifer; Clair Gilkey |
| **Subject:** | RE: Amos v. Sunrise Express and Salinas |
| **Date:** | Monday, August 25, 2025 4:38:47 PM |
| **Attachments:** | 25.08.25_Production Index.pdf<br>0578_Amos Armon_16445_Authorization to Disclose Health Information_SIGNED.pdf<br>image005.png<br>image006.png<br>image007.png<br>image008.png<br>image009.png<br>image010.png |



EXHIBIT 3

Attached is the revised production index and signed authorization to disclose health information.

Neither Plaintiff nor Daspit Law Firm have any of the imaging studies themselves in our possession. I can request them and produce them upon receipt, or you can request them directly with the revised authorization. These are the only x-ray and MRI studies I see in Plaintiff's records:

| Date | Provider | Service Description |
|---|---|---|
| 12/29/2023 | Mercy Hospital Northwest Arkansas | XR spine, lumbosacral; 2-3 views |
| 12/29/2023 | Mercy Hospital Northwest Arkansas | XR spine, cervical, 2-3 views |
| 08/22/2024 | Memorial MRI & Diagnostic, LLC | MRI Thigh/Femur Left WO Contrast |
| 08/22/2024 | Memorial MRI & Diagnostic, LLC | MRI Lumbar Spine WO Contrast |
| 01/29/2025 | Northwest Family Care of Tuscany Square | XR Chest (for pre-op clearance) |

I do not show any CT scans. Are you wanting copies of the studies for all of these? I can probably get the MRI studies back from Memorial MRI quickly, but I expect that it will take a month for me to obtain the x-ray records from Mercy Hospital and Northwest Family Care of Tuscany Square. I can ask that they be expedited, but we are really at the mercy of the provider on those requests.

**From:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>
**Sent:** Monday, August 25, 2025 3:44 PM
**To:** Lee Curry <lcurry@daspitlaw.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Warren, Ben <Ben.Warren@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; Jinkerson, Jennifer <Jennifer.Jinkerson@lewisbrisbois.com>; Clair Gilkey <cdemonde@daspitlaw.com>
**Subject:** RE: Amos v. Sunrise Express and Salinas

Lee – Are you sending us Plaintiff's imaging radiology, MRIs and CT scans? Please advise. Thanks



**Karen M. Volkman**
**Partner**
Karen.Volkman@lewisbrisbois.com

**T: 314.685.8352 F: 314.685.8347**

100 South 4th Street, Suite 500, St. Louis, MO 63102 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Lee Curry <lcurry@daspitlaw.com>
**Sent:** Monday, August 25, 2025 3:38 PM
**To:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Warren, Ben <Ben.Warren@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; Jinkerson, Jennifer <Jennifer.Jinkerson@lewisbrisbois.com>; Clair Gilkey <cdemonde@daspitlaw.com>
**Subject:** RE: Amos v. Sunrise Express and Salinas

| EXTERNAL |
|---|

Dear Karen and Tracy:

Please find attached Plaintiff's responses to Defendant's First Set of Requests for Production of Documents, along with an updated production

index and supplemental production of AMOS_0577, which is the invoice from Timewise Medical.

Sincerely,

**Lee D. Curry**
Attorney | Daspit Law Firm
124 W. Capitol Ave., Ste. 1820
Little Rock, AR 72201
Office: (501) 512-0367
Fax:     (713) 587-9086
lcurry@daspitlaw.com
www.daspitlaw.com
Let's Chat



This e-mail and any attachments are confidential and may be protected by the attorney-client privilege and the attorney work product doctrine. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient or you believe this message has been sent to you in error, please notify the sender by e-mail and delete this message without disclosing it.

**From:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>
**Sent:** Thursday, August 21, 2025 11:11 AM
**To:** Lee Curry <lcurry@daspitlaw.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Warren, Ben <Ben.Warren@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; Jinkerson, Jennifer <Jennifer.Jinkerson@lewisbrisbois.com>; Clair Gilkey <cdemonde@daspitlaw.com>
**Subject:** FW: Amos v. Sunrise Express and Salinas

Lee – I am writing to follow up regarding my text message yesterday.

I do not see that we have received Plaintiff's RFPs to date nor have we received Plaintiff's imaging.

Please advise if you will be providing Plaintiff's RFPs and producing any medical imaging of Plaintiff relating to the injuries claimed in this case including, but not limited to, x-rays, CT scans and MRIs by tomorrow.

Please consider this our further effort to resolve these issues pursuant to the Court's local rules.

Given the upcoming deadlines, we are going to need to request that the Court extend the discovery deadlines even if you get everything to us by tomorrow.

Please let me know if you wish to set up a time to discuss.

Thanks



**Karen M. Volkman**
**Partner**
Karen.Volkman@lewisbrisbois.com

**T: 314.685.8352 F: 314.685.8347**

100 South 4th Street, Suite 500, St. Louis, MO 63102 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Clair Gilkey <cdemonde@daspitlaw.com>

**Sent:** Tuesday, August 12, 2025 3:37 PM
**To:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>; Lee Curry <lcurry@daspitlaw.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; Jinkerson, Jennifer <Jennifer.Jinkerson@lewisbrisbois.com>
**Subject:** Re: Amos v. Sunrise Express and Salinas

> EXTERNAL

Good afternoon,

Plaintiff's responses to Requests for Production should be sent out tonight or first thing tomorrow.

Lee gives permission to redact Mr. Amos' name and insert the provider's name in the appropriate space on the authorization form.

Kind Regards,

Clair Gilkey
Paralegal
Daspit Law Firm
124 W Capitol Ave., Suite #1820
Little Rock, AR 72201
Office  (501) 512-0367
Fax  713.587.9086
cdemonde@daspitlaw.com
www.daspitlaw.com



**From:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>
**Sent:** Tuesday, August 12, 2025 1:58 PM
**To:** Lee Curry <lcurry@daspitlaw.com>; Clair Gilkey <cdemonde@daspitlaw.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; Jinkerson, Jennifer <Jennifer.Jinkerson@lewisbrisbois.com>
**Subject:** Amos v. Sunrise Express and Salinas

Lee – I am writing to follow up regarding this matter.

We still have not received Plaintiff's responses to the Requests for Production.  Please forward them to us.

In addition, in looking at the materials which were previously provided, Plaintiff did not provide any of the radiology/CT/MRI films.  Please provide them to us as soon as possible.

We have been attempting to collect records and materials from Plaintiff's medical providers.  However, we received several rejections because the authorization completed by Mr. Amos had his name and address listed in the section where the provider should be listed.

We either need Plaintiff to return a new authorization or request your permission to redact Mr. Amos' name and insert the provider's name in the appropriate space.  Please let us know your position on this.

In light of these issues, we wish to ask the Court to push back the expert disclosure deadlines.  Please let me know if you have time to discuss this week.

Thanks



**Karen M. Volkman**
**Partner**
Karen.Volkman@lewisbrisbois.com

**T: 314.685.8352 F: 314.685.8347**

100 South 4th Street, Suite 500, St. Louis, MO 63102 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.