| | |
|---|---|
| **From:** | Lee Curry |
| **To:** | Volkman, Karen; Cowan, Tracy |
| **Cc:** | Warren, Ben; Walker, Tina; Jinkerson, Jennifer; Clair Gilkey; Access |
| **Subject:** | [16445] Amos v. Salinas, et al; 5:24-cv-05149-TLB-CDC - MRI studies |
| **Date:** | Thursday, August 28, 2025 4:26:00 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png |
| **Importance:** | High |

Dear Counselors:

As I discussed earlier today with Karen, please use the link below to download Plaintiff's MRI studies from Memorial MRI.

https://send.bitwarden.com/#LpqP5clED0qlaLNHAV5SLQ/3HxDwamkBQrB6w1-MTgEeg

The link expires after 7 days, so please download promptly upon receipt of this email.

Sincerely,

**Lee D. Curry**
Attorney | Daspit Law Firm
124 W. Capitol Ave., Ste. 1820
Little Rock, AR 72201
Office: (501) 512-0367
Fax:    (713) 587-9086
lcurry@daspitlaw.com
www.daspitlaw.com
Let's Chat



This e-mail and any attachments are confidential and may be protected by the attorney-client privilege and the attorney work product doctrine. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient or you believe this message has been sent to you in error, please notify the sender by e-mail and delete this message without disclosing it.

EXHIBIT 5