IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ARMON AMOS                                                                                           PLAINTIFF

v.                                         CIVIL NO. 5:24-CV-05149-TLB

MIGUEL PEREZ SALINAS and
SUNRISE EXPRESS INC.                                                                           DEFENDANTS

## ORDER

Pending for consideration are Defendants' Motion to Compel Discovery Responses (ECF No. 29) and Defendants' Motion to Extend Discovery Deadlines. (ECF No. 31). After conducting a hearing on September 10, 2025, at which all counsel of record appeared in person, the undersigned determined, for reasons contained in the record, that the Motion to Compel should be, and hereby is, **GRANTED.** However, because neither party has been successful in obtaining the necessary medical imaging from Mercy Hospital, counsel agreed to work together and employ multiple strategies to obtain the imaging on an expedited basis, and to apprise the Court by **September 19, 2025**, of any success. Defendants' request for an award of attorneys' fees and costs was taken under advisement but is now **DENIED.**

Plaintiff expressed no objection to Defendant's Motion to Extend Discovery Deadlines, agreeing that modest extensions are now needed considering the missing medical imaging, and the Court **GRANTS** the Motion. Once the parties provide their update on September 19, an Amended Case Management Order will be entered.

The parties were admonished and are again reminded that this will be the last extension of the discovery deadlines; discovery needs to be completed, and motion practice concluded so that any necessary jury trial can be scheduled with U.S. District Judge Brooks.

**IT IS SO ORDERED** on this 11th day of September 2025.

*Christy Comstock*
_____
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE