IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ARMON AMOS                                                                                          PLAINTIFF

v.                                      CIVIL NO. 5:24-CV-05149-TLB

MIGUEL PEREZ SALINAS and
SUNRISE EXPRESS INC.                                                                            DEFENDANTS

## ORDER AMENDING DEADLINES

Because the Plaintiff offered no objection and there appeared to be good cause, the Court previously granted Defendants' Motion to Extend Discovery Deadlines. (See ECF Nos. 31, 37).

The following deadlines are now imposed:

| | |
|---|---|
| Expert Witness Disclosures and Reports | October 22, 2025 |
| Rebuttal Expert Disclosures and Reports | November 25, 2025 |
| Discovery Deadline | January 9, 2026 |
| Dispositive Motion Deadline | January 16, 2026 |
| Daubert Motion Deadline | January 16, 2026 |

**IT IS SO ORDERED** on this 19th day of September 2025.

_Christy Comstock_
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE