IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ARMON AMOS                                                                                                    PLAINTIFF

v.                                    CIVIL NO. 5:24-CV-05149-TLB

MIGUEL PEREZ SALINAS and
SUNRISE EXPRESS INC.                                                        DEFENDANTS

**ORDER TO SHOW CAUSE**

In accordance with the Case Management Order (ECF No. 18), on November 24, 2025, Karen Volkman, counsel for Defendant, advised the Court of a discovery issue which required its attention. Efforts to schedule a call prior to the Thanksgiving holiday were unsuccessful due to Plaintiff's counsel's schedule. On December 1, 2025, and after consulting with a paralegal in Plaintiff's counsel's Little Rock office, and with Ms. Volkman, the undersigned scheduled a Zoom Discovery Hearing for December 4th at 9:00 a.m. and entered an Order on the docket. (ECF No. 39). Separate emails were provided to counsel and their staff with instructions on how to join the Zoom hearing.

Neither of Plaintiff's counsel of record – Jennifer Reali and Lee Curry – appeared for the Zoom Hearing. Due to their absence, the undersigned called Mr. Curry's Little Rock office, and he was unavailable to speak with the Court.

The undersigned commenced the Hearing, and Ms. Volkman advised the reason she raised a discovery issue with the Court on November 24, 2025, was the complete unresponsiveness of Mr. Curry since on or about October 27, 2025, with respect to scheduling depositions and completing discovery by the (extended) deadline of January 9, 2026.

An hour has now elapsed, and neither Mr. Curry nor Ms. Reali has contacted the Court.

<u>Mr. Curry</u> -- You are given until the close of business on December 15, 2025, to show cause why you should not be held in contempt for missing Court. You must immediately notify your client that sanctions under Rule 37 of the Federal Rules of Civil Procedure may apply, including dismissal of the Complaint, and provide a copy of this Order.

<u>Ms. Reali</u> -- You are given until the close of business on December 15, 2025, to show cause why you should not be held in contempt for missing Court. You must ensure that your client is notified that sanctions under Rule 37 of the Federal Rules of Civil Procedure may apply, including dismissal of the Complaint.

**IT IS SO ORDERED** on this 4th day of December 2025.

CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE