# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**ARMON AMOS**                                                                                             **PLAINTIFF**

**V.**                                    **CASE NO. 5:24-cv-05149-TLB**

**MIGUEL PEREZ SALINAS and**
**SUNRISE EXPRESS INC.**                                                                          **DEFENDANTS**

### RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW Plaintiff's counsel, Lee Curry with DASPIT LAW FIRM, PLLC, and for his response to Order to Show Cause, states as follows:

1. Undersigned counsel was out of the office due to illness from December 1 – December 4, 2025.

2. Undersigned counsel went to the urgent care clinic on December 5, 2025, which confirmed that he tested positive for influenza. See attached Exhibit 1.

3. Since at least 2017, undersigned counsel has been prescribed biologic medications to treat plaque psoriasis, which may lower the ability of his immune system to fight infections.

4. On November 21, 2025, undersigned counsel received his first injection of a new biologic medication, tildrakizumab, which undersigned counsel believes exacerbated the severity of his symptoms when he contracted influenza.

5. When the Court scheduled the conference call on December 1, 2025, undersigned counsel did not receive notice of it until after the conference call was scheduled. When the Court subsequently scheduled the Zoom hearing for December 4, 2025, at 9:00 AM, undersigned counsel received notice of it on December 3, 2025; however, due to miscommunication with his

supervising attorney, undersigned counsel mistakenly believed that one of the other attorneys at his firm would be available to cover the hearing on December 4, 2025.

6. Undersigned counsel did not discover that the Court had entered an Order to Show Cause until he returned to the office on December 5, 2025.

7. Undersigned counsel has scheduled a conference call with defense counsel for tomorrow, December 16, 2025, at 2:00 PM to discuss scheduling the requested depositions.

8. Undersigned counsel hereby advises the Court that Ms. Reali is has not been associated with Daspit Law Firm since July 2024.

9. For good cause shown, the undersigned counsel respectfully requests that neither he, Ms. Reali, nor Plaintiff be sanctioned pursuant to Fed. R. Civ. P. 37 for missing Court.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel respectfully requests that he, Ms. Reali, and Plaintiff not be sanctioned pursuant to Fed. R. Civ. P. 37, and for all other relief to which they may be justly entitled.

Respectfully submitted,

**DASPIT LAW FIRM**
124 W. Capitol Ave., Ste. 1820
Little Rock, AR 72201
Phone: (501) 512-0367
Fax:    (713) 587-9086
e-service@daspitlaw.com
*Attorneys for Plaintiff*

By: _____
Lee D. Curry        Ark. Bar No. 2014153
lcurry@daspitlaw.com