# BAPTIST URGENT CARE

**Together with Urgent Team**

6805 Cantrell Rd
Little Rock     AR  72207-4134
Phone: 501-260-7992
Fax: 501-260-7993

www.baptisturgentcare.net

## Seen at Center Note

Date of Service: 12/5/2025
Patient Name: CURRY, LEE

The above patient was seen in our clinic today for an injury/illness and was under the care of

Please feel free to call our office with any questions!

FLU B (+)

**EXHIBIT 1**