(Rev. 12/1/2018)
AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

WESTERN District of ARKANSAS FAYETTEVILLE DIVISION

ARMON AMOS

*Plaintiff*
v.

MIGUEL PEREZ SALINAS and

SUNRISE EXPRESS INC.

)
)
)
)
)
)

Case No. **5:24-cv-05149-TLB**

*Defendant*

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
PLAINTIFF, ARMON AMOS

Date: December 16, 2025

ROBERT MORSE TX BAR NUMBER 24041529
*Attorney's printed name and bar number*

440 LOUISIANA STREET SUITE 1400,
HOUSTON, TEXAS 77002
*Address*

ROBERT@DASPITLAW.COM
*E-mail address*

713-322-4878
*Telephone number*

713-587-9086
*FAX number*