IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ARMON AMOS**                                                                            **PLAINTIFF**

**V.**                     **CASE NO. 5:24-cv-05149-TLB**

**MIGUEL PEREZ SALINAS and**
**SUNRISE EXPRESS INC.**                                               **DEFENDANTS**

**JOINT MOTION TO AMEND CERTAIN DEADLINES**
**IN THE COURT'S SEPTEMBER 19, 2025 ORDER**

COME NOW, the Plaintiff, Armon Amos, by and through his attorneys at DASPIT LAW FIRM, PLLC, and the Defendants, Miguel Perez Salinas and Sunrise Express Inc., by and through their attorneys at LEWIS BRISBOIS BISGAARD & SMITH LLP, for their Joint Motion to Amend Certain Deadlines in the Court's September 19, 2025 Order, state as follows:

1. On September 19, 2025, the Court entered an Order amending certain deadlines in this case including the Discovery Deadline, the Dispositive Motion Deadline and the *Daubert* Motion Deadline. (Doc. 38).

2. On November 24, 2025, counsel for Defendants advised the Court of a discovery issue which needed the Court's attention. (Doc. 41). This issue related to the provision of dates for the depositions of Plaintiff's retained and non-retained experts. The Court scheduled a Zoom Discovery Hearing for December 4, 2025. (Doc. 41). Counsel for Plaintiff did not appear at the December 4, 2025 hearing and the Court entered an Order to Show Cause. (Doc. 41).

3. As set forth in Plaintiff's Response to the Order to Show Cause, the parties scheduled a conference call on December 16, 2025 to discuss the scheduling of the requested

depositions. (Doc. 42). Prior to this conference, in email correspondence on December 15, 2025, counsel for Plaintiff indicated that Plaintiff did not Oppose extending the deadlines. *See* Email Correspondence from L. Curry, Esq. to K. Volkman, Esq. on 12/15/25 Email at 1:50 p.m. attached as **Exhibit A** and incorporated herein by reference.

    4.    During the call on December 16, 2025, the parties discussed a subsequent mediation in this matter. *See* Email Correspondence from K. Volkman, Esq. to L. Curry, Esq. on 12/17/25 Email at 11:03 a.m. and Email Correspondence from L. Curry, Esq. to K. Volkman, Esq. on 12/17/25 Email at 2:10 p.m., Exhibit A. The parties subsequently agreed to mediate this matter with Chris Gomlicker on January 27, 2026. *See* 12/19/25 and 12/23/25 Email Correspondence between L. Curry, Esq. and K. Volkman, Esq., Exhibit A and Appointment Request Acknowledgement attached as **Exhibit B** and incorporated herein by reference.

    5.    The parties are in the process of scheduling the depositions of the retained and non-retained experts.

    6.    Since the mediation and experts depositions cannot be completed before the current January 9, 2026 discovery deadline, the parties request that the Court amend this deadline along with deadlines for filing dispositive and *Daubert* motions as follows:

| | |
|---|---|
| Discovery Deadline: | March 6, 2026 |
| Dispositive Motion Deadline: | March 20, 2026 |
| Daubert Motion Deadline: | March 20, 2026 |

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Armon Amos, and Defendants, Miguel Perez Salinas and Sunrise Express Inc., jointly move the Court to amend its September 19, 2025 Order as requested hereinabove and for all other relief to which they may be justly entitled.

168990317.2

        Respectfully submitted,

        **DASPIT LAW FIRM**
        124 W. Capitol Ave., Ste. 1820
        Little Rock, AR 72201
        Phone: (501) 512-0367
        Fax:    (713) 587-9086
        e-service@daspitlaw.com
        *Attorneys for Plaintiff*

By:   */s/ Lee D. Curry* (w/ permission)
        Lee D. Curry     Ark. Bar No. 2014153
        lcurry@daspitlaw.com


        **LEWIS BRISBOIS BISGAARD & SMITH LLP**
        Tracy J. Cowan, #2013243
        Karen M. Volkman, #2012305
        100 South 4th Street, Suite 500
        St. Louis, Missouri 63102
        Phone: (314) 685-8346
        Fax:    (314) 683-8347
        Tracy.Cowan@lewisbrisbois.com
        Karen.Volkman@lewisbrisbois.com
        *Attorneys for Defendants*

By:   */s/* Karen M. Volkman
        Karen M. Volkman

168990317.2