**Sroka, Katrina**

| | |
|---|---|
| **From:** | server@nadn.org |
| **Sent:** | Tuesday, December 23, 2025 1:13 PM |
| **To:** | Volkman, Karen |
| **Subject:** | Appt. Request Acknowledgement - Tue, Jan 27, 2026 |

> This is the first time you received an email from this sender (server@nadn.org). Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.



Dear Karen Volkman

**THANK YOU - we have received your request for an appointment with: Christopher Gomlicker** for **Tuesday, Jan 27, 2026**

Location: Hybrid
ADR Service: MEDIATION

**with reference to Armon Amos v. Miguel Perez Salinas and Sunrise Express Inc. s and**

We will review this request promptly and will contact you by phone or return of email soon.

Christopher Gomlicker
Gomlicker Mediation Services
2102 Riverfront Dr. Suite 100
Little Rock AR 72202
Tel: (501) 234-0599
Fax: N/A

This is an automated email sent from the server of the National Academy of Distinguished Neutrals

**NADN - America's Premier Mediators & Arbitrators**
*National Site: www.NADN.org*

EXHIBIT B

NADN, 7722 SW 88th Street Rd, Ocala FL 34476 • (813) 600-3678 • support@NADN.org

2