IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ARMON AMOS                                                                                  PLAINTIFF

v.                               CIVIL NO. 5:24-CV-05149-TLB

MIGUEL PEREZ SALINAS and
SUNRISE EXPRESS INC.                                        DEFENDANTS

## ORDER

**Mr. Curry** – Your Response (ECF No. 42) to the Court's Order to Show Cause (ECF No. 41) was sufficient, and the Court will take no further action with respect to your failure to attend a Zoom discovery hearing on December 4, 2025.

**With respect to Jennifer Reali** – Counsel advises that Ms. Reali departed the Daspit Law Firm in July 2024, and Robert Milton Morse has entered his appearance (ECF No. 43) as counsel for Plaintiff, along with Mr. Curry. Nevertheless, Ms. Reali remains as counsel of record for the Plaintiff. Counsel is directed to file a Motion to Relieve Ms. Reali of further obligations for Plaintiff in this matter or provide the Court with her contact information within seven (7) days of this Order.

**IT IS SO ORDERED** on this 29th day of December 2025.

*Christy Comstock*
_____
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE