IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ARMON AMOS                                                                                           PLAINTIFF

v.                          CIVIL NO. 5:24-CV-05149-TLB

MIGUEL PEREZ SALINAS and
SUNRISE EXPRESS INC.                                                                            DEFENDANTS

**ORDER**

Considering the parties' agreement to mediate this case on January 27, 2026, with a private mediator, the Joint Motion to Amend Deadlines (ECF No. 44) is **GRANTED** and the following deadlines imposed:

| | |
|---|---|
| Discovery Deadline: | March 2, 2026 |
| Dispositive Motion Deadline: | March 20, 2026 |
| Daubert Motion Deadline: | March 20, 2026 |

**The parties are advised there will be no further extensions of these deadlines.**

**IT IS SO ORDERED** on this 29th day of December 2025.

*Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE