# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**ARMON AMOS**                                                                                                                            **PLAINTIFF**

**V.**                                       **CASE NO. 5:24-cv-05149**

**MIGUEL PEREZ SALINAS AND**                                               **DEFENDANTS**
**SUNRISE EXPRESS INC.**

## MOTION TO RELIEVE ATTORNEY JENNIFER REALI
## AS COUNSEL FOR PLAINTIFF

COMES NOW the Plaintiff, Armon Amos, by and through his undersigned counsel, and for his Motion to Relieve Attorney Jennifer Reali as Counsel for Plaintiff, state as follows:

1. When Plaintiff's Complaint was initially filed in Benton County Circuit Court on May 14, 2024, Attorney Jennifer Reali was listed as the attorney of record.

2. When Defendant filed its Notice of Removal to this Court on or about July 18, 2024, Attorney Reali was designated as counsel of record in this proceeding, notwithstanding the fact that she had not yet been admitted to the bar for the United States District Court for the Western District of Arkansas.

3. Shortly after removal, Ms. Reali ended her association with Daspit Law Firm and accepted a new position with a different law firm in Texas.

4. Subsequent to removal, Attorneys Lee Curry (ECF No. 10) and Robert Morse (ECF No. 43) of Daspit Law Firm have entered appearances herein as attorneys of record for Plaintiff, both of whom are admitted to the bar of this Court.

5. Plaintiff respectfully requests leave for Ms. Reali to withdraw as counsel for Plaintiff herein and be relieved of any further obligations for Plaintiff in this matter.

6. Both Plaintiff and counsel for Defendant have received prior notice of Ms. Reali's departure from Daspit Law Firm, and neither party will suffer any prejudice by granting Ms. Reali leave to withdraw as counsel.

WHEREFORE, premises considered, Plaintiff Armon Amos respectfully requests that his Motion be granted in all respects, that Attorney Jennifer Reali be granted leave to withdraw as counsel of record herein, and for all other proper relief to which Plaintiff may be entitled.

RESPECTFULLY SUBMITTED,

**DASPIT LAW FIRM**
124 W. Capitol Ave., Ste. 1820
Little Rock, AR 72201
Phone: (501) 512-0367
Fax:    (713) 587-9086
e-service@daspitlaw.com
*Attorneys for Plaintiff*

By: _____
Lee D. Curry        Ark. Bar No. 2014153
lcurry@daspitlaw.com
Robert Morse      Ark. Bar No. 2022089
robert@daspitlaw.com

Jennifer Reali     Ark. Bar. No. 2020241
DORSETT JOHNSON CISNEROS
2911 Turtle Creek Blvd., Ste. 300
Dallas, TX 75213
Phone: (214) 523-9000
jreali@dorsettjohnson.com

By:  */s/ Jennifer Reali (with permission)*