**Sroka, Katrina**

---

| | |
|---|---|
| **From:** | Volkman, Karen |
| **Sent:** | Monday, November 10, 2025 4:37 PM |
| **To:** | Lee Curry |
| **Cc:** | Cowan, Tracy; Sroka, Katrina; Walker, Tina; Clair Gilkey |
| **Subject:** | Amos v. Sunrise Express and Salinas |

Lee – I just left you a voicemail regarding this matter.

As I indicated in the voicemail this afternoon and in my voicemail on October 27th, during our conversations in late September, you indicated that you would get back to me regarding the parties' settlement discussions. If this inquiry should be directed to someone else at your firm, please let us know who to contact.

That said, we need to move forward with scheduling depositions in this matter. Please provide us with dates for the depositions of Plaintiff's retained and non-retained experts:

Robert Hein, M.D.
Yan Michael Li, M.D.
Greater Texas Orthopedic Associates

Lorenzo Farolan, M.D.
Memorial MRI & Diagnostic

Adam Jason Locketz, M.D.
Timewise Medical

We wish to take these depositions in person.

We look forward to receiving dates from you.

Thanks

**Karen M. Volkman**
**Partner**
St. Louis
314.685.8352 or x3148352

EXHIBIT A