**Sroka, Katrina**

---

| | |
|---|---|
| **From:** | Lee Curry <lcurry@daspitlaw.com> |
| **Sent:** | Wednesday, December 17, 2025 2:10 PM |
| **To:** | Volkman, Karen |
| **Cc:** | Clair Gilkey; Cowan, Tracy; Sroka, Katrina; Walker, Tina |
| **Subject:** | RE: Amos v. Sunrise Express and Salinas |

> EXTERNAL

Confirmed. I will let you know ASAP regarding my client's consent to mediation and Dr. Locketz availability.

---

**From:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>
**Sent:** Wednesday, December 17, 2025 11:03 AM
**To:** Lee Curry <lcurry@daspitlaw.com>
**Cc:** Clair Gilkey <cdemonde@daspitlaw.com>; Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>
**Subject:** RE: Amos v. Sunrise Express and Salinas

Lee – I am writing to follow up concerning our telephone conversation on Tuesday concerning this matter.

Per our discussion, both parties will check with their clients regarding the potential for a second mediation with Chris Gomlicker in January. The dates we discussed were as follows: January 15, 21 (although you may have a conflict), 22, 27 and 29. We will touch base at the end of the week regarding the status of the mediation.

You will get us a date for a deposition of Dr. Locketz in later January / early February, after the mediation assuming the parties are agreeable to a subsequent mediation. We will reach out to schedule the depositions of Dr. Hein, Dr. Li, and Dr. Farolan.

We will forward you a joint motion to extend the discovery deadline and motion dates for filing before December 24th.

If this is not correct, please let us know.



**Karen M. Volkman**
**Partner**
Karen.Volkman@lewisbrisbois.com

**T: 314.685.8352 F: 314.685.8347**

100 South 4th Street, Suite 500, St. Louis, MO 63102 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

1

EXHIBIT C



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Lee Curry <lcurry@daspitlaw.com>
**Sent:** Tuesday, December 16, 2025 12:58 PM
**To:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>
**Cc:** Clair Gilkey <cdemonde@daspitlaw.com>; Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>
**Subject:** RE: Amos v. Sunrise Express and Salinas

EXTERNAL

Sure thing

**From:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>
**Sent:** Tuesday, December 16, 2025 12:57 PM
**To:** Lee Curry <lcurry@daspitlaw.com>
**Cc:** Clair Gilkey <cdemonde@daspitlaw.com>; Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>
**Subject:** Re: Amos v. Sunrise Express and Salinas

Any chance we can push this back to 3pm? Thanks
Sent from my iPhone



**Karen M. Volkman**
**Partner**
Karen.Volkman@lewisbrisbois.com

**T: 314.685.8352 F: 314.685.8347**

100 South 4th Street, Suite 500, St. Louis, MO 63102 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

> On Dec 16, 2025, at 9:54 AM, Lee Curry <lcurry@daspitlaw.com> wrote:

> EXTERNAL

Dear Karen: I have blocked off my calendar for 2PM. Please call me at 501-512-0367 when you are available.

**From:** Lee Curry
**Sent:** Monday, December 15, 2025 1:50 PM
**To:** Clair Gilkey <cdemonde@daspitlaw.com>; 'Volkman, Karen' <Karen.Volkman@lewisbrisbois.com>
**Cc:** 'Cowan, Tracy' <Tracy.Cowan@lewisbrisbois.com>; 'Sroka, Katrina' <Katrina.Sroka@lewisbrisbois.com>; 'Walker, Tina' <Tina.Walker@lewisbrisbois.com>
**Subject:** RE: Amos v. Sunrise Express and Salinas

Dear Karen:

Per our phone conversation, I am scheduling a phone conference for us tomorrow at 2:00 PM to discuss depositions of the physicians listed below.

Also, as we discussed, please let this email confirm that I do not have any objection to extending the discovery deadline.

**From:** Lee Curry
**Sent:** Monday, December 15, 2025 1:30 PM
**To:** Clair Gilkey <cdemonde@daspitlaw.com>; Volkman, Karen <Karen.Volkman@lewisbrisbois.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>
**Subject:** RE: Amos v. Sunrise Express and Salinas

Dear Karen:

For Dr. Hein, Dr. Li, and Dr. Farolan, please reach out to those physicians directly to schedule their depositions. You may schedule them for any date that works for your schedule; and if I have a conflict, I will have one of my colleagues at my firm attend in my stead.

For Dr. Locketz, please provide us with 5 or 6 dates and times you have available and we will coordinate with his office to make him available.

Please advise if you intend to conduct these depositions remotely via Zoom?

Sincerely,

**Lee D. Curry**
Attorney | Daspit Law Firm
124 W. Capitol Ave., Ste. 1820
Little Rock, AR 72201
Office: (501) 512-0367

Fax:    (713) 587-9086
lcurry@daspitlaw.com
www.daspitlaw.com
Let's Chat

<image001.png>
<image002.png>
<image003.png>
<image004.png>

This e-mail and any attachments are confidential and may be protected by the attorney-client privilege and the attorney work product doctrine disclosure, or distribution is prohibited. If you are not the intended recipient or you believe this message has been sent to you in error, please this message without disclosing it.

**From:** Clair Gilkey <cdemonde@daspitlaw.com>
**Sent:** Wednesday, November 19, 2025 9:47 AM
**To:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>; Lee Curry <lcurry@daspitlaw.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>
**Subject:** Re: Amos v. Sunrise Express and Salinas

Received, thank you. I will follow up with Lee about this.

Kind Regards,

**Clair Gilkey**

Paralegal

**Daspit Law Firm**

124 W Capitol Ave., Suite #1820

Little Rock, AR 72201

Office  (501) 512-0367

Fax  713.587.9086

cdemonde@daspitlaw.com

www.daspitlaw.com

4

\<image001.png\>
\<image002.png\>
\<image003.png\>
\<image004.png\>

---

**From:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>
**Sent:** Tuesday, November 18, 2025 5:05 PM
**To:** Lee Curry <lcurry@daspitlaw.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; Clair Gilkey <cdemonde@daspitlaw.com>
**Subject:** RE: Amos v. Sunrise Express and Salinas

Lee – Attached please find correspondence regarding the above referenced matter.

Thanks

\<image005.png\>

**Karen M. Volkman**
**Partner**
Karen.Volkman@lewisbrisbois.com

**T: 314.685.8352 F: 314.685.8347**

100 South 4th Street, Suite 500, St. Louis, MO 63102 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

\<image006.png\>

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.