**Sroka, Katrina**

---

**From:** Volkman, Karen
**Sent:** Friday, February 27, 2026 11:06 AM
**To:** Ryan Moncivais; Sroka, Katrina
**Cc:** Cowan, Tracy; Walker, Tina; Caroline Small; Joshua Caldwell
**Subject:** RE: Armon Daniel Amos - Deposition

Ryan – We wish to reserve Tuesday, March 24th after 2:30 p.m.

If a prepayment is required, please send us the invoice.

Thanks

**Karen M. Volkman**
**Partner**
St. Louis
314.685.8352 or x3148352

---

**From:** Ryan Moncivais <RMoncivais@dslawpc.com>
**Sent:** Friday, February 27, 2026 11:01 AM
**To:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>; Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; Caroline Small <csmall@dslawpc.com>; Joshua Caldwell <jcaldwell@dslawpc.com>
**Subject:** RE: Armon Daniel Amos - Deposition

EXTERNAL

Good morning,

Understood. These dates have been offered to multiple parties so please let me know at your earliest convenience if you'd like to reserve a slot.

- Tuesday, March 24 after 2:30pm CT
- Tuesday, March 31 after 2:30pm CT

Thank you,




**Ryan Moncivais**
Legal Assistant

719 S. Flores Street
San Antonio, Texas 78204
dslawpc.com

**P:** (210) 853-5882
**F:** (210) 200-8395

**E:** Rmoncivais@dslawpc.com

**CONFIDENTIALITY NOTICE:** This communication is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received it by mistake, please immediately notify the sender and delete it from your system



EXHIBIT D

**From:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>
**Sent:** Friday, February 27, 2026 10:49 AM
**To:** Ryan Moncivais <RMoncivais@dslawpc.com>; Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; Caroline Small <csmall@dslawpc.com>; Joshua Caldwell <jcaldwell@dslawpc.com>
**Subject:** RE: Armon Daniel Amos - Deposition

EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Ryan – Unfortunately, this date does not work for Defendant.

It is my understanding the other dates you offered to our paralegal via a telephone call are not available this week.

Please provide us with other dates.

Thanks




**Karen M. Volkman**
**Partner**
Karen.Volkman@lewisbrisbois.com

**T: 314.685.8352 F: 314.685.8347**

100 South 4th Street, Suite 500, St. Louis, MO 63102 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**




This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Ryan Moncivais <RMoncivais@dslawpc.com>
**Sent:** Friday, February 27, 2026 10:45 AM
**To:** Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Volkman, Karen <Karen.Volkman@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; Caroline Small <csmall@dslawpc.com>; Joshua Caldwell <jcaldwell@dslawpc.com>
**Subject:** RE: Armon Daniel Amos - Deposition

EXTERNAL

Good morning,

Dr. Hein is available March 17th anytime after 2:30 CT. Please let me know if this date will work for all parties.

If you have any questions or concerns, please don't hesitate to contact our office.

Kind regards,




**Ryan Moncivais**
**Legal Assistant**

719 S. Flores Street
San Antonio, Texas 78204
dslawpc.com

**P:** (210) 853-5882
**F:** (210) 200-8395

**E:** Rmoncivais@dslawpc.com

**CONFIDENTIALITY NOTICE:** This communication is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received it by mistake, please immediately notify the sender and delete it from your system

---

**From:** Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>
**Sent:** Tuesday, February 3, 2026 12:04 PM
**To:** Ryan Moncivais <RMoncivais@dslawpc.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Volkman, Karen <Karen.Volkman@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; Caroline Small <csmall@dslawpc.com>; Joshua Caldwell <jcaldwell@dslawpc.com>
**Subject:** RE: Armon Daniel Amos - Deposition

EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Mr. Moncivais – If you would please let us know the time on 2/18 for Dr. Hein we would appreciate it. We would like to reserve the 3/9 date for Dr. Li, please provide the time of the deposition as well.

Thank you,
Katrina




**Katrina Sroka**
**Paralegal**
Katrina.Sroka@lewisbrisbois.com

**T: 314.685.8354 F: 314.685.8347**

100 South 4th Street, Suite 500, St. Louis, MO 63102 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**




This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Ryan Moncivais <RMoncivais@dslawpc.com>
**Sent:** Tuesday, February 3, 2026 10:57 AM
**To:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>; Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; Caroline Small <csmall@dslawpc.com>; Joshua Caldwell <jcaldwell@dslawpc.com>
**Subject:** RE: Armon Daniel Amos - Deposition

EXTERNAL

Good morning,

Apologies for the delayed response. Currently, we only have **zoom** deposition availability.

