## Sroka, Katrina

| | |
|---|---|
| **From:** | Ryan Moncivais <RMoncivais@dslawpc.com> |
| **Sent:** | Thursday, February 5, 2026 10:30 AM |
| **To:** | Sroka, Katrina |
| **Cc:** | Cowan, Tracy; Volkman, Karen; Walker, Tina; Caroline Small; Joshua Caldwell |
| **Subject:** | RE: Armon Daniel Amos - Deposition |
| **Attachments:** | Armon Daniel Amos - INVOICE ZOOM DEPOSITION.docx.pdf |

EXTERNAL

Good morning,

Please allow me some time to get back to you on Dr. Hein's availability.

To reserve Dr. Li's deposition for March 9th, please see invoice attached. I will advise this date has been offered to multiple parties and it is a first come, first serve basis.

If you have any questions or concerns, please don't hesitate to contact me.

Kind regards,



**Ryan Moncivais**
**Legal Assistant**

719 S. Flores Street
San Antonio, Texas 78204
dslawpc.com

**P:** (210) 853-5882
**F:** (210) 200-8395

**E:** Rmoncivais@dslawpc.com

**CONFIDENTIALITY NOTICE:** This communication is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received it by mistake, please immediately notify the sender and delete it from your system

---

**From:** Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>
**Sent:** Tuesday, February 3, 2026 12:04 PM
**To:** Ryan Moncivais <RMoncivais@dslawpc.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Volkman, Karen <Karen.Volkman@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; Caroline Small <csmall@dslawpc.com>; Joshua Caldwell <jcaldwell@dslawpc.com>
**Subject:** RE: Armon Daniel Amos - Deposition

EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Mr. Moncivais – If you would please let us know the time on 2/18 for Dr. Hein we would appreciate it. We would like to reserve the 3/9 date for Dr. Li, please provide the time of the deposition as well.

EXHIBIT E

Thank you,
Katrina



**Katrina Sroka**
**Paralegal**
Katrina.Sroka@lewisbrisbois.com

**T: 314.685.8354 F: 314.685.8347**

100 South 4th Street, Suite 500, St. Louis, MO 63102 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.