**Sroka, Katrina**

---

| | |
|---|---|
| **From:** | Volkman, Karen |
| **Sent:** | Monday, February 23, 2026 1:09 PM |
| **To:** | Lee Curry |
| **Cc:** | Cowan, Tracy; Sroka, Katrina; Walker, Tina; robert@daspitlaw.com; Clair Gilkey |
| **Subject:** | RE: Amos v. Sunrise Express and Salinas |

Lee – I am writing to follow up regarding the correspondence below.  I will be sending an email to the Court this evening if I do not hear from you.  Thanks

---

**From:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>
**Sent:** Thursday, February 19, 2026 9:11 AM
**To:** Lee Curry <lcurry@daspitlaw.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; robert@daspitlaw.com; Clair Gilkey <cdemonde@daspitlaw.com>
**Subject:** Amos v. Sunrise Express and Salinas

Lee – We are writing to meet and confer regarding the above-referenced matter.

On December 17, 2025, you confirmed that Plaintiff would "get us a date for a deposition of Dr. Locketz in later January / early February, after the mediation assuming the parties are agreeable to a subsequent mediation."  We have yet to receive a date for Dr. Locketz' deposition and need to depose him since this matter did not resolve.

We reached out to Plaintiff's non-retained experts / treating physicians pursuant to our December email correspondence.

Dr. Li offered us a date for his deposition of March 9th.  We will be sending out a Notice for his deposition.  Dr. Li advised that he will only appear for a deposition for two (2) hours.  While we accepted the date, Defendants do not agree to this time limitation and will move to exclude Dr. Li's testimony if his deposition is not completed.  Since your firm sent Mr. Amos to Dr. Li for treatment and designated him as a non-retained expert, we are advising you regarding this issue and perhaps you can persuade Dr. Li to be more flexible with his time if this becomes necessary.

We also reached out to schedule the deposition of Dr. Hein.  Originally, we were given a date of February 18th only to have this date withdrawn.  We will follow up regarding a new date for his deposition.  However, if we are not able to depose him, we will move to exclude his testimony.  Since your firm sent Mr. Amos to Dr. Hein for treatment and designated him as a non-retained expert, we are advising you regarding this issue.

We also requested the deposition of Dr. Farolan whose office stated that he "doesn't take depositions."  If Plaintiff plans to call Dr. Farolan, please provide a date for his deposition since his office will not provide a date to us.  If Plaintiff will not provide a date, we will move to exclude Dr. Farolan from testifying at trial.

EXHIBIT F

We are moving to extend the discovery deadline since the earliest date which Dr. Li offered us was after the discovery deadline, Dr. Hein has not offered us a deposition date and we have not received a date for the deposition of Dr. Locketz.  Please let us know if Plaintiff consents to this request.

If you wish to discuss, I should have time Friday afternoon.  I plan to reach out to the Court if I do not hear from you by Tuesday, February 24th.

Thanks

**Karen M. Volkman**
**Partner**
St. Louis
314.685.8352 or x3148352