**Sroka, Katrina**

| | |
|---|---|
| **From:** | Volkman, Karen |
| **Sent:** | Friday, February 27, 2026 3:21 PM |
| **To:** | Lee Curry |
| **Cc:** | Cowan, Tracy; Sroka, Katrina; Walker, Tina; Robert Morse; Clair Gilkey; MorseParalegal |
| **Subject:** | RE: 24-5149-Amos v. Salinas et al.: |

Lee – We will take the morning of April 13th. We will send a Notice for 9:30 a.m.

If April 3rd clears up in the morning, we can move it up.

I will talk to my client about zoom v. in person and let you know.

Thanks

**From:** Lee Curry <lcurry@daspitlaw.com>
**Sent:** Friday, February 27, 2026 3:15 PM
**To:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; Robert Morse <robert@daspitlaw.com>; Clair Gilkey <cdemonde@daspitlaw.com>; MorseParalegal <morseparalegals@daspitlaw.com>
**Subject:** Re: 24-5149-Amos v. Salinas et al.:

> **EXTERNAL**

Karen - earlier today we scheduled Dr. Locketz for a deposition at 9:00 AM on April 3, 2026 via Zoom in another case. We will ask what time Dr. Locketz would propose to begin his deposition on April 13. I will also check with defense counsel in the other case and see how long he expects he will need to complete Dr. Locketz's deposition on the 3rd, then see if Dr. Locketz would be amenable to sitting for a second deposition that afternoon if time permits and you are okay with it.

**Lee D. Curry**
Attorney | Daspit Law Firm
124 W. Capitol Ave., Ste. 1820
Little Rock, AR 72201
Office: (501) 512-0367
Fax:     (713) 587-9086
lcurry@daspitlaw.com

**From:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>
**Sent:** Friday, February 27, 2026 2:55:03 PM
**To:** Lee Curry <lcurry@daspitlaw.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; Robert Morse <robert@daspitlaw.com>; Clair Gilkey <cdemonde@daspitlaw.com>; MorseParalegal <morseparalegals@daspitlaw.com>
**Subject:** RE: 24-5149-Amos v. Salinas et al.:

EXHIBIT G

Lee – I previously responded to your email regarding a zoom v. in person deposition which is attached.

Please provide us with the times that Dr. Locketz is available for a deposition on April 3rd and April 13th. Both of these dates work for us, however, I'd prefer to know what times Dr. Locketz is proposing.

We will speak with our client regarding whether we take the deposition in person or by zoom.

Thanks



**Karen M. Volkman**
**Partner**
Karen.Volkman@lewisbrisbois.com

**T: 314.685.8352 F: 314.685.8347**

100 South 4th Street, Suite 500, St. Louis, MO 63102 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Lee Curry <lcurry@daspitlaw.com>
**Sent:** Wednesday, February 25, 2026 4:28 PM
**To:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; Robert Morse <robert@daspitlaw.com>; Clair Gilkey <cdemonde@daspitlaw.com>; MorseParalegal <morseparalegals@daspitlaw.com>
**Subject:** RE: 24-5149-Amos v. Salinas et al.:

EXTERNAL

My apologies. I received some dates from Dr. Locketz's office that he would be available for deposition. He has April 3, 13, 17, and 27 open, please advise if any of these dates will work for your schedule. Also, I believe we inquired previously but I don't recall getting a response – are you agreeable to deposing Dr. Locketz via Zoom or do you intend to take his deposition in person?

I will confer with Robert Morse about the issues you had with scheduling the other doctors referenced in your prior email and get back to you.

**From:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>
**Sent:** Wednesday, February 25, 2026 2:23 PM

**To:** Lee Curry <lcurry@daspitlaw.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; Robert Morse <robert@daspitlaw.com>; Clair Gilkey <cdemonde@daspitlaw.com>
**Subject:** RE: 24-5149-Amos v. Salinas et al.:

Lee – When we talked late this morning, I explained that I was traveling to a hearing in rural Missouri and could not check my calendar or write down any proposed dates. You indicated that you were going to respond to the email correspondence. Please be advised that I have not received anything from you.

