IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ARMON AMOS**                                                                          **PLAINTIFF**

**V.**                           **CASE NO. 5:24-cv-05149-TLB**

**MIGUEL PEREZ SALINAS and**
**SUNRISE EXPRESS INC.**                                               **DEFENDANTS**

**DEFENDANT'S MOTION TO AMEND THE DEADLINES**
**IN THE COURT'S DECEMBER 29, 2025 ORDER**

       Defendants Miguel Perez Salinas and Sunrise Express Inc. (collectively "Defendants"), by and through the undersigned counsel, request that the Court amend the deadlines in the Court's December 29, 2025 Order to allow Defendants time to depose Plaintiff's retained and non-retained expert witnesses. Defendants diligently sought dates for the depositions of Plaintiff's retained and non-retained expert witnesses, however, no dates before the expiration of the discovery deadline were provided. In further support, Defendants state as follows:

       1.      On September 19, 2025, the Court entered an Order amending certain deadlines in this case including the Discovery Deadline, the Dispositive Motion Deadline and the *Daubert* Motion Deadline. (Doc. 38).

       2.      On November 24, 2025, counsel for Defendants advised the Court of a discovery issue which needed the Court's attention. (Doc. 41). This issue related to the provision of dates for the depositions of Plaintiff's retained and non-retained experts. The Court scheduled a Zoom Discovery Hearing for December 4, 2025. (Doc. 41). Counsel for Plaintiff did not appear at the December 4, 2025 hearing and the Court entered an Order to Show Cause. (Doc. 41).

  3.  Counsel for Plaintiff subsequently responded to the Order to Show Cause and the parties jointly moved to amend certain deadlines in the Court's September 19, 2025 Order. (Doc. 44).

  4.  The Court granted the parties' Joint Motion on December 29, 2025 and amended the Discovery Deadline, the Dispositive Motion Deadline and the *Daubert* Motion Deadline as follows:

| | |
|---|---|
| Discovery Deadline: | March 2, 2026 |
| Dispositive Motion Deadline: | March 20, 2026 |
| Daubert Motion Deadline: | March 20, 2026 |

12/29/25 Order.

  5.  Defendants made multiple requests for the deposition of Plaintiff's Life Care Planner, Adam Jason Locketz, M.D., and Plaintiff's non-retained experts going back to November 2025. *See* 11/10/25 Email Correspondence from K. Volkman, Esq. to L. Curry, Esq. and 11/18/25 Correspondence from K. Volkman, Esq. to L. Curry, Esq. attached hereto respectively as **Exhibits A** and **B** and incorporated herein by reference.

  6.  Only after the Court became involved and issued a Show Cause Order, did counsel for Plaintiff respond regarding Defendants' requests for these depositions. During a telephone conversation on December 16, 2025, counsel for Plaintiff indicated Defendants should reach out to Plaintiff's non-retained experts for deposition dates and Plaintiff would provide a date for the deposition of Dr. Locketz. *See* Email Correspondence between K. Volkman, Esq. and L. Curry, Esq. between December 15-17, 2025 attached hereto as **Exhibit C** and incorporated herein by reference.

172189148.7

7.  The week of December 22, 2026, the paralegal for the undersigned reached out to Plaintff's non-retained experts to schedule their depositions. The paralegal for the undersigned followed up after the holidays and did not receive a response from counsel for Dr. Robert Hein, M.D. and Dr. Yan Michael Li, M.D. until January 12, 2026. *See* Correspondence between the offices of Counsel for Defendants and David Santos, P.C., Counsel for Drs. Hein and Li collectively attached as **Exhibit D** and incorporated herein by reference. Since the parties were mediating the matter on January 27, 2026 and given the delays associated with receiving a response from Dr. Li and Dr. Hein, Defendants requested dates in February 2026. *Id*. Defendants were told Dr. Li did not have any availability until March 9, 2026 and his deposition is currently scheduled for this date. *Id*. Dr. Hein was not available on a mutually agreeable date until March 24, 2026 and Defendants requested this date for his deposition. *Id*.; *see also* 2/3/25 and 2/5/25 Email Correspondence between K. Volkman, Esq. and David Santos, P.C. attached as **Exhibit E** and incorporated herein by reference.

8.  The parties mediated this matter on January 27, 2026 followed by a Mediator Proposal which was open until February 11, 2026. The mediation was not successful.

9.  Since Defendants had not received dates for the deposition of Dr. Locketz, the undersigned followed up with counsel for Plaintiff. *See* 2/19/26 and 2/23/26 Email Correspondence from K. Volkman, Esq. and L. Curry, Esq. attached as **Exhibit F** and incorporated herein by reference. After the undersigned contacted the Court, counsel for Plaintiff provided dates for the deposition of Dr. Locketz. *See* 2/25 through 2/27 Email Correspondence between K. Volkman, Esq. and L. Curry, Esq. attached as **Exhibit G** and incorporated herein by reference.

However, all of the dates were after the discovery deadline. *Id*. The parties agreed to take the deposition of Dr. Locketz on April 13, 2026. *Id*.

        10.       Pursuant to Federal Rule of Civil Procedure 16(b)(4), "a schedule may be modified … for good cause and with the judge's consent." Defendants have diligently worked to schedule the depositions of Plaintiff's retained and non-retained experts. If Defendants are not able to take these depositions, they will be prejudiced. Dr. Li and Dr. Hein are not simply any treating physicians. They are the Dallas, Texas physicians, Plaintiff's counsel referred him to for treatment.[1] *See* Depo. of Pl. A. Amos at 52:14-20 attached as **Exhibit H** and incorporated herein by reference. Defendants made multiple requests for dates for the deposition of Dr. Locketz within the discovery deadline set by the Court on December 29, 2025, yet Plaintiff failed to provide dates.

        WHEREFORE Defendants Miguel Perez Salinas and Sunrise Express Inc. respectfully request that the Court to amend the deadlines in its December 29, 2025 Order and for all other relief to which the Court deems appropriate and just.

---

[1] Dr. Farolan, another Texas based physician, refused to appear for a deposition. *See* 1/8/26 Email Correspondence from A. Murguia attached as **Exhibit I** and incorporated herein by reference. If this is not addressed by Plaintiff's counsel, Defendants reserve their right to exclude Dr. Farolan's testimony. *See* 2/25 through 2/27 Email Correspondence between K. Volkman, Esq. and L. Curry, Esq. **Exhibit G**.

172189148.7

        Respectfully submitted,

        LEWIS BRISBOIS BISGAARD & SMITH LLP

        <u>/s/ Tracy J. Cowan</u>
        Tracy J. Cowan, #2013243
        Karen M. Volkman, #2012305
        100 South 4th Street, Suite 500
        St. Louis, Missouri 63102
        (314) 685-8346 – Phone
        (314) 683-8347 – Facsimile

        Tracy.Cowan@lewisbrisbois.com
        Karen.Volkman@lewisbrisbois.com

Attorneys for Defendants Miguel Perez Salinas and Sunrise Express Inc.

## **CERTIFICATE OF SERVICE**

   The undersigned further certifies that a copy of the foregoing was filed electronically with the Clerk of the Court to be served via operation of the CM/ECF electronic filing system on the 27th day of February, 2026 on All Counsel of Record.

        <u>/s/ Tracy J. Cowan</u>

172189148.7