

Karen M. Volkman
100 South 4th Street, Suite 500
St. Louis, Missouri 63102
Karen.Volkman@lewisbrisbois.com
Direct: 314.685.8352

November 18, 2025

**VIA ELECTRONIC MAIL**

Lee D. Curry, Esq.
Daspit Law Firm
124 W. Capitol Ave., Ste. 1820
Little Rock, AR 72201

E-Mail: lcurry@daspitlaw.com

> Re:  <u>Armon Amos v. Miguel Perez Salinas and Sunrise Express Inc.</u>, Case No. 5:24-cv-05149-TLB in the United States District Court for the Western District of Arkansas

Dear Lee:

I am writing to follow up regarding my October 27, 2205 and November 10, 2025 voicemails and my November 10, 2025 email correspondence requesting dates for the depositions of Plaintiff's retained and non-retained expert witnesses:

> Robert Hein, M.D.
> Yan Michael Li, M.D.
> Greater Texas Orthopedic Associates
>
> Lorenzo Farolan, M.D.
> Memorial MRI & Diagnostic
>
> Adam Jason Locketz, M.D.
> Timewise Medical

Please provide us with dates for the depositions by Friday, November 21, 2025.  If you prefer that we reach out to the above-referenced physicians, please advise.

Please consider this correspondence our effort, pursuant to Local Rule 7.2(g) to confer in good faith to resolve this issue.  If we do not hear from you by Friday, November 21, 2025, we will reach out to Judge Brooks to set up a conference, pursuant to his procedures, before filing a Motion to Compel.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

EXHIBIT B

Lee D. Curry, Esq.
November 18, 2025
Page 2

Thank you for your attention to this matter.  We look forward to hearing from you.

Very truly yours,

Karen M. Volkman of
LEWIS BRISBOIS BISGAARD & SMITH LLP

KMV

cc: Tracy J. Cowan, Esq.

167266254.2