## Sroka, Katrina

| | |
|---|---|
| **From:** | Amy Murguia <AMurguia@primemri.com> |
| **Sent:** | Thursday, January 8, 2026 10:35 AM |
| **To:** | Sroka, Katrina; Ana Buena |
| **Cc:** | Cowan, Tracy; Volkman, Karen; Walker, Tina |
| **Subject:** | Re: Armon Daniel Amos - Deposition |

EXTERNAL

Good morning,

Our radiologist doesn't take depositions as they DID not treat the patient; all they do is READ the MRI findings once the exam has been completed and report is sent to the referring physician. IF you need to discuss treatment, you will need to reach out to the referring DR who recommended the EXAM.

Thank you,

**Amy Murguia**
LOP Billing Manager
Phone: 214-442-8903
Fax: 214-341-1603

   

CONFIDENTIALITY NOTICE:
If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete this e-mail and any attachments from your computer system.

To the extent the information in this e-mail and any attachments contain protected health information as defined by the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), PL 104-191; 45 CFR Parts 160 and 164; or Chapter 181, Texas Health and Safety Code, it is confidential and/or privileged. This e-mail may also be confidential and/or privileged under Texas law. The e-mail is for the use of only the individual or entity named above. If you are not the intended recipient, or any authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this e-mail and its attachments is strictly prohibited.

**From:** Sroka, Katrina <Katrina.Sroka@lewisbrisbois.com>
**Sent:** Wednesday, January 7, 2026 4:53 PM
**To:** Amy Murguia <AMurguia@primemri.com>; Ana Buena <abuena@foundationpg.com>
**Cc:** Cowan, Tracy <Tracy.Cowan@lewisbrisbois.com>; Volkman, Karen <Karen.Volkman@lewisbrisbois.com>; Walker, Tina <Tina.Walker@lewisbrisbois.com>
**Subject:** [EXTERNAL MAIL] Armon Daniel Amos - Deposition

My name is Katrina Sroka, and I am a paralegal at the offices of Lewis Brisbois Bisgaard & Smith, in St. Louis, Missouri. I am reaching out as we are interested in taking the deposition of Dr. Farolan, regarding his treatment

EXHIBIT I

of Armon Daniel Amos (DOB: 6/16/2000). We are trying to obtain multiple dates in February 2026 to accommodate any scheduling conflicts. If you could please provide our office with dates that Dr. Farolan is available, we would appreciate it. If you have any questions or concerns, my attorneys Mr. Tracy Cowan and Ms. Karen Volkman are copied on this correspondence as well. I look forward to hearing from you.

Thank you,
Katrina



**Katrina Sroka**
**Paralegal**
**Katrina.Sroka@lewisbrisbois.com**

**T: 314.685.8354 F: 314.685.8347**

100 South 4th Street, Suite 500, St. Louis, MO 63102 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.