IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ARMON AMOS                                                                                          PLAINTIFF

V.                                              CASE NO. 5:24-CV-05149

MIGUEL PEREZ SALINAS and
SUNRISE EXPRESS, INC.                                                                               DEFENDANTS

## MOTION TO SUBSTITUTE COUNSEL

Comes now the Plaintiff, **Armon Amos,** by and through his attorneys, Daspit Law Firm, and for his Motion to Substitute Counsel, state as follows:

1. Attorney Lee D. Curry of Daspit Law Firm previously entered her appearance as counsel of record for Plaintiff in this proceeding and now seeks to be relieved as counsel of record.

2. Attorney Robert Morse of Daspit Law Firm now represents Plaintiff and seeks to enter his appearance and be substituted as counsel of record for Plaintiff herein.

3. Plaintiff prays that the Court enter an Order relieving Lee D. Curry and substituting Robert Morse as Plaintiff's counsel of record in this proceeding, and that the Court and all parties direct all future service and correspondence to him at the following address.

WHEREFORE, the Plaintiff respectfully requests that his motion be granted in all respects; that attorney Robert Morse be substituted for attorney Lee D. Curry as counsel of record for Plaintiff in this proceeding; and for all other proper relief to which he may be entitled.

*[Signature block on next page]*

  Respectfully Submitted,

**DASPIT LAW FIRM**
440 Louisiana Street, Suite 1400
Houston, Texas 77002
Phone: (713) 322-4878
Facsimile: (713) 587-9086
Email: e-service@daspitlaw.com
*Attorney for Plaintiff*

By: _____
Robert Morse          Ark. Bar No. 2022089

robert@daspitlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney for Plaintiff, hereby certify that on March 6, 2025, I electronically filed a copy of the foregoing Motion to Substitute Counsel with the Clerk of the Courts via the eFlex electronic filing system, which will send notification of such filing to all counsel of record herein.

_____
Robert Morse