IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ARMON AMOS                                                                                      PLAINTIFF

V.                                         CASE NO. 5:24-CV-05149

MIGUEL PEREZ SALINAS and
SUNRISE EXPRESS, INC.                                                                DEFENDANTS

### ORDER SUBSTITUTING COUNSEL

THIS CAUSE comes to be heard on the Plaintiff's Motion to Substitute Counsel. Due notice having been given, and the court being fully advised, IT IS SO ORDERED that Robert Morse, Daspit Law Firm, is hereby substituted as counsel of record for Plaintiff Keonna Johnson in this cause. Lee D. Curry is hereby relieved as counsel for Plaintiff.

SO ORDERED this _____ day of _____, 2026.

_____
CIRCUIT JUDGE

Prepared by:

Robert Morse
*Attorney for Plaintiff*