Regarding Dr. Li, a spot just opened for February 9th from 3-5 pm CST. I understand if this is too short notice.

Otherwise, we still have March 9th from 8 am – 11:30 am CST available for Dr. Li.

If you require other dates, we will have to look at April. These are the only dates Dr. Li's available until April.

-

Regarding Dr. Hein, please see some of his availability below for a zoom deposition:

- Tuesday, February 10th
- Monday, February 16th
- Wednesday, February 18th
- Wednesday, February 25th

If you have any questions or concerns, please don't hesitate to contact me.

Thank you,




**Ryan Moncivais**
Legal Assistant

719 S. Flores Street
San Antonio, Texas 78204
dslawpc.com

P: (210) 853-5882
F: (210) 200-8395

E: Rmoncivais@dslawpc.com

**CONFIDENTIALITY NOTICE:** This communication is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received it by mistake, please immediately notify the sender and delete it from your system

---

**From:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>
**Sent:** Wednesday, January 28, 2026 10:42 AM
**To:** Ryan Moncivais <RMoncivais@dslawpc.com>; Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>; Caroline Small <csmall@dslawpc.com>; Joshua Caldwell <jcaldwell@dslawpc.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>
**Subject:** RE: Armon Daniel Amos - Deposition

EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Ms. Mocivais – We need dates for the depositions of both Dr. Li and Dr. Hein. Thanks




**Karen M. Volkman**
**Partner**
Karen.Volkman@lewisbrisbois.com

**T: 314.685.8352 F: 314.685.8347**

100 South 4th Street, Suite 500, St. Louis, MO 63102 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**




This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Ryan Moncivais <RMoncivais@dslawpc.com>
**Sent:** Tuesday, January 27, 2026 2:36 PM
**To:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>; Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>; Caroline Small <csmall@dslawpc.com>; Joshua Caldwell <jcaldwell@dslawpc.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>
**Subject:** RE: Armon Daniel Amos - Deposition

EXTERNAL

Good afternoon,

Checking in on these requests. Dr. Hein does not have any availability for the month of February. We are currently waiting on his March availability.

Please let me know if you still require Dr.Li's and Dr. Hein's availability – perhaps I can look into an after hours work around.

Kind regards,




**Ryan Moncivais**
Legal Assistant

719 S. Flores Street
San Antonio, Texas 78204
dslawpc.com

**P:** (210) 853-5882
**F:** (210) 200-8395

**E:** Rmoncivais@dslawpc.com

**CONFIDENTIALITY NOTICE:** This communication is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received it by mistake, please immediately notify the sender and delete it from your system

---

**From:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>
**Sent:** Friday, January 23, 2026 1:00 AM
**To:** Ryan Moncivais <RMoncivais@dslawpc.com>; Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>; Caroline Small <csmall@dslawpc.com>; Joshua Caldwell <jcaldwell@dslawpc.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>
**Subject:** RE: Armon Daniel Amos - Deposition

EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Mr. Moncivals – Do you have Dr. Hein's availability?

We have a mediation scheduled on Tuesday. Could we hold the date for Dr. Li and we will let you know by Wednesday if we need it.

Thanks




**Karen M. Volkman**
**Partner**
Karen.Volkman@lewisbrisbois.com

**T: 314.685.8352 F: 314.685.8347**

100 South 4th Street, Suite 500, St. Louis, MO 63102 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**




This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Ryan Moncivais <RMoncivais@dslawpc.com>
**Sent:** Wednesday, January 21, 2026 9:32 AM
**To:** Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>; Caroline Small <csmall@dslawpc.com>; Joshua Caldwell <jcaldwell@dslawpc.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Volkman, Karen <Karen.Volkman@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>
**Subject:** RE: Armon Daniel Amos - Deposition

EXTERNAL

Good morning,

My apologies but we do not have Dr. Li in-person availability for March 9th, however, I can see if Dr. Hein has in-person availability.