Thanks



**Karen M. Volkman**
**Partner**
Karen.Volkman@lewisbrisbois.com

**T: 314.685.8352 F: 314.685.8347**

100 South 4th Street, Suite 500, St. Louis, MO 63102 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Lee Curry <lcurry@daspitlaw.com>
**Sent:** Wednesday, February 25, 2026 11:28 AM
**To:** Christina Comstock <Christina_Comstock@arwd.uscourts.gov>; Volkman, Karen <Karen.Volkman@lewisbrisbois.com>
**Cc:** Roxana Guerrero-Oregon <Roxana_Guerrero@arwd.uscourts.gov>; Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>; Robert Morse <robert@daspitlaw.com>; Clair Gilkey <cdemonde@daspitlaw.com>; ARWDdl_CDCinfo <CDCinfo@arwd.uscourts.gov>
**Subject:** RE: 24-5149-Amos v. Salinas et al.: Proposed Dates to Schedule Conference

EXTERNAL

Will do.

**From:** Christina Comstock <Christina_Comstock@arwd.uscourts.gov>
**Sent:** Wednesday, February 25, 2026 8:58 AM
**To:** karen.volkman_lewisbrisbois.com <karen.volkman@lewisbrisbois.com>; Lee Curry <lcurry@daspitlaw.com>
**Cc:** Roxana Guerrero-Oregon <Roxana_Guerrero@arwd.uscourts.gov>; tracy.cowan_lewisbrisbois.com <tracy.cowan@lewisbrisbois.com>; katrina.sroka_lewisbrisbois.com <katrina.sroka@lewisbrisbois.com>;

tina.walker_lewisbrisbois.com <tina.walker@lewisbrisbois.com>; Robert Morse <robert@daspitlaw.com>; Clair Gilkey <cdemonde@daspitlaw.com>; ARWDdl_CDCinfo <CDCinfo@arwd.uscourts.gov>
**Subject:** RE: 24-5149-Amos v. Salinas et al.: Proposed Dates to Schedule Conference

Counsel – How about this – instead of emailing me about when you are NOT available to talk to the Court, why don't you get on the telephone with each other and try and work out this out?

Christy Comstock

**From:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>
**Sent:** Wednesday, February 25, 2026 8:43 AM
**To:** Lee Curry <lcurry@daspitlaw.com>
**Cc:** Roxana Guerrero-Oregon <Roxana_Guerrero@arwd.uscourts.gov>; tracy.cowan_lewisbrisbois.com <tracy.cowan@lewisbrisbois.com>; katrina.sroka_lewisbrisbois.com <katrina.sroka@lewisbrisbois.com>; tina.walker_lewisbrisbois.com <tina.walker@lewisbrisbois.com>; Robert Morse <robert@daspitlaw.com>; Clair Gilkey <cdemonde@daspitlaw.com>; ARWDdl_CDCinfo <CDCinfo@arwd.uscourts.gov>
**Subject:** Re: 24-5149-Amos v. Salinas et al.: Proposed Dates to Schedule Conference

**CAUTION - EXTERNAL:**

Counsel for the Defendants is available on Friday.

On March 3, I am traveling and will be at the airport at the time proposed. Normally, I'd just do the zoom, however, my flight boards at 2:45 p.m. so the time proposed does not work.

Thanks

Sent from my iPhone



**Karen M. Volkman**
**Partner**
Karen.Volkman@lewisbrisbois.com

**T: 314.685.8352 F: 314.685.8347**

100 South 4th Street, Suite 500, St. Louis, MO 63102 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



4

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

On Feb 25, 2026, at 8:13 AM, Lee Curry <lcurry@daspitlaw.com> wrote:

> EXTERNAL

I have mediation Friday morning but I am available March 3.