Regarding Dr. Li, this is his only date of availability and multiple parties are also interested in it. Please let me know if you'd like a zoom deposition invoice generated and within what two-hour time frame, or if you'd like to check his April/May availability.

If you have any questions or concerns, please don't hesitate to contact me.

Thank you,




**Ryan Moncivais**
Legal Assistant

719 S. Flores Street
San Antonio, Texas 78204
dslawpc.com

**P:** (210) 853-5882
**F:** (210) 200-8395

**E:** Rmoncivais@dslawpc.com

**CONFIDENTIALITY NOTICE:** This communication is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received it by mistake, please immediately notify the sender and delete it from your system

**From:** Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>
**Sent:** Friday, January 16, 2026 11:32 AM
**To:** Ryan Moncivais <RMoncivais@dslawpc.com>; Caroline Small <csmall@dslawpc.com>; Joshua Caldwell <jcaldwell@dslawpc.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Volkman, Karen <Karen.Volkman@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>
**Subject:** RE: Armon Daniel Amos - Deposition

EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Mr. Moncivais – We would prefer March 9, 2026, for Dr. Li in person if he has that availability. I should have specified in my original email that we would prefer in person depositions of the doctors.

Thank you,
Katrina




**Katrina Sroka**
**Paralegal**
Katrina.Sroka@lewisbrisbois.com

**T: 314.685.8354 F: 314.685.8347**

100 South 4th Street, Suite 500, St. Louis, MO 63102 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**




This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Ryan Moncivais <RMoncivais@dslawpc.com>
**Sent:** Wednesday, January 14, 2026 9:19 AM
**To:** Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>
**Cc:** Caroline Small <csmall@dslawpc.com>; Joshua Caldwell <jcaldwell@dslawpc.com>; Volkman, Karen <Karen.Volkman@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>
**Subject:** RE: Armon Daniel Amos - Deposition

EXTERNAL

Good morning,

Dr. Li is available for a zoom deposition March 9th or March 23rd from 8-11:30am on both days.

Additionally, I've reach out to Dr. Hein and will let you know when I have a response.

If you have any questions or concerns, please don't hesitate to contact me.

Thank you,




**Ryan Moncivais**
Legal Assistant

719 S. Flores Street
San Antonio, Texas 78204
dslawpc.com

**P:** (210) 853-5882
**F:** (210) 200-8395

**E:** Rmoncivais@dslawpc.com

**CONFIDENTIALITY NOTICE:** This communication is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received it by mistake, please immediately notify the sender and delete it from your system

---

**From:** Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>
**Sent:** Tuesday, January 13, 2026 4:31 PM
**To:** Ryan Moncivais <RMoncivais@dslawpc.com>
**Cc:** Caroline Small <csmall@dslawpc.com>; Joshua Caldwell <jcaldwell@dslawpc.com>; Volkman, Karen <Karen.Volkman@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>
**Subject:** RE: Armon Daniel Amos - Deposition

EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Mr. Moncivais – Thank you for your response. If you could please provide the dates in March, we would appreciate it.

Thank you,
Katrina




**Katrina Sroka**
**Paralegal**
Katrina.Sroka@lewisbrisbois.com

**T: 314.685.8354 F: 314.685.8347**

100 South 4th Street, Suite 500, St. Louis, MO 63102 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**




This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Ryan Moncivais <RMoncivais@dslawpc.com>
**Sent:** Monday, January 12, 2026 5:25 PM
**To:** Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>
**Cc:** Caroline Small <csmall@dslawpc.com>; Joshua Caldwell <jcaldwell@dslawpc.com>; Volkman, Karen

<Karen.Volkman@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>
**Subject:** Armon Daniel Amos - Deposition

This is the first time you received an email from this sender (RMoncivais@dslawpc.com). Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Good afternoon,

Unfortunately, Dr. Li does not have any availability for February 2026. However, there are two dates in March he does have availability. Please let me know if those work with you.

If you have any questions or concerns, please feel free to contact me.

Kind regards,




**Ryan Moncivais**
Legal Assistant

719 S. Flores Street
San Antonio, Texas 78204
dslawpc.com

**P:** (210) 853-5882
**F:** (210) 200-8395

**E:** Rmoncivais@dslawpc.com

**CONFIDENTIALITY NOTICE:** This communication is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received it by mistake, please immediately notify the sender and delete it from your system