**Lee D. Curry**
Attorney | Daspit Law Firm
124 W. Capitol Ave., Ste. 1820
Little Rock, AR 72201
Office: (501) 512-0367
Fax:    (713) 587-9086
lcurry@daspitlaw.com

---

**From:** Roxana Guerrero-Oregon <Roxana_Guerrero@arwd.uscourts.gov>
**Sent:** Tuesday, February 24, 2026 3:39:43 PM
**To:** karen.volkman_lewisbrisbois.com <karen.volkman@lewisbrisbois.com>
**Cc:** tracy.cowan_lewisbrisbois.com <tracy.cowan@lewisbrisbois.com>; katrina.sroka_lewisbrisbois.com <katrina.sroka@lewisbrisbois.com>; tina.walker_lewisbrisbois.com <tina.walker@lewisbrisbois.com>; Lee Curry <lcurry@daspitlaw.com>; Robert Morse <robert@daspitlaw.com>; Clair Gilkey <cdemonde@daspitlaw.com>; ARWDdl_CDCinfo <CDCinfo@arwd.uscourts.gov>
**Subject:** 24-5149-Amos v. Salinas et al.: Proposed Dates to Schedule Conference

Counsel,

We can schedule a zoom hearing the following dates:

Friday, February 27th at 11:30 a.m. or Tuesday March 3rd at 2:30 p.m.

Please advise **by close of business day tomorrow Wednesday, 2/25,** what date/time works best for all parties.

If you have any questions, please feel free to reachout.

Thank you,
<image003.jpg>
Roxana Guerrero
Courtroom Deputy
Phone: 251-1946
Ext: 4426
Honorable Christy D. Comstock
Chief U.S. Magistrate Judge
Western District of Arkansas
Fayetteville Division

**From:** Christina Comstock <Christina_Comstock@arwd.uscourts.gov>
**Sent:** Tuesday, February 24, 2026 12:29 PM
**To:** karen.volkman_lewisbrisbois.com <karen.volkman@lewisbrisbois.com>
**Cc:** tracy.cowan_lewisbrisbois.com <tracy.cowan@lewisbrisbois.com>; katrina.sroka_lewisbrisbois.com <katrina.sroka@lewisbrisbois.com>; tina.walker_lewisbrisbois.com <tina.walker@lewisbrisbois.com>; Lee Curry <lcurry@daspitlaw.com>; robert@daspitlaw.com; Clair Gilkey <cdemonde@daspitlaw.com>; ARWDdl_CDCinfo <CDCinfo@arwd.uscourts.gov>
**Subject:** RE: 5:24-cv-05149-TLB-CDC Amos v. Salinas et al.

Counsel – Thank you for your email.  We are covered up with criminal cases on Thursday and Friday, but we will see if we have an open spot in which to plug a discussion on your case, and respond.

Christy Comstock

**From:** Volkman, Karen <Karen.Volkman@lewisbrisbois.com>
**Sent:** Tuesday, February 24, 2026 11:30 AM
**To:** Christina Comstock <Christina_Comstock@arwd.uscourts.gov>
**Cc:** tracy.cowan_lewisbrisbois.com <tracy.cowan@lewisbrisbois.com>; katrina.sroka_lewisbrisbois.com <katrina.sroka@lewisbrisbois.com>; tina.walker_lewisbrisbois.com <tina.walker@lewisbrisbois.com>; Lee Curry <lcurry@daspitlaw.com>; robert@daspitlaw.com; Clair Gilkey <cdemonde@daspitlaw.com>
**Subject:** 5:24-cv-05149-TLB-CDC Amos v. Salinas et al.

**CAUTION - EXTERNAL:**

Judge Comstock – We represent Defendants in the above referenced matter.

 We are writing, pursuant to paragraph 5(c) of the Court's Phase I Case Management Order (Doc. 18) to request a conference with the Court to discuss a discovery dispute relating to Defendants' request for the depositions of Plaintiff's retained and non-retained expert witnesses.

Plaintiff's counsel is copied on this correspondence.  It is my understanding from the prior correspondence this request should be directed you.

I can be available Thursday afternoon if the Court and counsel for Plaintiff are available to discuss this issue.

Thank you for your attention to this matter.

| | |
|---|---|
| <image004.png> | **Karen M. Volkman**<br>**Partner**<br>Karen.Volkman@lewisbrisbois.com |

**T: 314.685.8352 F: 314.685.8347**

100 South 4th Street, Suite 500, St. Louis, MO 63102 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

<image005.png>

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.